NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
JAYMIE PARKKINEN (SB #318394)
808 Wilshire Blvd., Ste. 200-255
Santa Monica, California 90401
Tel:  (323) 919-3590
Email:  jp@prkknn.com

**CLEAR FORM**

ATTORNEY(S) FOR:  Plaintiff Maren Flagg

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MAREN FLAGG,

Plaintiff(s),

v.

TAYLOR SWIFT, et al.,

Defendant(s)

CASE NUMBER:

2:26-cv-3354

**CERTIFICATION  AND  NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Maren Flagg _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Maren Flagg | Plaintiff |

March 30, 2026
Date

/s/ Jaymie Parkkinen
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Maren Flagg

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**