JAYMIE PARKKINEN (S.B. #318394)
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone:  (323) 919-3590
Email:        jp@prkknn.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAREN FLAGG, <br><br>         Plaintiff, <br><br>     v. <br><br> TAYLOR SWIFT, et al., <br><br>         Defendants. | Case No. 2:26-cv-03354-SRM-BFM <br><br> Assigned to Hon. Serena R. Murillo <br><br> **DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date:    May 27, 2026 <br> Time:    1:30 p.m. <br> Place:    Courtroom 5D (5th Fl.) <br>             350 W. First Street <br>             Los Angeles, CA 90012 |

## DECLARATION

I, Jaymie Parkkinen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiff Maren Flagg in this action. I am over the age of eighteen and competent to testify to the matters set forth herein. Except where indicated, I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto. The following exhibits are submitted in support of Plaintiff's Motion for a Preliminary Injunction.

2. In connection with this matter, I personally accessed the websites, social media platforms, and public databases referenced herein. Unless otherwise noted, I downloaded and/or captured screenshots and screen recordings of the materials described below in March or April 2026. The exhibits attached hereto are true and correct copies of what I observed on those platforms at the time of access.

3. Attached as **Exhibit 1** is a true and correct screenshot of a webpage from the United States Patent and Trademark Office ("USPTO") Trademark Electronic Search System reflecting U.S. Trademark Registration No. 4800625 for CONFESSIONS OF A SHOWGIRL, accessed at www.uspto.gov.

4. Attached as **Exhibit 2** is a true and correct copy of U.S. Trademark Application Serial No. 99331566 filed by TAS Rights Management, LLC for THE LIFE OF A SHOWGIRL dated August 11, 2025, accessed at www.uspto.gov.

5. Attached as **Exhibit 3** is a true and correct copy of the Office Action issued by the USPTO on November 5, 2025, concerning U.S. Trademark Application Serial No. 99331566, with relevant material highlighted for reference, accessed at www.uspto.gov.

6. Attached as **Exhibit 4** is a true and correct copy of TAS Rights Management, LLC's Response to Office Action dated February 4, 2026, with relevant material highlighted for reference, accessed at www.uspto.gov.

7. Attached as **Exhibit 5** is a true and correct screenshot of a webpage from

PARKKINEN DECL.

the USPTO Trademark Electronic Search System reflecting the current status of Application Serial No. 99331566, accessed at www.uspto.gov.

8. Attached as **Exhibit 6** is a true and correct screenshot of a webpage from the Taylor Swift official online store displaying the section labeled "The Life of a Showgirl Shop," accessed at store.taylorswift.com/collections/the-life-of-a-showgirl-shop.

9. Attached as **Exhibit 7** is a true and correct screenshot of a product page from the Taylor Swift official online store for the "Life of a Showgirl It's Rapturous T-Shirt," as well as a close-up screenshot depicting the product's interior garment label, accessed at store.taylorswift.com/products/the-life-of-a-showgirl-its-rapturous-t-shirt.

10. Attached as **Exhibit 8** are true and correct copies of photographs I captured depicting a barrette and accompanying product tag bearing the designation THE LIFE OF A SHOWGIRL, obtained from the Taylor Swift official online store.

11. Attached as **Exhibit 9** is a true and correct screenshot of an archived webpage from the Internet Archive reflecting the "The Life of a Showgirl Shop" section of the Taylor Swift official online store as it appeared on or about November 15, 2025, accessed at www.web.archive.org.

12. Attached as **Exhibit 10** are true and correct screenshots from the USPTO Trademark Electronic Search System reflecting 175 active and pending trademark registrations filed by TAS Rights Management, LLC, accessed at www.uspto.gov.

13. Attached as **Exhibit 11** is a true and correct copy of an article from Bloomberg concerning Taylor Swift's wealth, published on October 2, 2025, with relevant material highlighted for reference, accessed at www.bloomberg.com/news/newsletters/2025-10-02/taylor-swift-s-wealth-tops-2-billion-before-life-of-a-showgirl-album-release.

14. Attached as **Exhibit 12** is a true and correct copy of an article from Billboard concerning UMG's (which, on information and belief, is UMG Recordings,

3                                                    PARKKINEN DECL.

Inc.'s parent company) 2025 revenue, published on March 6, 2026, with relevant material highlighted for reference, accessed at www.billboard.com/pro/universal-music-2025-earnings-highlights-ai-us-stock/.

15.    Attached as **Exhibit 13** is a true and correct copy of an article from Billboard concerning the operations and scale of Bravado International Group Merchandising Services Inc., published on October 31, 2025, with relevant material highlighted for reference, accessed at www.billboard.com/pro/bravado-matt-young-merch-strategy/.

16.    Attached as **Exhibit 14** is a true and correct copy of an article from Deadline reporting that Taylor Swift will not take *The Life of a Showgirl* on tour, published on October 4, 2025, with relevant material highlighted for reference, accessed at www.deadline.com/2025/10/taylor-swift-wont-tour-life-of-a-showgirl-1236570285/.

17.    Attached as **Exhibit 15** is a true and correct copy of an article from Rolling Stone reviewing Taylor Swift's *The Life of a Showgirl* album, published on October 3, 2025, with relevant material highlighted for reference, accessed at www.rollingstone.com/music/music-album-reviews/taylor-swift-the-life-of-a-showgirl-album-review-1235439733/.

18.    Attached as **Exhibit 16** is a true and correct screenshot of a post on the social media platform X from user fairyhosk dated August 13, 2025, accessed at www.x.com/fairyhosk/status/1955740540345180548.

19.    Attached as **Exhibit 17** is a true and correct screenshot of a post on the social media platform X from user jameswindborne dated October 3, 2025, accessed at www.x.com/jameswindborne/status/1974116014968463803.

20.    Attached as **Exhibit 18** is a true and correct screenshot of a post on the social media platform X from user diaryofaditz dated October 3, 2025, accessed at www.x.com/diaryofaditz/status/1974215712022380667.

21.    Attached as **Exhibit 19** is a true and correct screenshot of a post on the

PARKKINEN DECL.

social media platform X from user modernairelife dated December 14, 2025, accessed at www.x.com/modernairelife/status/2000344998198559227.

22.    Attached as **Exhibit 20** is a true and correct screenshot of a post on the social media platform X from user FayeSto00103109 dated August 30, 2025, accessed at www.x.com/FayeSto00103109/status/1961759497648492762.

23.    Attached as **Exhibit 21** is a true and correct screenshot of a video posted on the social media platform TikTok by user sunshine4rj dated October 5, 2025, accessed at www.tiktok.com/@sunshine4rj/video/7557829849948228877.

24.    Attached as **Exhibit 22** is a true and correct screen recording of the video depicted in Exhibit 21. This exhibit is being lodged separately with the Court.

25.    Attached as **Exhibit 23** is a true and correct screenshot of a video posted on the social media platform TikTok by user cherryblissbloom dated October 7, 2025, accessed at www.tiktok.com/@cherryblissbloom/video/7558709194917039391.

26.    Attached as **Exhibit 24** is a true and correct screen recording of the video depicted in Exhibit 23. This exhibit is being lodged separately with the Court.

27.    Attached as **Exhibit 25** is a true and correct screenshot of a video posted on the social media platform TikTok by user stonervixen dated October 14, 2025, accessed at www.tiktok.com/@stonervixen/video/7561225611058892063.

28.    Attached as **Exhibit 26** is a true and correct screen recording of the video depicted in Exhibit 25. This exhibit is being lodged separately with the Court.

29.    Attached as **Exhibit 27** is a true and correct screenshot of a video posted on the social media platform Instagram by user kat_blaque dated October 10, 2025, accessed at www.instagram.com/reel/DPpBDheEgGN/.

30.    Attached as **Exhibit 28** is a true and correct screen recording of the video depicted in Exhibit 27. This exhibit is being lodged separately with the Court.

31.    Attached as **Exhibit 29** is a true and correct screenshot of a video posted on the social media platform Instagram by user pixie_nest25 dated October 10, 2025, accessed at www.instagram.com/reel/DPo_5ZFkeUY/.

PARKKINEN DECL.

32.     Attached as **Exhibit 30** is a true and correct screen recording of the video depicted in Exhibit 29. This exhibit is being lodged separately with the Court.

33.     Attached as **Exhibit 31** is a true and correct screenshot of a video posted on the social media platform Instagram by user sagecoterie dated August 13, 2025, accessed at www.instagram.com/reel/DNS4PBKxEFq/.

34.     Attached as **Exhibit 32** is a true and correct screen recording of the video depicted in Exhibit 31. This exhibit is being lodged separately with the Court.

35.     Attached as **Exhibit 33** is a true and correct screenshot of an excerpt of the comment section from a YouTube video titled *Taylor Swift Accused of STEALING Showgirl Brand - Legal WAR About to ERUPT*, posted on March 9, 2026, with relevant material highlighted for reference, accessed at www.youtube.com/watch?v=bXltdvdUTcc.

36.     Attached as **Exhibit 34** is a true and correct screenshot from Google reflecting autocomplete suggestions generated upon entering the phrase "confessions of a showgirl" in a new Google Chrome browser window with no prior search history, captured on March 22, 2026, accessed at www.google.com.

37.     Attached as **Exhibit 35** is a true and correct screenshot from YouTube reflecting autocomplete suggestions generated upon entering the phrase "confessions of a showgirl" in the same browser session described in Exhibit 34, captured on March 22, 2026, accessed at www.youtube.com.

38.     Attached as **Exhibit 36** is a true and correct screenshot from YouTube reflecting the results page returned for the phrase "confessions of a showgirl" in the same browser session described in Exhibit 34, captured on March 22, 2026, accessed at www.youtube.com.

39.     Attached as **Exhibit 37** is a true and correct copy of the Complaint, including Exhibits A and E, filed by TAS Rights Management, LLC in *TAS Rights Mgmt., LLC v. Various John Does*, No. 3:15-cv-00589 (M.D. Tenn. 2015), dated May 26, 2015, with relevant material highlighted for reference.

PARKKINEN DECL.

40.    Attached as **Exhibit 38** is a true and correct screenshot from the USPTO Trademark Electronic Search System reflecting all live marks containing the phrase "of a showgirl," accessed at www.uspto.gov.

41.    On March 30, 2026, I contacted counsel for Defendants Taylor Swift and TAS Rights Management, LLC to discuss potential resolution of the matters at issue in this action without judicial intervention. Those discussions were not successful.

42.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2026, at Santa Monica, California.


                                        _/s/ Jaymie Parkkinen_____
                                        Jaymie Parkkinen

PARKKINEN DECL.