JAYMIE PARKKINEN (S.B. #318394)
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone:  (323) 919-3590
Email:       jp@prkknn.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREN FLAGG, | Case No. 2:26-cv-03354-SRM-BFM |
| Plaintiff, | Assigned to Hon. Serena R. Murillo |
| v. | **DECLARATION OF MAREN FLAGG IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| TAYLOR SWIFT, et al., | |
| Defendants. | |

Date:     May 27, 2026
Time:     1:30 p.m.
Place:    Courtroom 5D (5th Fl.)
            350 W. First Street
            Los Angeles, CA 90012

## DECLARATION

I, Maren Flagg, declare as follows:

1.  I am the Plaintiff in this action. I submit this Declaration in connection with Plaintiff's Motion for a Preliminary Injunction. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2.  I am a singer, songwriter, comedian, and writer who performs professionally under the name Maren Wade.

3.  I have used CONFESSIONS OF A SHOWGIRL continuously since 2014. What began as a column in *Las Vegas Weekly* became a live theatrical production, which I have since performed at venues across the United States, including in Arizona, Florida, Indiana, Nevada, New Jersey, and New York. I most recently performed the production in January 2026.

4.  Over the past decade, I have expanded the brand into a book, a podcast, and video content distributed through television, YouTube and social media.

5.  I am a solo performer. CONFESSIONS OF A SHOWGIRL is my sole trademark. I do not have an organized marketing operation or corporate resources behind my brand.

6.  I intend to continue developing and expanding the CONFESSIONS OF A SHOWGIRL brand.

7.  In August 2025, when I learned that Taylor Swift ("Swift") had adopted the designation THE LIFE OF A SHOWGIRL, I consulted with counsel. I continued to perform and create content under my brand while monitoring Ms. Swift's use of THE LIFE OF A SHOWGIRL and the progress of the United States Patent and Trademark Office's examination of TAS Rights Management, LLC's ("TAS") trademark application for the designation.

8.  I have never been contacted by Ms. Swift, TAS, UMG Recordings, Inc., or Bravado International Group Merchandising Services Inc., (collectively

2                                          PLAINTIFF DECL.

"Defendants") or, to my knowledge, anyone acting on their behalf concerning their adoption of THE LIFE OF A SHOWGIRL.

9.    In or about March 2026, I learned that, in response to the USPTO's refusal to register THE LIFE OF A SHOWGIRL, Defendants had requested that their application be suspended. When it became clear to me that Defendants were continuing to expand their commercial program, I retained litigation counsel and filed this action on March 30, 2026.

10.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-6-26___, at Las Vegas, Nevada.

Maren Flagg
Maren Flagg

3                                    PLAINTIFF DECL.