**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
 mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice* Application Forthcoming)
 jbaldridge@venable.com
Katie Wright Morrone, Esq. (*Pro Hac Vice* Application Forthcoming)
 kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>              Plaintiff,<br><br>      v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>              Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**NOTICE OF APPEARANCE** |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Max N. Wellman of Venable LLP, 2049 Century Park East, Suite 3400, Los Angeles, California 90067, telephone number (310) 229-9900, facsimile number (310) 229-9901, and e-mail address mwellman@venable.com, hereby enters his appearance as counsel of record on behalf of Defendant Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

Dated: April 16, 2026

VENABLE LLP

By:    */s/ Max N. Wellman*
　　　 Max N. Wellman
　　　 Attorney for Defendants Taylor Swift; TAS
　　　 Rights Management, LLC; UMG Recordings,
　　　 Inc.; Bravado International Group
　　　 Merchandising Services Inc.

1

NOTICE OF APPEARANCE