**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice* Application Forthcoming)
jbaldridge@venable.com
Katie Wright Morrone, Esq. (*Pro Hac Vice* Application Forthcoming)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MAREN FLAGG, an individual,

Plaintiff,

v.

TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

**LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES OF DEFENDANT TAS RIGHTS MANAGEMENT, LLC**

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 7.1-1 of the Local Rules of Civil Procedure, the undersigned, counsel of record for Defendant TAS Rights Management, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Maren Flagg
2. Defendant Taylor Swift
3. Defendant TAS Rights Management, LLC
4. Defendant UMG Recordings, Inc.
5. Defendant Bravado International Group Merchandising Services Inc.
6. Beazley Insurance Services

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TAS Rights Management, LLC further discloses that it has no parent company and no publicly traded company owns more than 10% of its stock.

Dated: April 16, 2026 VENABLE LLP

By: */s/ Max N. Wellman*
Max N. Wellman
Attorney for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.