**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
 mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice* Application Forthcoming)
 jbaldridge@venable.com
Katie Wright Morrone, Esq. (*Pro Hac Vice* Application Forthcoming)
 kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Mechandising Services Inc.

Jaymie Parkkinen (State Bar No. 318394)
 jp@prkknn.com
808 Wilshire Boulevard, Suite 200-255
Santa Monica, CA 90401
Telephone: (323) 919-3590

Attorneys for Plaintiff Maren Flagg

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE FOR UMG RECORDINGS, INC. AND BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.**<br><br>*[Declaration of Max N. Wellman and [Proposed] Order filed concurrently herewith]*<br><br>Complaint filed: March 30, 2026<br>Response Deadline: April 29, 2026<br>New Response Deadline: June 2, 2026 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Plaintiff Maren Flagg ("Plaintiff") and Defendants UMG Recordings, Inc., and Bravado International Group Merchandising Services Inc., by and through their undersigned attorneys, hereby stipulate and agree as follows:

1.    WHEREAS, on March 30, 2026, Plaintiff filed a Complaint against the Defendants in the United States District Court, Central District of California, Western Division (Dkt. No. 1);

2.    WHEREAS, Plaintiff personally served Bravado International Group Merchandising Services Inc. with the Complaint on April 8, 2026 via registered agent, and its current deadline to answer, move, or otherwise respond to the Complaint is April 29, 2026 (Dkt. No. 21);

3.    WHEREAS, Plaintiff personally served defendant UMG Recordings, Inc. with the Complaint on April 8, 2026 via registered agent, and its current deadline to answer, move, or otherwise respond to the Complaint is April 29, 2026 (Dkt. No. 22);

4.    WHEREAS, defendants UMG Recordings, Inc. and Bravado International Group Merchandising Services Inc. retained the undersigned counsel on April, 8, 2026 after service on their registered agents;

5.    WHEREAS, the current deadline for other defendants TAS Rights Management, LLC and Taylor Swift to answer, move, or otherwise respond to the Complaint is June 2, 2026 (Dkt. Nos. 23, 24);

6.    WHEREAS, the parties agree to extend the deadline for UMG Recordings, Inc. and Bravado International Group Merchandising Services Inc. to answer, move, or otherwise respond to the Complaint from April 29, 2026 until June 2, 2026. This extension is to align with the current, unchanged deadline for TAS Rights Management, LLC and Taylor Swift to answer, move, or otherwise respond to the Complaint.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

1

7.    WHEREAS, the parties agree that consolidating all Defendants' responsive pleading deadlines promotes judicial efficiency and economy and thus is for good cause and not for the purpose of delay;

NOW THEREFORE, the parties hereby STIPULATE and AGREE that UMG Recordings, Inc. and Bravado International Group Merchandising Services Inc deadline to answer, move or otherwise respond to Flagg's Complaint shall be on or before June 2, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

VENABLE LLP

Dated: April 16, 2026

By:  */s/ Max N. Wellman*
     Max N. Wellman

Attorney for Defendants UMG Recordings, Inc., Bravado International Group Mechandising Services Inc.

Dated: April 16, 2026     By:  */s/ Jaymie Parkkinen*
     Jaymie Parkkinen

Attorney for Plaintiff Maren Flagg

2

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Jaymie Parkkinen, counsel for Plaintiff Maren Flagg, concurs in the content of this filing and has authorized this filing.

Dated: April 16, 2026                    VENABLE LLP


By:    */s/ Max N. Wellman*
         Max N. Wellman

Attorneys for Defendants UMG Recordings, Inc., Bravado International Group Mechandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

3

JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE