UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual, | Case No. 2:26-cv-03354-SRM-BFM |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE FOR UMG RECORDINGS, INC. AND BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.** |
| v. | |
| TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25, | *[Joint Stipulation to Continue Responsive Pleading Deadline and Declaration of Max N. Wellman filed concurrently herewith]* |
| Defendants. | Complaint filed: March 30, 2026<br>Response Deadline: April 29, 2026<br>New Response Deadline: June 2, 2026 |

THE COURT, following review of the joint stipulation among Plaintiff Maren Flagg and Defendants UMG Recordings, Inc. and Bravado International Group Merchandising Services Inc., and for good cause appearing, ISSUES THE FOLLOWING ORDER:

1.    UMG Recordings, Inc. and Bravado International Group Merchandising Services Inc.'s deadline to answer, move, or otherwise respond to Plaintiff Maren Flagg's Complaint is continued to June 2, 2026.

**IT IS SO ORDERED**.

Dated: April 20, 2026

_____
Hon. Serena R. Murillo
United States District Judge