# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

MAREN FLAGG, an individual

          Plaintiff,

   v.

TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California corporation; and DOES 1-25

          Defendants.

Case No. 2:26-CV-03354-SRM-BFM

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: 5/5/2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1

STIPULATED PROTECTIVE ORDER