**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone, Esq. (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Mechandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MAREN FLAGG, an individual,

Plaintiff,

v.

TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

**DECLARATION OF MAX N. WELLMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Date: May 27, 2026

Action Filed: March 30, 2026
Trial Date: No Date Set

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

# DECLARATION OF MAX N. WELLMAN

I, Max N. Wellman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Partner at the law firm Venable LLP, counsel of record for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Mechandising Services Inc. ("Defendants"). I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to them. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction.

2. Attached as Exhibit 1 is a true and correct copy of the following USPTO filings related to Plaintiff's CONFESSIONS OF A SHOWGIRL mark: (1) Plaintiff's Section 8 & 15 Declaration and Specimen of Use submitted to the USPTO dated August 23, 2021; (2) Plaintiff's Declaration of Use and Specimens of Use submitted to the USPTO dated June 16, 2015; (3) Plaintiff's Declaration of Use and Specimen submitted to the USPTO dated August 20, 2025.

3. Attached as Exhibit 2 is a true and correct copy of a printout from Plaintiff's website www.confessionsofashowgirl.com/blog.[1] The most recent blog post on the website is dated March 10, 2021.

4. Attached as Exhibit 3 is a true and correct copy of a printout from Plaintiff's website https://www.confessionsofashowgirl.com/product-page/confessions-of-a-showgirl-hardcover related to Plaintiff's hardcover book. The book is listed as "out of stock." On a separate section of Plaintiff's website, there is a place to "pre-order" a new edition, but no stated release date is listed. https://www.confessionsofashowgirl.com/#dataItem-mnb2t6be. A true and correct

[1] For any printout referenced and attached as an exhibit to this declaration, I personally visited the referenced website where I viewed the material. I then instructed my colleagues to generate a true and correct copy and attach hereto.

copy of a printout from this section of Plaintiff's website is also included in Exhibit 3.

5. Attached as Exhibit 4 is a true and correct copy of a printout from Plaintiff's website https://www.confessionsofashowgirl.com/product-page/confessions-of-a-showgirl-e-book related to Plaintiff's e-book. The e-book is unavailable for purchase as the product link reads: "This product couldn't be found."

6. Attached as Exhibit 5 are true and correct copies of print-outs of a podcast "teaser" related to Plaintiff and published on August 17, 2025 https://podcasts.apple.com/us/podcast/confessions-of-a-showgirl/id1833803576. The "teaser" description states: "The life of a showgirl: raw, funny, unapologetic . . . ." And the teaser itself states that the podcast will discuss "what happens when the world's most famous pop star [i.e. Taylor Swift] suddenly comes out as a showgirl too . . ." Defendants have not identified any episodes of the podcast.

7. Attached as Exhibit 6 is a true and correct copy of a printout of Plaintiff's website https://www.confessionsofashowgirl.com/gigs listing Plaintiff's past performances. The website shows that Plaintiff's last performance took place in January 2026 and lists no upcoming performances.

8. Attached as Exhibit 7 is a true and correct copy of a printout of the website https://www.provincecoa.com/home/. The website explains that Province is a "a gated 55+ active adult community." According to Plaintiff's website, Plaintiff performed at Province's village center on January 16, 2026. *See* Ex. 6.

9. Attached as Exhibit 8 is a true and correct copy of a printout of the website https://www.sunoutdoors.com/arizona/palm-creek-resort-residences#about-section-home. The website explains that Palm Creek is a "55+ Golf Resort." According to Plaintiff's website, Plaintiff performed at Palm Creek on January 15, 2026. *See* Ex. 6.

10. Attached as Exhibit 9 is a true and correct copy of a printout of the website https://viewpointrv.com/terrace-green/. The website explains that Viewpoint

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

is an "RV & Golf Resort." According to Plaintiff's website, Plaintiff performed at the Terrace Green Event Center at Viewpoint on January 13, 2026. *See* Ex. 6.

11. Attached as Exhibit 10 is a true and correct copy of a printout of the website https://www.thebeechman.com/about-us. The website explains that the Beechman Theatre is a "90 seat cabaret-style venue." According to Plaintiff's website, Plaintiff performed at The Beechman Theater on January 17, 2024. *See* Ex. 6.

12. Attached as Exhibit 11 is a true and correct copy of a printout of the website https://www.thestirlingclub.com/public/entertainment/entertainment. According to Plaintiff's website, Plaintiff performed at The Stirling Club on March 23, 2023 as part of a "Cabaret Series." *See* Ex. 6.

13. Attached as Exhibit 12 is a true and correct copy of a printout of the website https://www.hilton.com/en/hotels/nycnhhh-new-york-hilton-midtown/events/. According to Plaintiff's website, Plaintiff performed a show "open to the public and free to attend" at the "Sutton Central room at The Hilton Midtown in New York" on January 15, 2023 and also performed at the Hilton Midtown from January 12, 2024 – January 16, 2024. *See* Ex. 6.

14. Attached as Exhibit 13 is a true and correct copy of a printout of the YouTube page https://www.youtube.com/@MarenWade/videos. Currently, the last video that is available was posted 10 years ago.

15. Attached as Exhibit 14 is a true and correct copy of a printout of the YouTube page https://www.youtube.com/@marenwade3132012. The YouTube page shows the last video posted over a year ago.

16. Attached as Exhibit 15 is a true and correct copy of a printout from *Marriam-Webster* for the definition of "Confessions", https://www.merriam-webster.com/dictionary/confessions.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

17. Attached as Exhibit 16 is a true and correct copy of a printout from *Marriam-Webster* for the definition of "Life", https://www.merriam-webster.com/dictionary/life.

18. Attached as Exhibit 17 are true and correct copies of printouts from the USPTO depicting third-party registrations containing "Showgirl" in International Class 41.

19. Attached as Exhibit 18 are true and correct copies of printouts from the USPTO depicting third-party registrations containing the term "Confessions of a" in International Class 41, among other classes.

20. Attached as Exhibit 19 is a true and correct copy of a printout from IMDB.com, https://www.imdb.com/title/tt1093908/, depicting a 2009 film entitled "*Confessions of a Shopaholic*".

21. Attached as Exhibit 20 is a true and correct copy of a printout from Amazon.com, https://www.amazon.com/Confessions-Shopaholic-No-1/dp/0385335482, depicting a 2001 book entitled "*Confessions of a Shopaholic*".

22. Attached as Exhibit 21 is a true and correct copy of a printout from Amazon.com, https://www.amazon.com/Confessions-Sociopath-Spent-Hiding-Plain/dp/0307956644, depicting a 2013 book entitled "*Confessions of a Sociopath*".

23. Attached as Exhibit 22 is a true and correct copy of a printout from IMDB.com, https://www.imdb.com/title/tt0270288/, depicting a 2002 film entitled "*Confessions of a Dangerous Mind*".

24. Attached as Exhibit 23 is a true and correct copy of a printout from Amazon.com, https://www.amazon.com/Confessions-Forty-Something-Funniest-DOING-Novel-ebook/dp/B0C46VSSR2, depicting a 2023 book entitled "*Confessions of a Forty-Something*".

25. Attached as Exhibit 24 is a true and correct copy of a printout from IMDB.com, https://www.imdb.com/title/tt39978536/, depicting a television mini-series entitled "*Confessions of a Vegas Showgirl*".

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

26. Attached as Exhibit 25 is a true and correct copy of a printout from IMDB.com, https://www.imdb.com/title/tt0114436/, depicting a 1995 film entitled "*Showgirls*".

27. Attached as Exhibit 26 is a true and correct copy of a printout from PBS.org, https://www.pbs.org/video/the-showgirl-a-las-vegas-icon-grekfm/, depicting a 2020 PBS documentary entitled "*The Showgirl: A Las Vegas Icon*".

28. Attached as Exhibit 27 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DOXGj2QgRvV/?hl=en, depicting a September 8, 2025 post made by Plaintiff, which she captioned "In my showgirl era. #TS12". The video of the post displays the text "In my showgirl era", referencing The Era's Tour. The audio accompanying the post is "Shake It Off" by Taylor Swift, however, Plaintiff misrepresents the music as "original audio."

29. Attached as Exhibit 28 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DObfBLLieh3/?hl=en, depicting a September 10, 2025 post made by Plaintiff, which she captioned "Impatiently waiting for #TS12". The video of the post displays the text "Apologizing for the person I'm gonna be on October 3", which references the date of the Album's release. The audio accompanying the post is "…Ready for It?" by Taylor Swift, however, Plaintiff misrepresents the music as "original audio".

30. Attached as Exhibit 29 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DOeo5EYknNC/?hl=en, depicting a September 11, 2025 post made by Plaintiff, which she captioned "I have a confession to make…I tried comfort once. It didn't go with the outfit. #thelifeofashowgirl". The audio accompanying the post is "I Forgot That You Existed" by Taylor Swift, however, Plaintiff misrepresents the music as "original audio".

31. Attached as Exhibit 30 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DOhQtLakp8P/?hl=en, depicting a

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

September 12, 2025 post made by Plaintiff, which she captioned "When you don't have to wait in line because your morning coffee is at 2pm. #thelifeOfAShowgirl".

32. Attached as Exhibit 31 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DOpE1Enkg7w/?hl=en, depicting a September 15, 2025 post made by Plaintiff, which she captioned "Who wants to join the movement? #thelifeofashowgirl".

33. Attached as Exhibit 32 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DOrXyitEkdy/?hl=en, depicting a September 16, 2025 post made by Plaintiff, which she captioned "Feathers before feelings. #thelifeofashowgirl".

34. Attached as Exhibit 33 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DOubNJeCRK1/?hl=en, depicting a September 17, 2025 post made by Plaintiff, which she captioned "Let us be excited for #TS12 #TheLifeofAShowgirl". The audio and text within the video of the post state: "People that are like 'Oh, I don't like Taylor Swift.' Okay girl, if you're not fun just say that."

35. Attached as Exhibit 34 is a true and correct printout from Instagram.com, https://www.instagram.com/marenwade/reel/DOwJbGqibm0/, depicting a September 18, 2025 post made by Plaintiff, which she captioned "Tag someone who needs this reminder. #showgirltip #thelifeofashowgirl".

36. Attached as Exhibit 35 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DOzQexOEnO2/?hl=en, depicting a September 19, 2025 post made by Plaintiff, which she captioned "A showgirl's nightmare: a sleeping audience. #thelifeofashowgirl". The audio accompanying the post is ". . . Ready for It?" by Taylor Swift, however, Plaintiff misrepresents the music as "original audio".

37. Attached as Exhibit 36 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DO2S_4VEcpA/?hl=en, depicting a

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

September 20, 2025 post made by Plaintiff, which she captioned "Performance hangover #thelifeofashowgirl".

38. Attached as Exhibit 37 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DO7HtTGAbEQ/?hl=en, depicting a September 22, 2025 post made by Plaintiff, which she captioned "Taylor has eras. I have trash day. #thelifeofashowgirl #TS12 #taylorswift #swifties". The audio of the post states "I have a confession to make. You know how Taylor Swift can write and record two albums while performing three-hour shows every night? Well I'm proud of myself for remembering it was trash day, and taking out the trash." The audio is then followed by the song "Bejeweled" by Taylor Swift.

39. Attached as Exhibit 38 is a true and correct printout from Instagram.com, https://www.instagram.com/p/DPmrXXogc3U/?hl=en, depicting a October 9, 2025 post made by Plaintiff, which she captioned "Nothing like a little 'Wood' to brighten your day. #taylorswift #thelifeofashowgirl #transitionidea #taylorswiftwood #tloasg #ts12 #knockonwoodtrend". The audio accompanying the post is the song "Wood" by Taylor Swift, which is Track 9 on the Album.

40. Attached as Exhibit 39 is a true and correct printout from Tiktok.com, https://www.tiktok.com/t/ZTkAbgADU/, depicting a September 8, 2025 post made by Plaintiff, which she captioned "#TheLifeofAShowgirl #TS12". The text within the video post states: "In my showgirl era".

41. Attached as Exhibit 40 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7548506973298314527?_r=1&_t=ZT-957vWO9gX7O, depicting a September 10, 2025 post made by Plaintiff, which she captioned "Impatiently waiting for #TS12". The video of the post displays the text "Apologizing for the person I'm gonna be on October 3" (the date of the Album's release). The audio accompanying the post is "…Ready for It?" by Taylor Swift.

42. Attached as Exhibit 41 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7548952923330399543, depicting a

September 11, 2025 post made by Plaintiff captioned "I have a confession to make . . . I tried comfort once. It didn't go with the outfit. #thelifeofashowgirl." The audio of the post is the song "I Forgot That You Existed" by Taylor Swift.

43. Attached as Exhibit 42 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7549339324307836190?_r=1&_t=ZT-957vlcRDOG6, depicting a September 12, 2025 post made by Plaintiff captioned "When you don't have to wait in line because your morning coffee is at 2pm. #thelifeOfAShowgirl".

44. Attached as Exhibit 43 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/photo/7550089115564363038?_r=1&_t=ZT-957voObCtgM, depicting a September 14, 2025 post made by Plaintiff. The audio of the post is the song "Style" by Taylor Swift.

45. Attached as Exhibit 44 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7550466972132134175?_r=1&_t=ZT-957vtRlatMj, depicting a September 15, 2025 post made by Plaintiff captioned "Who wants to join the movement? #thelifeofashowgirl".

46. Attached as Exhibit 45 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7550794802372070686?_r=1&_t=ZT-957vus8nqtq, depicting a September 16, 2025 post made by Plaintiff captioned "Feathers before feelings. #thelifeofashowgirl".

47. Attached as Exhibit 46 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7551234159948172558?_r=1&_t=ZT-957w0gXP3Ww, depicting a September 17, 2025 post made by Plaintiff captioned "Let us be excited for #TS12 # TheLifeofAShowgirl". The audio and text within the video of the post state: "People that are like 'Oh, I don't like Taylor Swift.' Okay girl, if you're not fun just say that."

48. Attached as Exhibit 47 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7551933172909477151?_r=1&_t=ZT-

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

957w6A7syPF, depicting a September 19, 2025 post made by Plaintiff captioned "A showgirl's nightmare: a sleeping audience. #thelifeofashowgirl." The audio accompanying the post is ". . . Ready for It?" by Taylor Swift, however, the music is misrepresented as "original sound".

49. Attached as Exhibit 48 is a true and correct printout from Tiktok.com, https://www.tiktok.com/t/ZTkAbVR5b/, depicting a September 20, 2025 post made by Plaintiff. The post is captioned "Performance hangover. #thelifeofashowgirl."

50. Attached as Exhibit 49 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7552701836684299575?_r=1&_t=ZT-957w9pvqxYM, depicting a September 21, 2025 post made by Plaintiff depicting the text "Taylor Swift is doing The Official Release Party of a Showgirl. Which is awkward, cause it's also my birthday month. One of us is gonna have to change." The post is also captioned "#thelifeofashowgirl #swiftie," and uses audio from the song "I Can Do It With A Broken Heart" by Taylor Swift.

51. Attached as Exhibit 50 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7553063526798069022?_r=1&_t=ZT-957wHFF5eso, depicting a September 22, 2025 post made by Plaintiff captioned "Taylor has eras. I have trash day. #thelifeofashowgirl #swifties #taylorswift #taylornation #ts12". The audio and text within the post state: "I have a confession to make. You know how Taylor Swift can write and record two albums while performing three-hour shows every night? Well I'm proud of myself for remembering it was trash day, and taking out the trash." The audio is then followed by the song "Bejeweled" by Taylor Swift.

52. Attached as Exhibit 51 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/photo/7553466844775042317?_r=1&_t=ZT-957wSQLZ7Of, depicting a September 23, 2025 post made by Plaintiff. Among other text, the caption of the post uses the hashtag #lifeofashowgirl.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

53. Attached as Exhibit 52 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7553838828822318367?_r=1&_t=ZT-957wbOnZNd8, depicting a September 24, 2025 post made by Plaintiff captioned "When #thelifeofashowgirl collides with an NFL legend. I feel just like Taylor!! #swifties #tloas #taylorswifttok". The post contains the instrumental version of "Wildest Dreams" by Taylor Swift.

54. Attached as Exhibit 53 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7554161933922929933?_r=1&_t=ZT-957wlAifmov, depicting a September 25, 2025 post made by Plaintiff captioned "Dear Taylor, I need your connections. #deartaylor #thelifeofashowgirl #tloas #swifties". The audio and text within the post state: "Dear Taylor I need your help. There is a major problem here in Vegas and it is the traffic lights. They're. They're too long. I mean the city is growing and, you know, I mean, if you miss one light, you're 15 minutes late, and if you miss two I might as well not go. So I. I'm could you put me in touch with like a supervisor or a manager of stop lights? Please help. Oh green light. I gotta go."

55. Attached as Exhibit 54 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7554561567363206430?_r=1&_t=ZT-957ws7pclNW, depicting a September 26, 2025 post made by Plaintiff captioned "Showgirl Bootcamp #TLOAS #thelifeofashowgirl #fitnesstips".

56. Attached as Exhibit 55 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7554822950164122911?_r=1&_t=ZT-957wyN0Tlny, depicting a September 27, 2025 post made by Plaintiff captioned "Showgirl tip #37: talking in the car counts as therapy. Bonus – your therapist can't interrupt you if it's you. #tloas #thelifeofashowgirl #cartalk #swifties".

57. Attached as Exhibit 56 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7555183298348141879?_r=1&_t=ZT-957wyKbCYCk, depicting a September 28, 2025 post made by Plaintiff captioned

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

"Anxiously waiting for TS12 to drop #thelifeofashowgirl #TS12 #TLOAS #swifties." The text within the video states: "Tell me you're a Swiftie without telling me you're a Swiftie." The audio accompanying the post is the song "Anti-Hero" by Taylor Swift.

58. Attached as Exhibit 57 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7555681093437984030?_r=1&_t=ZT-957xBrUehwL, depicting a September 29, 2025 post made by Plaintiff captioned "#TLOAS #thelifeofashowgirl #swifties #ts12". The audio accompanying the post is the song "I Forgot That You Existed" by Taylor Swift.

59. Attached as Exhibit 58 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7556300703661034782?_r=1&_t=ZT-957xFwZCSNy, depicting an October 1, 2025 post made by Plaintiff captioned "GRWM: First I wake up flawless, then I stay that way. #thelifeofashowgirl #tloas #cartalk #swifties #ts12".

60. Attached as Exhibit 59 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7556798368736021774?_r=1&_t=ZT-957xHe1k42Y, depicting an October 2, 2025 post made by Plaintiff. The text and audio within the video states: "So Taylor Swift is doing the Official Release Party of a Showgirl which is awkward because it's also my birthday month. So one of us is gonna have to change." The post is further captioned "The Unofficial Release Party of a Showgirl #thelifeofashowgirl #ts12 #swifties #taylorswift #taylorswifttok".

61. Attached as Exhibit 60 is a true and correct printout from Tiktok.com, https://www.tiktok.com/t/ZTkA43u21/, depicting an October 4, 2025 post made by Plaintiff captioned "The Unofficial Release Party of a Showgirl. #thelifeofashowgirl #ts12 #swifties #taylornation". The post video is footage of the Plaintiff superimposed with "The Life Of A Showgirl" in the identical style, font, color, and placement as depicted on the Album cover. The audio accompanying the post is the song "The Life of a Showgirl" by Taylor Swift, which is Track 12 on the Album.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

62. Attached as Exhibit 61 is a true and correct printout from Tiktok.com, https://www.tiktok.com/t/ZTkAbtnya/, depicting an October 4, 2025 post made by Plaintiff captioned "It's called Opalite, Brenda. Keep up. #tloas #thelifeofashowgirl #swifties #taylorswift #taylornation". The text within the video states: "Me on my way to tell anyone who will listen about all of the Easter eggs in the lyrics of track 3." The audio accompanying the post is the song "Opalite" by Taylor Swift, which is Track 3 on the Album.

63. Attached as Exhibit 62 is a true and correct printout from Tiktok.com, https://www.tiktok.com/t/ZTkAbLMyd/, depicting an October 5, 2025 post made by Plaintiff captioned "Confession: I don't meal prep. I just emotionally support the fruit while I drink a Red Bull. #tloas #thelifeofashowgirl #swifties #swiftie #redbull".

64. Attached as Exhibit 63 is a true and correct printout from Tiktok.com, https://www.tiktok.com/t/ZTkAbtJvT/, depicting an October 8, 2025 post made by Plaintiff captioned "She said 'it's me, hi,' I said 'hold on, I need my feathers.' #corporatelife #taylorswift #lifeofashowgirl #loasg #corporatehumor". (The phrase "It's me, hi" is a phrase from the song "Anti-Hero" by Taylor Swift). The text within the video states: "What you see vs. What's happening in my head." The audio accompanying the post is the song "Wood" by Taylor Swift, which is Track 9 on the Album.

65. Attached as Exhibit 64 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7559343002859146526?_r=1&_t=ZT-957xhTcFdao, depicting an October 9, 2025 post made by Plaintiff captioned "Nothing like a little 'Wood' to brighten your day. #taylorswift #thelifeofashowgirl #transitionidea #tloasg #ts12". The audio accompanying the post is the song "Wood" by Taylor Swift, which is Track 9 on the Album.

66. Attached as Exhibit 65 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7560123459909455118?_r=1&_t=ZT-957xoDSwwaU, depicting an October 11, 2025 post made by Plaintiff captioned

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

"Album review #thelifeofashowgirl #ts12 #swifties #taylornation #taylorswifttok". The text within the video states: "ME: I don't love Taylor Swift's new album ME: One hour later . . ." Within the video Plaintiff mimics dance moves from the music video to the song "The Fate of Ophelia" by Taylor Swift. The audio accompanying the post is the song "The Fate of Ophelia" by Taylor Swift, which is Track 1 on the Album.

67. Attached as Exhibit 66 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7560463505753640206?_r=1&_t=ZT-957xt6Fo60L, depicting an October 12, 2025 post made by Plaintiff captioned "When you're a showgirl and a swiftie! #thelifeofashowgirl #ts12 #swifties #expectationvreality #taylornation". The audio accompanying the post is the song "The Life of a Showgirl" by Taylor Swift, which is Track 12 on the Album.

68. Attached as Exhibit 67 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7560842571187047694?_r=1&_t=ZT-957xymBs1le, depicting an October 13, 2025 post made by Plaintiff stating "Me since Oct 3rd" and Plaintiff mimicking dance moves from the music video to the song "The Fate of Ophelia" by Taylor Swift. The post is accompanied by hashtags #thelifeofashowgirl #taylorswift #swifttok #dance #swiftie in the caption. The audio accompanying the post is the song "The Fate of Ophelia" by Taylor Swift, which is Track 1 on the Album.

69. Attached as Exhibit 68 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7561609231284112695?_r=1&_t=ZT-957y3dMZs4L, depicting an October 15, 2025 post made by Plaintiff captioned "I've died and gone to heaven #thelifeofashowgirl #elizabethtaylor #backstreetboys #swifties #tloas". The text within the video states: "The remix that changed me forever . . ." The audio accompanying the post is the song "Elizabeth Taylor" by Taylor Swift (which is Track 2 on the Album) remixed with "Everybody" by the Backstreet Boys.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

70. Attached as Exhibit 69 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7562672816907095309?_r=1&_t=ZT-957yCe8Viv7, depicting an October 18, 2025 post made by Plaintiff captioned "#thelifeofashowgirl #swifties #swifttok #ts12 #tswift". The text within the video states: "A showgirl's reaction to Taylor Swift's new album" and depicts Plaintiff eating a banana. The audio accompanying the post is labeled as "original sound" but is actually the song "Wood" by Taylor Swift, which is Track 9 on the Album.

71. Attached as Exhibit 70 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7563832177159441677?_r=1&_t=ZT-957yHvUY8re, depicting an October 21, 2025 post made by Plaintiff captioned "thelifeofashowgirl #swifties #ts12 #showgirl #elizabethtaylor." When the native version of this post was identified on or about April 9, 2026, it included accompanying audio of the song "Elizabeth Taylor" by Taylor Swift, which is Track 2 on the Album. Currently, there is no sound available at the TikTok link above.

72. Attached as Exhibit 71 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7564208513271057719?_r=1&_t=ZT-957yKRRQFUE, depicting an October 22, 2025 post made by Plaintiff captioned "Showgirl hack | 46 #thelifeofashowgirl #swifties #taylornation #vegastiktok #lifehacks".

73. Attached as Exhibit 72 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade/video/7564574405603446029?_r=1&_t=ZT-957yVC5D7z4, depicting an October 23, 2025 post made by Plaintiff captioned "Showgirl Tip | Part 56 #thelifeofashowgirl #swifties #lifehacks #vegastiktok #lifetips".

74. Attached as Exhibit 73 is a chart summarizing Plaintiff's social media posts depicted in Exhibits 27 through 72, among other posts. In sum, Plaintiff used the phrase "The Life of a Showgirl" or posted generally about Ms. Swift or the Album

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

over 40 times on her Instagram and TikTok accounts. On Plaintiff's TikTok account, 34 of the total 38 posts involve mentions of Ms. Swift and/or the Album.

75. Copies of native video recordings referenced in Exhibits 27-42, 44-50, and 52-72 are simultaneously being lodged with the Court in connection with this Declaration. They are also publicly available at this link: https://venable.sharefile.com/public/share/web-s7cb60016eb894c4e8754be9949914832.

76. Attached as Exhibit 74 is a true and correct printout from Tiktok.com, https://www.tiktok.com/@marenwade, of Plaintiff's Tiktok bio where she uses the phrase "The Life of a Showgirl: Baby, That's TikTok."

77. Attached as Exhibit 75 is a true and correct printout from the USPTO's website, https://www.uspto.gov/trademarks/maintain/responding-office-actions, on responding to office actions. It states, in relevant part: "If your response satisfies each legal problem in the nonfinal office action and doesn't raise any new problems, your application will proceed toward registration."

78. On August 13, 2025, Ms. Swift appeared on a podcast entitled "New Heights," where she announced her twelfth studio album, *The Life of a Showgirl*. A link to the podcast episode is available here: https://www.youtube.com/watch?v=M21X9XESvDE. Starting at timestamp 1:28:00, Ms. Swift announced and displayed the Album, and explained that her inspiration for the title came from her experiences while performing during The Eras Tour, combining the physical exhaustion of grueling 3.5 hour performances with the creative stimulation of songwriting, agreeing when the podcast host observed that she was "literally living the life of a showgirl" (at timestamp 1:28:50). Ms. Swift also explained that the Album "is about what was going on behind the scenes in [her] inner life during [The Eras Tour], which was so exuberant and electric and vibrant" (at timestamp 1:31:20).

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

79. Attached as Exhibit 76 is a true and correct copy of the Article available at https://time.com/6342806/person-of-the-year-2023-taylor-swift/ by Sam Lansky at Time. The article states, in relevant part, Taylor Swift's "fans are singularly passionate, not just in the venue but also online, as they analyze clues, hints, and secret messages in everything from her choreography to her costumes—some deliberately planted, others not."

80. Attached as Exhibit 77 is a true and correct copy of the Article available at https://www.rollingstone.co.uk/music/swifties-uncover-years-worth-of-easter-eggs-the-life-of-a-showgirl-52880 by Larisha Paul of Rolling Stone, titled *Swifties Uncover Years' Worth of Easter Eggs After 'The Life of a Showgirl' Reveal.*

81. Attached as Exhibit 78 is a true and correct copy of a printout from YouTube.com, https://www.youtube.com/watch?v=eKcAh1qWd1E, posted by Fox5 Las Vegas on Oct 15, 2024. This post is the most recent television advertisement that Defendants have been able to locate concerning Plaintiff's cabaret show.

82. On the homepage of Plaintiff's website https://www.confessionsofashowgirl.com/ there is a "video promo" for Plaintiff's cabaret show. When viewed, the video promo features Ms. Swift's song "Shake it Off." A true and correct copy of screenshots of a screen recording of this video is attached as Exhibit 79.

83. Attached as Exhibit 80 is a true and correct printout from Instagram.com, https://www.instagram.com/reels/CjYCEqMgjVc/, depicting a October 6, 2022 video post made by Plaintiff promoting her cabaret show. When viewed, the video post features Ms. Swift's song "Shake it Off."

84. Attached as Exhibit 81 is a true and correct printout from Instagram.com, https://www.instagram.com/reel/CzmIXYJvc0o/, depicting a November 13, 2023 video post made by Plaintiff promoting her cabaret show. When viewed, the video post features Ms. Swift's song "Shake it Off."

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

85. Attached as Exhibit 82 is a true and correct printout from Instagram.com, https://www.instagram.com/reel/C0fEm84S5pB/, depicting a December 5, 2023 video post made by Plaintiff promoting her cabaret show. When viewed, the video post features Ms. Swift's song ". . . Ready for It?"

86. Attached as Exhibit 83 is a true and correct printout and screenshot from Instagram.com, https://www.instagram.com/p/C_yqjT0zoJZ/, depicting a September 11, 2024 post made by Plaintiff promoting her cabaret show. When viewed on a mobile device, the post features Ms. Swift's song ". . . Ready for It?".

87. Plaintiff's social media posts depicted in Exhibits 80 through 83, are also included within the summary chart provided in Exhibit 73.

88. Copies of native video recordings referenced in Exhibits 79 through 82 are simultaneously being lodged with the Court in connection with this Declaration. They are also publicly available at this link: https://venable.sharefile.com/public/share/web-s7cb60016eb894c4e8754be9949914832.

89. Attached as Exhibit 84 is a chart identifying responses and objections to the twelve pieces of social media evidence attached to Plaintiff's Motion.

90. Attached as Exhibit 85 are true and correct copies of posts by X.com user @fairyhosk (a/k/a Jenny), https://x.com/fairyhosk, dated August 13, 2025, and September 26, 2025 respectively.

91. Attached as Exhibit 86 are true and correct copies of posts by X.com user @jameswindborne, https://x.com/jameswindborne, dated October 3, 2025, and September 26, 2025 respectively.

92. Attached as Exhibit 87 is a true and correct copy of the X.com post https://x.com/modernairelife/status/1754145928301183136, taken on or about April 29, 2026. Since the screenshot depicted in Exhibit 87 was taken, the post appears to have been removed.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

93. Attached as Exhibit 88 is a true and correct printout from instagram.com, https://www.instagram.com/reel/DPzM7_9EoA-, of a post by user kat_blaque dated October 14, 2025.

94. Attached as Exhibit 89 are true and correct printouts from Instagram.com by user sagecoterie. The post previously available at https://www.instagram.com/p/DWRXM-pEZgT/ was recently pinned by the user and is currently available at https://www.instagram.com/p/DXwxOdDEVAJ/. The posts show that the Instagram user was aware of the Album title.

95. Attached as Exhibit 90 is a true and correct copy of a printout from IMDB.com, https://www.imdb.com/title/tt41845688/, depicting a 2026 true crime documentary episode entitled "*Death of a Showgirl*". Also included in the exhibit is a true and correct copy of a printout from https://podcasts.apple.com/us/podcast/death-of-a-showgirl/id987967575?i=1000762138790, depicting a podcast episode of the same name, "*Death of a Showgirl*".

96. Attached as Exhibit 91 is a true and correct copy of a printout from Amazon.com, https://www.amazon.com/Death-Showgirl-Tobias-Jones/dp/0571269699, depicting a 2013 book entitled "*Death of a Showgirl*".

97. Attached as Exhibit 92 is a true and correct copy of a printout from IMDB.com, https://www.imdb.com/title/tt0084525/, depicting a 1982 film entitled "*Portrait of a Showgirl*". Also included within the exhibit is a true and correct copy of a printout from Rottentomatoes.com, https://www.rottentomatoes.com/m/portrait_of_a_showgirl, depicting the same film.

98. Attached as Exhibit 93 is a true and correct copy of a printout from IMDB.com, https://www.imdb.com/title/tt31193791/, depicting a 2024 film entitled "*The Last Showgirl*".

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2026

VENABLE LLP

By: */s/ Max N. Wellman*
Max N. Wellman

Attorney for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900