# EXHIBIT 73

**Plaintiff's Social Media Posts Made After the Album Announcement**

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 27 | Instagram | 9.8.2025 | https://www.instagram.com/p/DOXGj2QgRvV/?hl=en | Caption states: "In my showgirl era. #TS12" | "Shake It Off" by Taylor Swift, however, Plaintiff misrepresents the music as "original audio" |
| 28 | Instagram | 9.10.2025 | https://www.instagram.com/p/DObfBLLieh3/?hl=en | Caption states: "Impatiently waiting for #TS12"<br><br>Text on the video states: "Apologizing for the person I'm gonna be on October 3" (October 3 is the date the Album was released) | "…Ready for It?" by Taylor Swift, however, Plaintiff misrepresents the music as "original audio" |

2

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 29 | Instagram | 9.11.2025 | https://www.instagram.com/p/DOeo5EYknNC/?hl=en | #thelifeofashowgirl | "I Forgot That You Existed" by Taylor Swift, however, Plaintiff misrepresents the music as "original audio" |
| 30 | Instagram | 9.12.2025 | https://www.instagram.com/p/DOhQtLakp8P/?hl=en | #thelifeOfAShowgirl | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 31 | Instagram | 9.15.2025 | https://www.instagram.com/p/DOpE1Enkg7w/?hl=en | #thelifeofashowgirl | |
| 32 | Instagram | 9.16.2025 | https://www.instagram.com/p/DOrXyitEkdy/?hl=en | #thelifeofashowgirl | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 33 | Instagram | 9.17.2025 | https://www.instagram.com/p/DOubNJeCRK1/?hl=en | Caption states: "Let us be excited for #TS12 #TheLifeofAShowgirl"<br><br>Text on the video states: "People that are like, 'Oh, I don't like Taylor Swift' Okay girl, if you're not fun just say that" | Audio states: "People that are like 'Oh, I don't like Taylor Swift.' Okay girl, if you're not fun just say that" |
| 34 | Instagram | 9.18.2025 | https://www.instagram.com/marenwade/reel/DOwJbGqibm0/ | #thelifeofashowgirl | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 35 | Instagram | 9.19.2025 | https://www.instagram.com/p/DOzQexOEnO2/?hl=en | #thelifeofashowgirl | "…Ready for It?" by Taylor Swift, however, Plaintiff misrepresents the music as "original audio" |
| 36 | Instagram | 9.20.2025 | https://www.instagram.com/p/DO2S_4VEcpA/?hl=en | #thelifeofashowgirl | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 37 | Instagram | 9.22.2025 | https://www.instagram.com/p/DO7HtTGAbEQ/?hl=en | Caption states: "Taylor has eras. I have trash day. #thelifeofashowgirl #TS12 #taylorswift #swifties" | "Bejeweled" by Taylor Swift<br><br>Audio states: "I have a confession to make. You know how Taylor Swift can write and record two albums while performing three-hour shows every night? Well I'm proud of myself for remembering it was trash day, and taking out the trash." |
| 38 | Instagram | 10.9.2025 | https://www.instagram.com/p/DPmrXXogc3U/?hl=en | Caption states: "Nothing like a little 'Wood' to brighten your day. #taylorswift #thelifeofashowgirl #transitionidea #taylorswiftwood #tloasg #ts12 #knockonwoodtrend" | "Wood" by Taylor Swift |

7

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 39 | Tiktok | 9.8.2025 | https://www.tiktok.com/t/ZTkAbgADU/ | Caption states: "#TheLifeOfAShowgirl #TS12" <br><br> Text on the video states: "In my showgirl era" | |
| 40 | Tiktok | 9.10.2025 | https://www.tiktok.com/@marenwade/video/7548506973298314527?_r=1&_t=ZT-957vWO9gX7O | Caption states: "Impatiently waiting for #TS12" <br><br> Text on the video states: "Apologizing for the person I'm gonna be on October 3" (October 3 is the date the Album was released). | "…Ready for It?" by Taylor Swift |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|-------|----------|------|------------------------------|------------------------------|-------------------------|
| 41 | Tiktok | 9.11.2025 | https://www.tiktok.com/@marenwade/video/7548952923330399543 | #thelifeofashowgirl | "I Forgot That You Existed" by Taylor Swift |
| 42 | Tiktok | 9.12.2025 | https://www.tiktok.com/@marenwade/video/7549339324307836190?_r=1&_t=ZT-957vlcRDOG6 | #thelifeOfAShowgirl | |

9

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 43 | Tiktok | 9.14.2025 | https://www.tiktok.com/@marenwade/photo/7550089115564363038?_r=1&_t=ZT-957voObCtgM | | "Style" by Taylor Swift |
| 44 | Tiktok | 9.15.2025 | https://www.tiktok.com/@marenwade/video/7550466972132134175?_r=1&_t=ZT-957vtRlatMj | #thelifeofashowgirl | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 45 | Tiktok | 9.16.2025 | https://www.tiktok.com/@marenwade/video/7550794802372070686?_r=1&_t=ZT-957vus8nqtq | #thelifeofashowgirl | |
| 46 | Tiktok | 9.17.2025 | https://www.tiktok.com/@marenwade/video/7551234159948172558?_r=1&_t=ZT-957w0gXP3Ww | Caption states: "Let us be excited for #TS12 #TheLifeofAShowgirl" <br><br> Text on the video states: "People that are like, 'Oh, I don't like Taylor Swift.' Okay girl, if you're not fun just say that." | Audio states: "People that are like 'Oh, I don't like Taylor Swift.' Okay girl, if you're not fun just say that." |

11

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|-------|----------|------|------------------------------|------------------------------|------------------------|
| 47 | Tiktok | 9.19.2025 | https://www.tiktok.com/@marenwade/video/7551933172909477151?_r=1&_t=ZT-957w6A7syPF | #thelifeofashowgirl | "…Ready for It?" by Taylor Swift, however, Plaintiff misrepresents the music as "original sound" |
| 48 | Tiktok | 9.20.2025 | https://www.tiktok.com/t/ZTkAbVR5b/ | #thelifeofashowgirl | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 49 | Tiktok | 9.21.2025 | https://www.tiktok.com/@marenwade/video/7552701836684299575?_r=1&_t=ZT-957w9pvqxYM | Caption states: "#thelifeofashowgirl #swiftie" <br><br> Text on the video states: "Taylor Swift is doing The Official Release Party of a Showgirl. Which is awkward, cause it's also my birthday month. One of us gonna have to change." | "I Can Do It With A Broken Heart" by Taylor Swift |
| 50 | Tiktok | 9.22.2025 | https://www.tiktok.com/@marenwade/video/7553063526798069022?_r=1&_t=ZT-957wHFF5eso | Caption states: "Taylor has eras. I have trash day #thelifeofashowgirl #swifties #taylorswift #taylornation#ts12" <br><br> Text on the video states: "I have a confession to make. You know how Taylor Swift can write and record two albums while performing three-hour shows every night? Well I'm proud of myself for remembering it was trash day, and taking out the trash." | "Bejeweled" by Taylor Swift <br><br> Audio states: "I have a confession to make. You know how Taylor Swift can write and record two albums while performing three-hour shows every night? Well I'm proud of myself for remembering it was trash day, and taking out the trash." |

13

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 51 | Tiktok | 9.23.2025 | https://www.tiktok.com/@marenwade/photo/7553466844775042317?_r=1&_t=ZT-957wSQLZ7Of | #thelifeofashowgirl | |
| 52 | Tiktok | 9.24.2025 | https://www.tiktok.com/@marenwade/video/7553838828822318367?_r=1&_t=ZT-957wbOnZNd8 | Caption states: "When #thelifeofashowgirl collides with an NFL legend. I feel just like Taylor!! #swifties #tloas #taylorswifttok" | "Wildest Dreams" (Instrumental Version) |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 53 | Tiktok | 9.25.2025 | https://www.tiktok.com/@marenwade/video/7554161933922929933?_r=1&_t=ZT-957wlAifmov | Caption states: "Dear Taylor, I need your connections. #deartaylor #thelifeofashowgirl #tloas #swifties"<br><br>Text on the video states: "Dear Taylor I need your help. There is a major problem here in Vegas and it is the traffic lights. They're. They're too long. I mean the city is growing, and, you know, I mean, if you miss one light, you're 15 minutes late, and if you miss two I might as well not go. So I. I'm could you put me in touch with like a supervisor or a manager of stop lights? . . . | Audio states: "Dear Taylor I need your help.There is a major problem here in Vegas, and it is the traffic lights. They're. They're too long. I mean the city is growing, and, you know, I mean if you miss one light, you're 15 minutes late, and if you miss two I might as well not go. So I. I'm could you put me in touch with like a supervisor or a manager of stop lights? Please help. Oh green light. I gotta go." |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 54 | Tiktok | 9.26.2025 | https://www.tiktok.com/@marenwade/video/7554561567363206430?_r=1&_t=ZT-957ws7pclNW | #TLOAS; #thelifeofashowgirl | |
| 55 | Tiktok | 9.27.2025 | https://www.tiktok.com/@marenwade/video/7554822950164122911?_r=1&_t=ZT-957wyN0Tlny | #tloas; #thelifeofashowgirl; #swifties | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|-------|----------|------|------------------------------|------------------------------|------------------------|
| 56 | Tiktok | 9.28.2025 | https://www.tiktok.com/@marenwade/video/7555183298348141879?_r=1&_t=ZT-957wyKbCYCk | Caption states: "Anxiously waiting for TS12 to drop #thelifeofashowgirl #TS12 #TLOAS #swifties"<br><br>Text on the video states: "Tell me you're a Swiftie without telling me you're a Swiftie." | "Anti-Hero" by Taylor Swift |
| 57 | Tiktok | 9.29.2025 | https://www.tiktok.com/@marenwade/video/7555681093437984030?_r=1&_t=ZT-957xBrUehwL | Caption states: "#TLOAS #thelifeofashowgirl #swifties #ts12" | "I Forgot That You Existed" by Taylor Swift |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 58 | Tiktok | 10.1.2025 | https://www.tiktok.com/@marenwade/video/7556300703661034782?_r=1&_t=ZT-957xFwZCSNy | #thelifeofashowgirl; #TLOAS; #swifties; #ts12 | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 59 | Tiktok | 10.2.2025 | https://www.tiktok.com/@marenwade/video/7556798368736021774?_r=1&_t=ZT-957xHe1k42Y | Caption states: "The Unofficial Release Party of a Showgirl #thelifeofashowgirl #ts12 #swifties #taylorswift #taylorswifttok"<br><br>Text on the video states: "So Taylor Swift is doing the Official Release Party of a Showgirl which is awkward because it's also my birthday month. So one of us is gonna have to change." | Audio states: "So Taylor Swift is doing the Official Release Party of a Showgirl which is awkward because it's also my birthday month. So one of us is gonna have to change." |
| 60 | Tiktok | 10.4.2025 | https://www.tiktok.com/t/ZTkA43u21/ | Caption states: "The Unofficial Release Party of a Showgirl. #thelifeofashowgirl #ts12 #swifties #taylornation"<br><br>Text on the video includes "The Life of A Showgirl" in the identical style, font, color, and placement as depicted on the Album. | "The Life of a Showgirl" by Taylor Swift (Track 12 on the Album) |

19

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 61 | Tiktok | 10.4.2025 | https://www.tiktok.com/t/ZTkAbtnya/ | Caption states: "It's called Opalite, Brenda. Keep up. #tloas #thelifeofashowgirl #swifties #taylorswift #taylornation"<br><br>Text on the video states: "Me on my way to tell anyone who will listen about all of the Easter eggs in the lyrics of track 3." | "Opalite" by Taylor Swift (Track 3 on the Album) |
| 62 | Tiktok | 10.5.2025 | https://www.tiktok.com/t/ZTkAbLMyd/ | #tloas;<br>#thelifeofashowgirl;<br>#swifties;<br>#swiftie; | |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 63 | Tiktok | 10.8.2025 | https://www.tiktok.com/t/ZTkAbtJvT/ | Caption states: "She said 'it's me, hi,' I said 'hold on, I need my feathers.' #corporatelife #taylorswift #lifeofashowgirl #loasg #corporatehumor" ("It's me, hi" is a phrase from the song "Anti-Hero" by Taylor Swift) | "Wood" by Taylor Swift (Track 9 on the Album) |
| 64 | Tiktok | 10.9.2025 | https://www.tiktok.com/@marenwade/video/7559343002859146526?_r=1&_t=ZT-957xhTcFdao | Caption states: "Nothing like a little 'Wood' to brighten your day. #taylorswift #thelifeofashowgirl #transitionidea #tloasg #ts12" | "Wood" by Taylor Swift (Track 9 on the Album) |

21

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 65 | Tiktok | 10.11.2025 | https://www.tiktok.com/@marenwade/video/7560123459909455118?_r=1&_t=ZT-957xoDSwwaU | Caption states: "Album review #thelifeofashowgirl #ts12 #swifties #taylornation #taylorswifttok"<br><br>Text on the video states: "ME: I don't love Taylor Swift's new album ME: One hour later . . ."[Ms. Flagg is mimicking dance moves from the music video to the song "The Fate of Ophelia" by Taylor Swift"] | "The Fate of Ophelia" by Taylor Swift (Track 1 on the Album) |
| 66 | Tiktok | 10.12.2025 | https://www.tiktok.com/@marenwade/video/7560463505753640206?_r=1&_t=ZT-957xt6Fo60L | Caption states: "When you're a showgirl and a swiftie! #thelifeofashowgirl #ts12 #swifties #expectationvreality #taylornation" | "The Life of a Showgirl" by Taylor Swift (Track 12 on the Album) |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 67 | Tiktok | 10.13.2025 | https://www.tiktok.com/@marenwade/video/7560842571187047694?_r=1&_t=ZT-957xymBs1le | Caption states: "#thelifeofashowgirl#taylorswift #swifttok #dance #swiftie"  Text on the video states: "Me since Oct 3rd"  [Ms. Flagg is mimicking dance moves from the music video to the song "The Fate of Ophelia" by Taylor Swift.] | "The Fate of Ophelia" by Taylor Swift (Track 1 on the Album) |
| 68 | Tiktok | 10.15.2025 | https://www.tiktok.com/@marenwade/video/7561609231284112695?_r=1&_t=ZT-957y3dMZs4L | #thelifeofashowgirl; #elizabethtaylor; #swifties; #tloas | "Elizabeth Taylor" by Taylor Swift (remix) (Elizabeth Taylor is Track 2 on the Album) |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 69 | Tiktok | 10.18.2025 | https://www.tiktok.com/@marenwade/video/7562672816907095309?_r=1&_t=ZT-957yCe8Viv7 | Caption states: "#thelifeofashowgirl #swifties #swifttok #ts12 #tswift"<br><br>Text on the video states: "A showgirl's reaction to Taylor Swift's new album" | "Wood" by Taylor Swift (Track 9 on the Album) |
| 70 | Tiktok | 10.21.2025 | https://www.tiktok.com/@marenwade/video/7563832177159441677?_r=1&_t=ZT-957yHvUY8re | Caption states: "#thelifeofashowgirl #swifties #ts12 #showgirl#elizabethtaylor" | "Elizabeth Taylor" by Taylor Swift (Track 2 on the Album)*<br><br>*Note: Currently, there is no audio available. |

| Ex. # | Platform | Date | URL, and Screenshot of Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 71 | Tiktok | 10.22.2025 | https://www.tiktok.com/@marenwade/video/7564208513271057719?_r=1&_t=ZT-957yKRRQFUE | #thelifeofashowgirl; #swifties; #taylornation | |
| 72 | Tiktok | 10.23.2025 | https://www.tiktok.com/@marenwade/video/7564574405603446029?_r=1&_t=ZT-957yVC5D7z4 | #thelifeofashowgirl; #swifties | |

25

**Plaintiff's Videos and Social Media Posts Prior to the Album Announcement (Using Ms. Swift's Copyrighted Content)**

| Ex. # | Platform | Date | URL, and Screenshot of Video / Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 79 | Plaintiff's Website | Unknown | https://www.confessionsofashowgirl.com | | "Shake It Off" by Taylor Swift |
| 80 | Instagram | 10.6.2022 | https://www.instagram.com/reels/CjYCEqMgjVc/ | | "Shake It Off" by Taylor Swift |

| Ex. # | Platform | Date | URL, and Screenshot of Video / Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|---|---|---|---|---|---|
| 81 | Instagram | 11.13.2023 | https://www.instagram.com/reel/CzmIXYJvc0o/ | | "Shake It Off" by Taylor Swift |
| 82 | Instagram | 12.5.2023 | https://www.instagram.com/reel/C0fEm84S5pB/ | | ". . . Ready for It?" by Taylor Swift |

27

| Ex. # | Platform | Date | URL, and Screenshot of Video / Post | Relevant Captions / Hashtags | Music / Relevant Audio |
|-------|----------|------|-------------------------------------|------------------------------|------------------------|
| 83 | Instagram | 9.11.2024 | https://www.instagram.com/p/C_yqjT0zoJZ/ | | ". . . Ready for It?" by Taylor Swift |