**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
  mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
  jbaldridge@venable.com
Katherine Wright Morrone, Esq. (*Pro Hac Vice*)
  kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Doc ID: e77e009c642394a59b4a2017f15417cf3ff21baa

*VENABLE LLP*
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

I, John R. Dorris, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is John R. Dorris, Jr., and I am over eighteen years of age.

2. I am submitting this Declaration in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

3. I am the Vice President and head of the Finance Department for 13 Management, LLC, an artist management company representing Taylor Swift. I am also Vice President of TAS Rights Management, LLC ("TASRM"), a company that administers the intellectual property interests of Taylor Swift.

4. Taylor Swift is a world-renowned singer-songwriter, based in Nashville, Tennessee. Through years of hard work, she has become one of the most recognizable names and brands in the music industry throughout the world.

5. On August 13, 2025, Ms. Swift announced her twelfth studio album, titled *The Life of a Showgirl* (the "Album"). A true and correct image of the front cover of the Album, revealed to the public on August 13, 2025, is attached as Exhibit A.

6. The Album was released on October 3, 2025. In its first week, in the U.S. alone, the Album sold over 4 million units, and was streamed nearly 681 million times. This was the largest first week of sales in modern music history. The Album was also the highest selling album of 2025, with over 6 million units sold in just three months.

7. The Album was created during the groundbreaking and history making stadium tour Taylor Swift | The Eras Tour. The Tour consisted of 149 shows, spanned twenty-one months, with each show featuring Ms. Swift performing forty or more songs over three and a half hours.

8. The Album includes 12 songs or "tracks." A true and correct list of

1

DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

the track list for the Album is attached as Exhibit B.

9. The Album's twelfth track is the title song "The Life of a Showgirl", and contains lyrics including the chorus below:

> Hey, thank you for the lovely bouquet
> You're sweeter than a peach
> But you don't know the life of a showgirl, babe
> And you're never, ever gonna
> Wait, the more you play, the more that you pay
> You're softer than a kitten
> So you don't know the life of a showgirl, babe
> And you're never gonna wanna

A true and correct copy of the lyrics to "The Life of a Showgirl" is attached as Exhibit C.

10. Promotional merchandise supporting the launch of the Album is available to U.S. customers exclusively online through the Taylor Swift webstore (https://store.taylorswift.com/collections/the-life-of-a-showgirl-shop)—which is branded on each page with Ms. Swift's highly recognizable and unique name and likeness.

11. The promotional merchandise displays original lyrics from various songs on *The Life of a Showgirl* Album and images of, or other references to, Ms. Swift, such as:

a. the "I Like My Friends Cancelled! Hoodie" – a black hoodie featuring "I Like My Friends Cancelled!" song lyrics, *The Life of A Showgirl* Album title, and a photo of Taylor Swift;

b. the "Leave It With Me I Protect the Family" hat – a black hat featuring "Leave It With Me I Protect the Family" song lyrics, and T.S. logo; and

c. the "Got a Wi$hLi$t Bomber Jacket"– a black satin bomber jacket with "Got a Wi$hli$t" song lyrics, Taylor Swift logo, *The Life of A Showgirl* Album title, and a photo of Taylor Swift.

2

DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Doc ID: e77e009c642394a59b4a2017f15417cf3ff21baa

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

12.     Where other promotional merchandise mentions *The Life of a Showgirl*, it is always in connection with Ms. Swift's image, her initials, or tracks on the Album. True and correct copies of exemplar photographs of Promotional Merchandise available on the webstore—all of which contain Ms. Swift's image, initials, or text depicting tracks from *The Life of a Showgirl* Album—are attached as Exhibit D.

13.     TASRM and Ms. Swift invested significant time, effort, and money for the past year and a half to create, release, and promote the Album.

14.     I understand that Plaintiff in this matter is seeking a preliminary injunction that would essentially halt all sales and distribution of the Album (in both physical and digital formats) and related promotional merchandise. It is difficult to fathom the harm that TASRM and Ms. Swift would incur if the sought preliminary injunction were to issue.

15.     Of course, there would be significant financial impact (as explained in detail in the accompanying declarations from Bravado and Republic filed contemporaneously herewith). At a minimum, if forced to cease sales or recall the Album the following parties (besides Defendants) would be affected: (i) co-writers, producers, mixers, and other royalty-based musicians who contributed to the Album, whose income in connection with the Album/songs would cease; (ii) retailers, which would need to remove the Album from hundreds of stores and online (independent record stores, Target, Walmart, Amazon, etc.); and (iii) music streaming platforms, which would need to remove the Album and associated advertising (Spotify[1], Apple Music, iTunes, Pandora, Amazon Music, YouTube Music, Tidal; Deezer, etc.).

16.     Additionally, removal of the Album and promotional merchandise would also significantly impact consumers who wish to listen to and/or purchase the

---

[1] It was recently reported that Ms. Swift is the most streamed artist of all time on Spotify. *See* https://newsroom.spotify.com/2026-04-23/spotify-20-most-streamed-music-podcasts-audiobooks/ (Apr. 23, 2026). The (negative) impact if the Album were to be removed from streaming platforms simply cannot be overstated.

DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Doc ID: e77e009c642394a59b4a2017f15417cf3ff21baa

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Album and related goods who would no longer be able to do so. Given the commercial success of *The Life of A Showgirl*, *see supra* paragraph 6, it is apparent that this group of impacted consumers would be extensive.

17. However, perhaps the most impactful effect of this potential injunction would be the harm that would come from stifling the expressive works of an artist. That harm would be both devastating and immeasurable to Ms. Swift.

18. I have reviewed Plaintiff's website (https://www.confessionsofashowgirl.com/gigs), which lists locations of Plaintiff's past performances. I have also reviewed the Exhibits 7, 8, 9, 10, 11, and 12 to the Declaration of Max N. Wellman ("Wellman Declaration"), submitted concurrently herewith. Ms. Swift has never performed a show at any of the venues listed on Plaintiff's website (as further detailed in Exhibits 7 through 12). On the contrary Ms. Swift performs at sold-out stadiums that hold tens of thousands of attendees.

19. I have reviewed Plaintiff's website: https://www.confessionsofashowgirl.com/. The sole promotional video for Plaintiff's cabaret show contained thereon features Ms. Swift's song "Shake it Off."[2] No synch license (or any other approval) has ever been sought or obtained by Ms. Flagg for this commercial use of Ms. Swift's music.

20. I have also reviewed the native versions of Exhibits 80, 81, 82, and 83 to the Wellman Declaration depicting Ms. Flagg utilizing Ms. Swift's music without authorization at least as early as October 6, 2022 in a promotion reel for her cabaret show (Exhibit 80) and in multiple instances in 2023 and 2024 (Exhibits 81, 82, 83). No synch license (or any other approval) has ever been sought or obtained by Ms. Flagg for this commercial use of Ms. Swift's music.

---

[2] I understand that a screen recording of this video is attached as Exhibit 79 to the Wellman Declaration.

DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Doc ID: e77e009c642394a59b4a2017f15417cf3ff21baa

21.    I have reviewed the  native versions of Exhibits 27 through 72 to the Wellman Declaration containing 40+ instances of Ms. Flagg using Ms. Swift's intellectual property after the Album announcement. No synch license (or any other approval) has ever been sought or obtained by Ms. Flagg for this commercial use of Ms. Swift's music.

22.    Prior to filing her lawsuit, neither Ms. Flagg nor any representative on her behalf contacted anyone affiliated with TASRM or Ms. Swift.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2026.

*John R. Dorris, Jr.*
_____
John R. Dorris, Jr.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

5

DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Doc ID: e77e009c642394a59b4a2017f15417cf3ff21baa

# EXHIBIT A

Case 2:26-cv-03354-SRM-BFM    Document 40-95    Filed 05/06/26    Page 7 of 21    Page ID #:1035

# Album Cover



# EXHIBIT B

The Life of a Showgirl

1. The Fate of Ophelia
2. Elizabeth Taylor
3. Opalite
4. Father Figure
5. Eldest Daughter
6. Ruin The Friendship
7. Actually Romantic
8. Wi$h Li$t
9. Wood
10. CANCELLED!
11. Honey
12. The Life of a Showgirl (Feat. Sabrina Carpenter)

# EXHIBIT C

The Life of a Showgirl

Written by Taylor Swift, Max Martin and Shellback

Her name was Kitty
Made her money being pretty and witty
They gave her the keys to this city
Then they said she didn't do it legitly
I bought a ticket
She's dancing in her garters and fishnets
50 in the cast, zero missteps
Looking back I guess it was kismet
I waited by the stage door
Packed in with the autograph hounds
Barking her name
Then glowing like the end of a cigarette
Wow, she came out
I said, "You're living my dream."
Then she said to me

"Hey, thank you for the lovely bouquet
You're sweeter than a peach
But you don't know the life of a showgirl, babe
And you're never, ever gonna
Wait, the more you play the more that you pay
You're softer than a kitten so
You don't know the life of a showgirl, babe
And you're never gonna wanna"

She was a menace
The baby of the family in Lenox
Her father whored around like all men did
Her mother took pills and played tennis
So she waited by the stage door
As the club promoter arrived
She said, "I'd sell my soul to have a taste of a magnificent life, that's all mine."
But that's not what showgirls get
They leave us for dead

Chorus

I took her pearls of wisdom
Hung them from my neck
I paid my dues with every bruise

I knew what to expect
You wanna take a skate on the ice inside my veins
They ripped me off like false lashes
And then threw me away
And all the headshots on the walls
of the dance hall are of the bitches
who wish I'd hurry up and die
But, I'm immortal now, baby dolls
I couldn't if I tried …
So I say

 "Thank you for the lovely bouquet
I'm married to the hustle
And now I know the life of a showgirl, babe
And I'll never know another
Pain hidden by the lipstick and lace
Sequins are forever and now I know the life of a showgirl, babe
Wouldn't have it any other way"

Thank you for the lovely bouquet
Wouldn't have it any other way
Thank you for the lovely bouquet

Hey Kitty
Now I make my money being pretty and witty
Thank you for the lovely bouquet

Thank you for an unforgettable night
We will see you next time
Give it up for the band
And the dancers
And of course, Sabrina
I love you, Taylor!
That's our show
We love you so much
Goodnight!

The Life of a Showgirl (Feat. Sabrina Carpenter)
Written by Taylor Swift, Max Martin and Shellback
© 2024 TASRM Publishing, administered by Songs of Universal, Inc. (BMI),
MXM Music (Administered by Kobalt Songs Music Publishing) (STIM).
 All Rights Reserved. Used By Permission.

Produced by Max Martin, Shellback and Taylor Swift at MXM Studios and Shellback Studios (Stockholm, Sweden) for MXM Productions and Taylor Swift Productions
Mixed by Serban Ghenea at MixStar Studios (Virginia Beach, VA)
Assistant Mix Engineer – Bryce Bordone
Engineered by Lasse Mårtén
Recorded by Max Martin, Shellback and Lasse Mårtén at Shellback Studios (Stockholm, Sweden)
Mastered by Randy Merrill at Sterling Sound (Edgewater, NJ)
Vinyl mastering by Ryan Smith at Sterling Sound (Nashville, TN)

Lead Vocals by Taylor Swift and Sabrina Carpenter
Drums, Keys, Guitar, Bass, Programming and Percussion by Shellback
Piano and Keys by Max Martin
Pedal Steel Guitar by Anders Pettersson
Banjo, Mandolin, Electric Guitar by Per Strandberg
Electric Guitar by Johan Randen
Violin by Erik Arvinder (Including Solo-Violin), Conny Lindgren, Fredrik Syberg, Daniela Bonfiglioli, Lola Torrente, Mattias Johansson
Cello by David Bukovinszky
Clarinet, Baritone Sax, Tenor Sax, Flute by Tomas Jonsson
Trumpet by Magnus Johansson, Janne Bjerger
Trombone by Peter Noos Johansson
Alto Sax and Flute by Wojtek Goral
English Horn by Helena Stjernstrom
Upright Piano, Synthesizer Strings by Mattias Bylund
Orchestra arranged by Mattias Bylund
Violins recorded and engineered by Willem Bleeker and Erik Arvinder at IMRSV Studios (Stockholm, Sweden)
Horns recorded and engineered by Mattias Bylund in Studio 112 (Jonstorp, Sweden)
Copyist (Strings) by Henrik Langemyr

Sabrina Carpenter appears courtesy of Island Records, a division of UMG Recordings, Inc.

# EXHIBIT D











