Docusign Envelope ID: 064DB1F0-C55F-495F-B378-A01C10AA95D5

**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
  mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
  jbaldridge@venable.com
Katherine Wright Morrone, Esq. (*Pro Hac Vice*)
  kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual, | Case No. 2:26-cv-03354-SRM-BFM |
| Plaintiff, | **DECLARATION OF JOSEPH SCHMIDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25, | |
| Defendants. | |

DECLARATION OF JOSEPH SCHMIDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Docusign Envelope ID: 064DB1F0-C55F-495F-B378-A01C10AA95D5

I, Joseph Schmidt, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      My name is Joseph Schmidt, and I am over eighteen years of age.

2.      I am submitting this Declaration in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction in the above captioned matter.

3.      I am Chief Financial Officer and Executive Vice President for REPUBLIC Collective, a division of UMG Recordings, Inc. ("Republic"). I have personal knowledge of or access to the books and records of Republic reflecting the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

4.      I understand that Plaintiff in this matter is seeking a preliminary injunction that would essentially halt distribution of the physical products and digital products described below. In response, the Republic finance department was involved in the collection of information referenced in this Declaration. The information was gathered by various departments within Republic, including the commerce department and the global research and analytics department, ████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

5.      Republic includes and operates a number of record labels, including Republic Records. Republic Records has served as Ms. Swift's U.S. record label since November 2018, and has been involved with the release and distribution of various album releases of Ms. Swift, including the release and distribution of the Album.

6.      On or about August 13, 2025, Ms. Swift announced her twelfth studio album titled *The Life of a Showgirl* (the "Album").

7.      The Album was released on October 3, 2025 on Republic Records.

1

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Docusign Envelope ID: 064DB1F0-C55F-495F-B378-A01C10AA95D5

8.    The Album is distributed in two main formats: (1) physical products, which include CDs, vinyl records, and cassettes; and (2) digital products, which include digital downloads and streaming.

9.    To fulfill consumer demand for Ms. Swift's Album and the recordings contained on that Album, Republic and third-party retail stores carry inventory of physical retail products. The revenue generated from these retail products is shared among Republic and Ms. Swift, her co-writers, producers, mixers, and other royalty and union participants.

10.    According to the information obtained from Republic's internal systems, ███████████████████████████████████████████████ ███████████████████████

11.    Republic also reviewed information obtained from its systems showing what products have shipped to its retail customers, such as Target, and data from a third-party source that tracks which products have sold through to individual buyers at retailers. Based on this information, ██████████████████████████ █████████████████████████████████████████

12.    The revenue generated from the above products would ordinarily be shared among Republic, Ms. Swift, producers, mixers, and other royalty and union participants. Accordingly, ██████████████████████████████████████ ██████████████████████████████ should a preliminary injunction issue.

13.    Like the physical retail products associated with the Album, distribution of the Album on digital platforms also displays the album artwork, which includes the title *The Life of a Showgirl*.

14.    According to information obtained from Republic's internal systems ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

DECLARATION OF JOSEPH SCHMIDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Docusign Envelope ID: 064DB1F0-C55F-495F-B378-A01C10AA95D5

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

██████████████████████████████████████

██████████████████████████████████████

███████████████████████████ (This projection may be updated as Republic receives further information about ongoing distribution, but Republic projects that such losses will continue to be within this range.) The distribution through these digital platforms would otherwise result in payments to Republic, Ms. Swift, her co-writers, producers, mixers, and other royalty and union participants, which would likely be lost if distribution of the Album was enjoined.

15.    In addition to the lost revenues described above, Republic has invested significant time, effort, and money to promote and release the Album, much of which would not be recoupable if an injunction were to issue.

16.    I understand that prior to filing her lawsuit, neither Ms. Flagg nor any representative on her behalf contacted anyone affiliated with Republic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2026.

Signed by:

94154364F0964B6...

Joseph Schmidt

3

DECLARATION OF JOSEPH SCHMIDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION