# Exhibit 39

1



2