# Exhibit 40

1

