# Exhibit 41

1

