# Exhibit 56

1

