JAYMIE PARKKINEN (S.B. #318394)
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone:  (323) 919-3590
Email:      jp@prkknn.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MAREN FLAGG,

        Plaintiff,

v.

TAYLOR SWIFT, et al.,

        Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Assigned to Hon. Serena R. Murillo

**DECLARATION OF MAREN FLAGG IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Date:    May 27, 2026
Time:    1:30 p.m.
Place:   Courtroom 5D (5th Fl.)
        350 W. First Street
        Los Angeles, CA 90012

## DECLARATION

I, Maren Flagg, declare as follows:

1. I am the Plaintiff in this action. I submit this Declaration in connection with the Reply in Support of Plaintiff's Motion for Preliminary Injunction. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. I am planning to release a new edition of my book, and I plan to publish additional episodes of my podcast.

3. As of the date of this Declaration, I have paused scheduling of live CONFESSIONS OF A SHOWGIRL performances due to personal safety concerns that have arisen during the pendency of this action.

4. When I learned in August 2025 that Taylor Swift's new album was titled THE LIFE OF A SHOWGIRL, I consulted with counsel. At that time, I did not believe I had a trademark claim against the use of an album title alone.

5. Attached hereto as **Exhibit 42** is a true and correct screen recording, captured by me on May 11, 2026, of a video I posted on Instagram on September 11, 2024 promoting my upcoming live performance of CONFESSIONS OF A SHOWGIRL. This exhibit is being lodged separately with the Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 12, 2026___, at Las Vegas, Nevada.


_____
Maren Flagg

2                                                    PLAINTIFF DECL.