JAYMIE PARKKINEN (S.B. #318394)
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone:  (323) 919-3590
Email:        jp@prkknn.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREN FLAGG,<br><br>       Plaintiff,<br><br>    v.<br><br>TAYLOR SWIFT, et al.,<br><br>       Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>Assigned to Hon. Serena R. Murillo<br><br>**NOTICE OF LODGING USB DRIVE**<br><br>Date:     May 27, 2026<br>Time:    1:30 p.m.<br>Place:   Courtroom 5D (5th Fl.)<br>           350 W. First Street<br>           Los Angeles, CA 90012 |

## NOTICE OF LODGING

Plaintiff Maren Flagg hereby gives notice that she is lodging with the Court one USB drive containing video exhibits filed in connection with her Reply in Support of Plaintiff's Motion for Preliminary Injunction. These materials are being lodged because they are in audiovisual format and cannot be meaningfully presented through CM/ECF. Each exhibit is referenced in the Declaration of Maren Flagg or the Declaration of Jaymie Parkkinen filed concurrently herewith.

The USB drive contains the following:

1.    Exhibit 42: Screen recording of Instagram video posted by Plaintiff dated September 11, 2024 (Plaintiff Decl. ¶ 5);

2.    Exhibit 47: Screen recording of Instagram video posted by Plaintiff dated October 28, 2024 (Parkkinen Decl. ¶ 10);

3.    Exhibit 49: Screen recording of TikTok video posted by user 1989vinyl dated October 31, 2025 (Parkkinen Decl. ¶ 12); and

4.    Exhibit 51: Screen recording of TikTok video posted by user thisloveistaylor dated October 15, 2025 (Parkkinen Decl. ¶ 14).

DATED: May 13, 2026                    Respectfully submitted,

_/s/ Jaymie Parkkinen_
Jaymie Parkkinen

*Counsel for Plaintiff*