**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
  mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
  jbaldridge@venable.com
Katherine Wright Morrone, Esq. (*Pro Hac Vice*)
  kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants Taylor Swift; TAS Rights
Management, LLC; UMG Recordings, Inc.; and Bravado
International Group Merchandising Services Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>          Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

---

Doc ID: 1c3ab893d679a03760bd0c2ee39e22c8aff3d1eb

I, John R. Dorris, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1.    My name is John R. Dorris, Jr. and I am over eighteen years of age.

2.    I am submitting this Declaration in support of Defendants' Motion to Dismiss the Complaint in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

3.    I am the Vice President and head of the Finance Department for 13 Management, LLC, an artist management company representing Taylor Swift ("Ms. Swift").  In this role, I prepare and maintain business and financial records for Ms. Swift, including but not limited to managing the preparation of her tax returns.  I am also Vice President of TAS Rights Management, LLC ("TASRM"), a company that administers the intellectual property interests of Taylor Swift.

4.    I have reviewed the Complaint filed on March 30, 2026 in this case.

5.    Ms. Swift is domiciled in Tennessee, with her permanent home in Tennessee.  Ms. Swift is also a citizen and resident of Tennessee.

6.    Ms. Swift's domicile and/or usual place of abode has never been, and is currently not, in California.

7.    Ms. Swift's business is directed from and based in Tennessee.

8.    TASRM is a Tennessee company with its principal place of business is in Tennessee.

9.    All of TASRM's members, officers, and employees are domiciled in Tennessee.

10.    TASRM's operations take place in Tennessee. Specifically, all TASRM work, including ownership, control, licensing, and/or commercialization of intellectual property associated with Ms. Swift's entertainment projects are directed from, and occur in, Tennessee. This includes any and all work related to the trademark application related to THE LIFE OF A SHOWGIRL.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

1

DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
Doc ID: 1c3ab893d679a03760bd0c2ee39e22c8aff3d1eb

11.     Ms. Swift and TASRM do not own, operate, or control an office in California.

12.     Ms. Swift and TASRM do not maintain financial accounts in California.

13.     TASRM does not hold any real property in California, and does not maintain a phone, mailing address, or agent for service of process in California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2026.

*John R. Dorris, Jr.*
John R. Dorris, Jr.

DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
Doc ID: 1c3ab893d679a03760bd0c2ee39e22c8aff3d1eb

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900