# EXHIBIT 1



# confession _noun_

con·fes·sion    kən-ˈfe-shən ◀))

Synonyms of _confession_ ›

**NEW**
**Simple Definition** ⬭ ⓘ

**1** **a** : an act of confessing

    _especially_ : a disclosure of one's sins in the sacrament of reconciliation

 **b** : a session for the confessing of sins

    go to _confession_

**2** : a statement of what is confessed: such as

 **a** : a written or oral acknowledgment of guilt by a party accused of an offense

 **b** : a formal statement of religious beliefs : **CREED**

    the Augsburg _Confession_ of the Lutheran Church

**3** : an organized religious body having a common creed

## Synonyms of _confession_

Relevance 🟧🟧⬜



Definition    Synonyms    Example Sentences    Word History    Phrases Containing    Rhy

## Examples of *confession* in a Sentence

> She went to the police station and made a full **confession**.

> I have a **confession** to make: I have never done this before.

> The priest will hear **confessions** after mass today.

> I haven't **gone to confession** in three years.

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

> When artists know the system can strip their creative expression of context and flatten it into an alleged **confession**, many will choose silence.
> — Ivan J. Bates, *Baltimore Sun*, 4 Apr. 2026

> The house of another, Carlotta Walls, was bombed a month before her graduation, and the police subsequently tortured her father in an unsuccessful attempt to coerce a **confession**.
> — Daniel Felsenthal, *Pitchfork*, 4 Apr. 2026

> When the couple falls into a little Noel Cowardesque riff, the play's central **confession** arrives like a comic absurdity.
> — Steven Winn, *San Francisco Chronicle*, 3 Apr. 2026

> In a new dark comedy (now in theaters) from Dream Scenario director Kristoffer Borgli, Robert Pattinson and Zendaya play Charlie and Emma, an engaged couple whose wedding plans are thrown into disarray when the latter makes a disturbing **confession**.
> — Tiffany Kelly, *Entertainment Weekly*, 3 Apr. 2026



**Definition**  Synonyms  Example Sentences  Word History  Phrases Containing  Rhy

## Word History

### Etymology

Middle English *confessioun,* borrowed from Anglo-French *confession,* borrowed from Latin *confessiōn-, confessiō,* from *confiteor, confitērī* "to admit (a fact, the truth of a statement or charge)" + *-tiōn-, -tiō,* suffix of verbal action — more at CONFESS

### First Known Use

14th century, in the meaning defined at sense 1a

### Time Traveler

**The first known use of *confession* was in the 14th century**

See more words from the same century

## Phrases Containing *confession*

self-confession

## Rhymes for *confession*

CONFESSIONS Definition & Meaning - Merriam-Webster

**Definition**   Synonyms   Example Sentences   Word History   Phrases Containing   Rhy

depression                          digression

discretion                          expression

impression                          obsession

oppression                          possession

See All Rhymes for *confession* ›

## Browse Nearby Words

confessio fidei        **confession**        confessional

See All Nearby Words ›

## Cite this Entry

**Style**   [ MLA          ⌄ ]

"Confession." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/confession. Accessed 9 Apr. 2026.

⧉ Copy Citation



**Definition**   Synonyms   Example Sentences   Word History   Phrases Containing   Rhy...

# confession noun

con·fes·sion   kən-ˈfesh-ən 🔊

**1**  **a** : an act of confessing

   *especially* **:** a telling of one's sins to a priest

   **b** : a meeting for the confessing of sins

   go to *confession*

**2** : a statement admitting guilt

   the thief signed a *confession*

**3** : a formal statement of religious beliefs **: CREED**

## Legal Definition

# confession noun

con·fes·sion

**1** : an act of confessing

Definition    Synonyms    Example Sentences    Word History    Phrases Containing    Rhy

party's guilt (as by admitting commission of a crime)

→ compare ADMISSION, DECLARATION AGAINST INTEREST at DECLARATION, SELF-INCRIMINATION

NOTE: Courts differ on how a confession establishes the accused's guilt; for example, in some jurisdictions the confession has to establish all the necessary elements of the crime. In order to be admissible as evidence, a confession must be voluntary. A guilty plea is considered a judicial confession.

## More from Merriam-Webster on *confession*

Nglish: Translation of *confession* for Spanish Speakers
Britannica.com: Encyclopedia article about *confession*

Last Updated: 6 Apr 2026 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**



## Definition  Synonyms  Example Sentences  Word History  Phrases Containing  Rhy

## More from Merriam-Webster



**Top Lookups**
Next refresh: 11

1  effacement
2  Chargoggagoggman...
3  cg
4  cliché
5  fascism
6  stitching
7  an



**WORD OF THE DAY**

**decry** 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email addre   **SUBSCRIBE**

## Popular

**Definition**    Synonyms    Example Sentences    Word History    Phrases Containing    Rhy

**The Opposite of Déjà Vu**

**Where does 'curiosity killed the cat' come from?**

# Games & Quizzes

## Quordle
Can you solve 4 words at once?

**Play**

## Blossom
Pick the best words!

**Play**

Case 2:26-cv-03354-SRM-BFM     Document 44-3     Filed 05/26/26     Page 10 of 11     Page ID #:1268

Definition     Synonyms     Example Sentences     Word History     Phrases Containing     Rhy

## The Missing Letter
A daily crossword with a twist

**Play**

## Good Old-Fashioned Quiz
Can you name these antiquated items?

**Take the quiz**

See All

**Learn a new word every day. Delivered to your inbox!**

Your email address

**SUBSCRIBE**

Help | About Us | Advertising Info | Contact Us | Privacy Policy | Terms of Use

© 2026 Merriam-Webster, Incorporated

