# EXHIBIT 2



life

noun 2 ∨     Synonyms     Example Sentences     Word History     Phrases Containing     Rhymes     Entries Near     Sh

## life  1 of 2  noun

ˈlīf �])

plural **lives**  ˈlīvz �])

[Synonyms of *life* >](#)

**NEW**
Simple Definition ⊙ ⓘ

**1**  **a** : the quality that distinguishes a vital and functional being from a dead body

>   a matter of *life* and death

>   held on for dear *life*

  **b** : a principle or force that is considered to underlie the distinctive quality of animate beings

>   felt the *life* draining out of him

  **c** : an organismic state characterized by capacity for metabolism (see [METABOLISM sense 1](#)), growth, reaction to stimuli, and reproduction

>   Carbon dioxide is critical for plant *life*.

**2**  **a** : the sequence of physical and mental experiences that make up the existence of an individual

>   ... children ... are the joy of our *lives* ...
>   – Agnes S. Turnbull

  **b** : one or more aspects of the process of living

>   sex *life* of the frog

**3**   : [BIOGRAPHY sense 1](#)

>   the *life* of George Washington

**4**   : spiritual existence transcending (see [TRANSCEND sense 1c](#)) physical death

>   eternal *life*



**Top Lookups**
Next refresh: 9

1  **LARP**
2  **apple mints**
3  **banana**
4  **FAA**
5  **dormant**
6  **eddied**
7  **incredulous**



**WORD OF THE DAY**



**noun 2** ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes    Entries Near    Sh

Get Word of the Day daily email.

Your email add    **SUBSCRIBE**

**b :** a specific phase of earthly existence

> adult *life*

**c :** the period from an event until death

> a judge appointed for *life*

**d** law **: LIFE SENTENCE**

**6 :** a way or manner of living

> couldn't wait to experience college *life*

**7 : LIVELIHOOD**

> The fishing village drew its *life* from the sea.

**8 :** a vital or living being

> *specifically* **: PERSON**

> Many *lives* were lost in the disaster.

**9 :** an animating and shaping force or principle

> The *life* of the law has not been logic: it has been experience.
> – Oliver Wendell Holmes †1935

**10 : SPIRIT, ANIMATION**

> saw no *life* in her dancing

**11 :** the form or pattern of something existing in reality

> painted from *life*

**12 :** the period of duration, usefulness, or popularity of something

> the expected *life* of the batteries

**13 :** the period of existence (as of a subatomic particle)

> → compare HALF-LIFE

**14 :** a property (such as resilience (see RESILIENCE sense 1) or elasticity) of an inanimate (see INANIMATE sense 1) substance or object resembling the animate quality of a living being

> a spring that has lost most of its *life*

4/27/26, 1:06 PM
Case 2:26-cv-03354-SRM-BFM
Document 44-4
LIFE Definition & Meaning - Merriam-Webster
Filed 05/26/26
Page 4 of 11
Page ID #:1273



forest *life*

**16 a :** human activities **:** the active or practical part of human existence

> … her experience cooking for crews of men on the railroads in the West had prepared her for *life* in the Yukon.
> – Jane G. Haigh

**b :** animate activity and movement

> stirrings of *life*

**c :** the activities of a given sphere, area, or time

> the political *life* of the country

**17 :** one providing interest and vigor

> *life* of the party

**18 :** an opportunity for continued viability

> gave the patient ***a new lease on life***

**19 Life** `Christian Science` **:** **GOD sense 1b**

**20 :** something resembling animate life

> a grant saved the project's *life*

**see also:** **GET ONE'S LIFE BACK TOGETHER** | **GET ONE'S LIFE TOGETHER** |
**PIECE ONE'S LIFE BACK TOGETHER** | **PUT ONE'S LIFE BACK TOGETHER** |
**TAKE ONE'S OWN LIFE**

# life  `2 of 2`  adjective

**1 :** of or relating to animate being

**2 :** **LIFELONG**

> a *life* member

**3 :** using a living model

> a *life* class





## Synonyms of *life*

**Noun**                                    **Relevance** ■■□□

**energy**          **vigor**          **gas**

**juice**           **spirit**

See All Synonyms & Antonyms in Thesaurus ›

## Examples of *life* in a Sentence

### Noun

He believes that God gives **life** to all creatures.

She was happy and healthy for most of her **life**.

The people in her family tend to have long **lives**.

See More ˅

### Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current
usage.** Read More

**Noun**

Career Panel Career Panels, at Princeton University in the
nineteen-sixties, were meant to give seniors and juniors guidance
in approaching their professional **lives**.
– John McPhee, *New Yorker*, 20 Apr. 2026

This transit favors direct agreements that hold up in real **life**.
– Tarot.com, *The Orlando Sentinel*, 20 Apr. 2026

**Adjective**

DeSouza suffered injuries that are described as non-**life**-



**noun** **2** ∨    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes    Entries Near    Sh◄

The officers suffered non-*life* threatening injuries and were transported to a local hospital in good condition.

– Elyssa Kaufman, *CBS News*, 25 Apr. 2026

See All Example Sentences for *life* ›

## Word History

### Etymology

**Noun**

Middle English *lif*, from Old English *līf*; akin to Old English *libban* to live — more at LIVE

### First Known Use

**Noun**

before the 12th century, in the meaning defined at sense 1a

**Adjective**

before the 12th century, in the meaning defined at sense 1

### Time Traveler

**The first known use of *life* was before the 12th century**

See more words from the same century

## Phrases Containing *life*

a dog's life                          adult life

a fight for one's life                a life of leisure

all walks of life                     a matter of life and death

an attempt on someone's life          a new lease on life

(as) big as life                      (as) large as life



Life Definition & Meaning - Merriam-Webster

noun 2 ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes    Entries Near    Sho

## Rhymes for *life*

| | |
|---|---|
| knife | rife |
| strife | wife |
| afterlife | pocketknife |
| alewife | birdlife |
| folklife | housewife |
| jackknife | loosestrife |

See All Rhymes for *life* ›

## Browse Nearby Words

| Lifar | **life** | life's ambition |
|---|---|---|

See All Nearby Words ›

## Cite this Entry

**Style**  MLA ⌄

"Life." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/life. Accessed 27 Apr. 2026.

⧉Copy Citation



Life Definition & Meaning - Merriam-Webster

**noun** **2** ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes    Entries Near    Sh

ˈlīf ◀))

**plural** **lives**    ˈlīvz ◀))

**1** **a** **:** the quality that separates plants and animals from such things as water or rock **:** the quality that plants and animals lose when they die

   **b** **:** a state of a living thing marked especially by capacity for metabolism, growth, reaction to stimuli, and reproduction

**2** **a** **:** all the experiences that make up the existence of a person

     never heard of such a thing in all my *life*

   **b** **:** **BIOGRAPHY**

**3** **a** **:** the period during which a person, animal, or plant lives

   **b** **:** a specific part of living

     adult *life*

   **c** **:** the period from an event until death

     remained friends for *life*

**4**   **:** a way or manner of living

     the *life* of the ant

**5**   **:** a living being

     many *lives* were saved

**6**   **:** energy or spirit in action or expression

     eyes full of *life*

     still some *life* left in the coals

**7**   **:** the form or pattern of something that exists in actual fact

     painted from *life*

     looks larger than *life*

**8**   **:** the period of usefulness, popularity, or existence of something

     battery *life*

     the *life* of an insurance policy



**noun** **2** ∨    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes    Entries Near    Sh

**10**   : living activity and movement

│ stirrings of *life*

│ streets humming with *life*

**11**   : one providing interest and vigor

│ the *life* of the party

# life   2 of 2   adjective

**1**   : of or relating to living existence

│ the *life* force

**2**   : **LIFELONG**

│ a *life* member

## Medical Definition

# life  noun

( ˈlīf ◀ )) )

**plural** **lives**  ( ˈlīvz ◀ )) )

**1**  **a** : the quality that distinguishes a vital and functional plant or animal from a dead body

**b** : a state of living characterized by capacity for metabolism, growth, reaction to stimuli, and reproduction

**2**  **a** : the sequence of physical and mental experiences that make up the existence of an individual

**b** : a specific part or aspect of the process of living

│ sex *life*

│ adult *life*

**lifeless**  ( ˈlīf-ləs ◀ )) )  adjective



Merriam-Webster

**noun** **2** ⌄

Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes    Entries Near    Sho

Nglish: Translation of *life* for Spanish Speakers

Britannica.com: Encyclopedia article about *life*

Last Updated: 26 Apr 2026 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

## Popular in Grammar & Usage                 See More ›

**More Commonly Mispronounced Words**

**Are You Misusing These 10 Common Words?**

**5 Verbal Slip Ups and Language Mistakes**

**Is that lie 'bald-faced' or 'bold-faced'?**

**The Difference Between 'i.e.' and 'e.g.'**

## Popular in Wordplay                 See More ›

**9 Other Words for Beautiful**

**Why do we park in the driveway and drive on the parkway?**

**Was 'nervous Nellie' a Real Person?**

**12 Lovely and Unusual Words for the Natural World**

**Why do we 'bury the lede?'**



**noun  2  ⌄**   Synonyms   Example Sentences   Word History   Phrases Containing   Rhymes   Entries Near   Sh

### Quordle
Can you solve 4 words at once?

**Play**

### Blossom
Pick the best words!

**Play**

### The Missing Letter
A daily crossword with a twist

**Play**

### Sound Check: A Musical Word Quiz
Tune-up your vocabulary

**Take the quiz**

**Learn a new word every day. Delivered to your inbox!**

Your email address

**SUBSCRIBE**

Help  |  About Us  |  Advertising Info  |  Contact Us  |  Privacy Policy  |  Terms of Use

© 2026 Merriam-Webster, Incorporated