# EXHIBIT 3



# showgirl noun

show·girl ˈshō-ˌgər(-ə)l 🔊

: a chorus girl in a musical comedy or nightclub show

## Examples of *showgirl* in a Sentence

### Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

In Vegas today, the ***showgirls*** are holding the cards.
— Zoey Goto, *Architectural Digest*, 6 May 2026

The gown's feathery sleeves offered a campy flair that made the look equal parts ***showgirl*** and high-fashion model.
— Edward Segarra, *USA Today*, 4 May 2026

Flores Narvaez was a 31-year-old college graduate who left a pursue her dream of becoming a Las Vegas ***showgirl***.
— Caroline Blair, *PEOPLE*, 18 Apr. 2026



Lopez kept the high-octane ***showgirl*** glamour going with a pair of towering cream leather thigh-high boots, which were also encrusted in a crystal diamante pattern.
— Lara Walsh, *InStyle*, 12 Apr. 2026

Case 2:26-cv-03354-SRM-BFM    Document 44-5    Filed 05/26/26    Page 3 of 8    Page ID
#:1283



**Definition**    Example Sentences    Word History    Rhymes    Entries Near    Related Artic

## Word History

### First Known Use

1836, in the meaning defined above

### Time Traveler

**The first known use of *showgirl* was in 1836**

See more words from the same year

## Rhymes for *showgirl*

cowgirl                          schoolgirl

unfurl                           burl

churl                            earl

girl                             hurl

merl                             merle

perle                            swirl

See All Rhymes for *showgirl* ⟩

## Browse Nearby Words

Definition          Example Sentences          Word History          Rhymes          Entries Near          Related Artic

See All Nearby Words ›

## Articles Related to *showgirl*

**The Words of the Week - Aug. 15**

Dictionary lookups from Georgia, Pennsylvania, and Washington D.C.

## Cite this Entry

**Style**   [ MLA ⌄ ]

"Showgirl." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.mer riam-webster.com/dictionary/showgirl. Accessed 15 May. 2026.

Copy Citation

## More from Merriam-Webster on *showgirl*

Nglish: Translation of *showgirl* for Spanish Speakers

Last Updated: 12 May 2026 - Updated example sentences



Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

## More from Merriam-Webster





## WORD OF THE DAY

### tortuous 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email addre    **SUBSCRIBE**

## Popular

**7 Pairs of Commonly Confused Words**

**9 Financial Words With Surprising Origins**

**Strange Words for Body Functions**

## Games & Quizzes

Definition    Example Sentences    Word History    Rhymes    Entries Near    Related Artic

## Quordle

Can you solve 4 words at once?

**Play**

## Blossom

Pick the best words!

**Play**

## The Missing Letter

A daily crossword with a twist

**Play**

## 13-Letter Word Quiz

Thirteen words, thirteen letters

**See All**



© 2026 Merriam-Webster, Incorporated