JAYMIE PARKKINEN (S.B. #318394)
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone:  (323) 919-3590
Email:      jp@prkknn.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MAREN FLAGG, | Case No. 2:26-cv-03354-SRM-BFM |
|---|---|
| Plaintiff, | Assigned to Hon. Serena R. Murillo |
| v. | |
| TAYLOR SWIFT, et al., | **PLAINTIFF'S NOTICE REGARDING DEFENDANTS' NONCOMPLIANCE WITH LOCAL RULE 7-3** |
| Defendants. | |

## NOTICE

Plaintiff submits this Notice to direct the Court's attention to a matter addressed only in a declaration accompanying Defendants' Motion to Dismiss.

Defendants concede they did not comply with Local Rule 7-3. As their counsel's declaration states, Defendants "were not able to conduct the meet and confer seven days prior to the filing of the Motion." Morrone Decl. ¶ 3 (Dkt. 44-26).

The parties conferred on May 22, 2026. *Id*. ¶ 7. Seven days later was May 29, 2026. Defendants' deadline to respond to the Complaint was June 2, 2026. Dkt. 35 at 2. Defendants nonetheless filed on May 26, 2026—the day before the May 27, 2026 hearing on Plaintiff's Motion for Preliminary Injunction, which has been on calendar since April 7, 2026. As their counsel's declaration explains, Defendants filed when they did so that the Court would "have the benefit of the Motion to Dismiss prior to" the hearing. Morrone Decl. ¶ 9.

Plaintiff objected to the timing during the conference and in the correspondence Defendants have attached to their Motion. Plaintiff submits this Notice so that the matter is before the Court rather than addressed solely within Defendants' supporting declaration, and respectfully leaves the appropriate disposition of Defendants' noncompliance to the Court. Nothing herein waives, and Plaintiff expressly reserves, all rights, including the right to oppose the Motion on any ground and to amend under Federal Rule of Civil Procedure 15.

DATED: May 26, 2026                    Respectfully submitted,

                                         /s/ Jaymie Parkkinen
                                        Jaymie Parkkinen

                                        *Counsel for Plaintiff*

2                                                                          NOTICE