**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
  mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
  jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
  kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
  mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**SUPPLEMENTAL DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Doc ID: 2164ce7dccbe7200af14b90607c4629b7053f213

I, John R. Dorris, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1.      My name is John R. Dorris, Jr. and I am over eighteen years of age.

2.      I am submitting this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

3.      I previously submitted a declaration in support of Defendants' Motion to Dismiss Plaintiff's original complaint dated May 25, 2026. A copy of my prior May 25, 2026 declaration is attached hereto as **Exhibit A**. I incorporate my prior sworn declaration statements in **Exhibit A** to this declaration as if fully set forth herein.

4.      I reviewed the First Amended Complaint ("FAC") filed on June 16, 2026 in this case.

5.      TAS Rights Management, LLC ("TASRM") does not have any affiliated entities that have a principal place of business in California, or are incorporated in California.

6.      TASRM does not authorize, license, and control the use of the Album title as a trademark on goods made and sold in California (as erroneously alleged in Paragraph 18 of the FAC).

7.      TASRM does not "actively manage Ms. Swift's commercial affairs" (as erroneously alleged in Paragraph 18 of the FAC). Nor does TASRM control Ms. Swift's appearances (whether in California or otherwise), or commission merchandise photoshoots.

8.      In connection with the launch of Ms. Swift's twelfth studio album *The Life of a Showgirl* ("Album"), Ms. Swift appeared on three late-night talk shows: *The Tonight Show Starring Jimmy Fallon*, *The Graham Norton Show*, and *Late Night with Seth Meyers*. All of these promotional appearances occurred outside of

VENABLE LLP

1

SUPPLEMENTLA DECLARATION OF JOHN R. DORRIS, JR.

California.

9.    On September 19, 2025, Ms. Swift posted on social media regarding *The Official Release Party of a Showgirl*, a three-day, worldwide, limited cinema event featuring a music video for "*The Fate of Ophelia*" the first track on the Album, behind-the-scenes footage of the filming of the music video, reflections on the Album songs, and Album lyric videos. Ms. Swift's social media post was recorded in Tennessee and directed fans to attend showings throughout the world. It did not mention California or California consumers, and was eventually passively available online globally.

10.    TASRM and Ms. Swift did not engage in any photoshoots in California of the Album's promotional merchandise line supporting the launch of the Album.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2026

*John R. Dorris, Jr.*
_____
John R. Dorris, Jr.

VENABLE LLP

2

SUPPLEMENTAL DECLARATION OF JOHN R. DORRIS, JR.

# EXHIBIT A

**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
 mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
 jbaldridge@venable.com
Katherine Wright Morrone, Esq. (*Pro Hac Vice*)
 kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants Taylor Swift; TAS Rights
Management, LLC; UMG Recordings, Inc.; and Bravado
International Group Merchandising Services Inc.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

DECLARATION OF JOHN R. DORRIS, JR.

Doc ID: 1c3ab893d679a03760bd0c2ee39e22c8aff3d1eb

I, John R. Dorris, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1.      My name is John R. Dorris, Jr. and I am over eighteen years of age.

2.      I am submitting this Declaration in support of Defendants' Motion to Dismiss the Complaint in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

3.      I am the Vice President and head of the Finance Department for 13 Management, LLC, an artist management company representing Taylor Swift ("Ms. Swift").  In this role, I prepare and maintain business and financial records for Ms. Swift, including but not limited to managing the preparation of her tax returns.  I am also Vice President of TAS Rights Management, LLC ("TASRM"), a company that administers the intellectual property interests of Taylor Swift.

4.      I have reviewed the Complaint filed on March 30, 2026 in this case.

5.      Ms. Swift is domiciled in Tennessee, with her permanent home in Tennessee.  Ms. Swift is also a citizen and resident of Tennessee.

6.      Ms. Swift's domicile and/or usual place of abode has never been, and is currently not, in California.

7.      Ms. Swift's business is directed from and based in Tennessee.

8.      TASRM is a Tennessee company with its principal place of business is in Tennessee.

9.      All of TASRM's members, officers, and employees are domiciled in Tennessee.

10.     TASRM's operations take place in Tennessee. Specifically, all TASRM work, including ownership, control, licensing, and/or commercialization of intellectual property associated with Ms. Swift's entertainment projects are directed from, and occur in, Tennessee. This includes any and all work related to the trademark application related to THE LIFE OF A SHOWGIRL.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

1

DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
Doc ID: 1c3ab893d679a03760bd0c2ee39e22c8aff3d1eb

11.    Ms. Swift and TASRM do not own, operate, or control an office in California.

12.    Ms. Swift and TASRM do not maintain financial accounts in California.

13.    TASRM does not hold any real property in California, and does not maintain a phone, mailing address, or agent for service of process in California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2026.

*John R. Dorris, Jr.*
_____
John R. Dorris, Jr.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

2
DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Doc ID: 1c3ab893d679a03760bd0c2ee39e22c8aff3d1eb