**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MAREN FLAGG, an individual,

Plaintiff,

v.

TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

**DECLARATION OF DANIEL GETZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I, Daniel Getz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over eighteen years of age.

2. I am submitting this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

3. I am Executive Vice President, Business & Legal Affairs for REPUBLIC Collective, a division of UMG Recordings, Inc. ("Republic"). I have personal knowledge of or access to records of Republic reflecting the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

4. Republic includes and operates a number of record labels based out of the East Coast, including Republic Records.

5. Republic Records has served as Ms. Swift's U.S. record label since November 2018, and has been involved with the release and distribution of various album releases of Ms. Swift, including the release and distribution of the Album.

6. On or about August 13, 2025, Ms. Swift announced her twelfth studio album titled *The Life of a Showgirl* (the "Album").

7. The Album was released on October 3, 2025 on Republic Records.

8. Republic Records is based outside of California, and decisions made regarding the Album by Republic Records individuals occurred primarily from New York, not California.

9. Republic maintains an office at 1755 Broadway, 2nd Floor, New York, NY 10019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2026.

Daniel Getz

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900