**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**DECLARATION OF MATT YOUNG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

I, Matt Young, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Matt Young, and I am over eighteen years of age.

2. I am submitting this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint in the above captioned matter.

3. I am Chief Executive Officer for Bravado International Group Merchandising Services, Inc. ("Bravado"). In my role, I have personal knowledge of or access to the records of Bravado reflecting the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

4. Bravado is a music merchandising company, one of the group of affiliated companies sometimes referred to collectively as the "Universal Music Group" ("UMG"), which works with and supports musical artists to create promotional products that give fans another avenue to celebrate and engage with artists' music.

5. Among other UMG musical artists, Bravado has worked, and currently works, with global music icon Taylor Swift to create and market promotional products in connection with her music.

6. On or about August 13, 2025, Ms. Swift announced her twelfth studio album, titled *The Life of a Showgirl* ("Album").

7. In connection with the Album, Bravado assists with a comprehensive marketing campaign, which includes creating, manufacturing, and marketing accompanying merchandise and related goods. To that end, Bravado has worked to create and release promotional merchandise supporting the initial launch of the Album, including apparel and accessories depicting song lyrics from the Album, Ms. Swift's name and likeness, and/or the Album title, *The Life of a Showgirl* ("Promotional Merchandise").

8. Decisions made regarding Album Promotional Merchandise by Bravado primarily occurred outside of California, including from Bravado's office located in

New York at 1755 Broadway, New York, NY 10019.

9. Photoshoots of the Album Promotional Merchandise line occurred outside of California.

10. Fulfillment by Bravado of orders, i.e., distribution to customers, for Album Promotion Merchandise occurs outside of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2026.

Signed by:

47A3093B7B4A4F4...

Matt Young

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900