# EXHIBIT 11

# Album Cover





# ALBUM VINYL





# ALBUM CASSETTE

