# EXHIBIT 12
















# GOT A WI$HLI$T BOMBER JACKET

## $150.00

SIZE

SELECT SIZE ⌄

— 1 + SELECT SIZE

 FREE STANDARD US SHIPPING ON MERCH ORDERS $50+ EXCLUSIONS APPLY

THE LIFE OF A SHOWGIRL

SHIPS ON OR ABOUT MAY 26, 2026

BLACK SATIN BOMBER JACKET WITH SILVER LUREX FLEX RIB TRIM FEATURING "THE LIFE OF A SHOWGIRL" ALBUM LOGO EMBROIDERED IN MINT GREEN LUREX ON WEARER'S FRONT LEFT CHEST AND "THE LIFE OF A SHOWGIRL" ALBUM LOGO, "GOT A WI$HLI$T I JUST WANT YOU"

SONG LYRICS, AND "TAYLOR SWIFT" LOGO WITH PHOTO OF TAYLOR SWIFT PRINTED ON BACK IN MINT GREEN.

SLIGHTLY OVERSIZED CROPPED FIT.
100% POLYESTER SHELL AND LINING

LIMIT 10 PER ORDER.

MACHINE WASH COLD. TUMBLE DRY LOW.

TAYLOR SWIFT®
©2025 TAS RIGHTS MANAGEMENT, LLC
USED BY PERMISSION. ALL RIGHTS RESERVED.

---

MODEL MEASUREMENTS                                             +

---

SIZE INFO

# TAYLOR SWIFT

## SIGN UP TO RECEIVE UPDATES

EMAIL ADDRESS *

UNITED STATES

BY PROVIDING THIS INFORMATION, YOU ARE OPTING TO RECEIVE EMAILS FROM TAYLOR NATION WITH NEWS, SPECIAL OFFERS, PROMOTIONS AND MESSAGES TAILORED TO YOUR INTERESTS, AND YOU AGREE TO THE UMG/TAYLOR NATION PRIVACY POLICY AND TERMS OF USE.

Case 2:26-cv-03354-SRM-BFM   Document 57-16   Filed 06/30/26   Page 5 of 12   Page ID #:1949

FIELDS MARKED WITH AN ASTERISK (*) ARE REQUIRED. INTERNATIONAL CUSTOMERS WILL RECEIVE AN EMAIL TO CONFIRM YOUR SUBSCRIPTION TO ABOVE MAILING LIST.

SUBMIT

## LINKS  +

## CUSTOMER SUPPORT  +

TERMS OF USE

PRIVACY

ACCESSIBILITY

CALIFORNIA RESIDENT OPTION: DO NOT SELL OR SHARE MY PERSONAL INFORMATION

COOKIE CHOICES

UNITED STATES  ⌄

© 2026 TAYLOR NATION LLC









# THE LIFE OF A SHOWGIRL TRACKLIST BLACK SWEATPANTS

## $65.00

SIZE

SELECT SIZE                                                                                              ↓

—    1    +            SELECT SIZE

 FREE STANDARD US SHIPPING ON MERCH ORDERS $50+ EXCLUSIONS APPLY

THE LIFE OF
A SHOWGIRL

SHIPS ON OR ABOUT MAY 26, 2026

WIDE LEG BLACK SWEATPANTS WITH BACK POCKET FEATURING "T.S." LOGO IN ORANGE SPARKLE PRINT ON WEARER'S LEFT LEG AND TRACKLIST IN ORANGE SPARKLE PRINT ON MINT GREEN GRAPHIC DOWN WEARER'S LEFT LEG AND "THE LIFE OF A SHOWGIRL" ALBUM

LOGO IN ORANGE SPARKLE PRINT AND MINT GREEN GRAPHIC DOWN WEARER'S RIGHT LEG.

WIDE LEG RELAXED FIT.
100% COTTON

LIMIT 10 PER ORDER.

MACHINE WASH COLD. TUMBLE DRY LOW.

TAYLOR SWIFT®
©2025 TAS RIGHTS MANAGEMENT, LLC
USED BY PERMISSION. ALL RIGHTS RESERVED.

---

MODEL MEASUREMENTS                                                                    +

---

SIZE INFO

# TAYLOR SWIFT

## SIGN UP TO RECEIVE UPDATES

EMAIL ADDRESS *

UNITED STATES

BY PROVIDING THIS INFORMATION, YOU ARE OPTING TO RECEIVE EMAILS FROM TAYLOR NATION WITH NEWS, SPECIAL OFFERS, PROMOTIONS AND MESSAGES TAILORED TO YOUR INTERESTS, AND YOU AGREE TO THE UMG/TAYLOR NATION PRIVACY POLICY AND TERMS OF USE.

FIELDS MARKED WITH AN ASTERISK (*) ARE REQUIRED. INTERNATIONAL CUSTOMERS WILL RECEIVE AN EMAIL TO CONFIRM YOUR SUBSCRIPTION TO ABOVE MAILING LIST.

SUBMIT

LINKS ＋

CUSTOMER SUPPORT ＋

TERMS OF USE

PRIVACY

ACCESSIBILITY

CALIFORNIA RESIDENT OPTION: DO NOT SELL OR SHARE MY PERSONAL INFORMATION

COOKIE CHOICES

UNITED STATES ⌄

© 2026 TAYLOR NATION LLC