# EXHIBIT 13

THE WAYBACK MACHINE - HTTPS://WEB.ARCHIVE.ORG/WEB/20250813134606/HTTPS://STORE.TAYLORSWIFT.COM/

  

# TAYLOR SWIFT

## PRE PRE-ORDER: THE LIFE OF A SHOWGIRL

*WHILE SUPPLIES LAST

## PRE PRE-ORDER: THE LIFE OF A SHOWGIRL

*WHILE SUPPLIES LAST

ADD ALL TO CART



THE LIFE OF A SHOWGIRL VINYL
$29.99

THE LIFE OF A SHOWGIRL CASSETTE
$19.99

https://web.archive.org/web/20250813134606/https://store.taylorswift.com/



THE LIFE OF A SHOWGIRL CD W/ POSTER
$12.99

# TAYLOR SWIFT

## SIGN UP TO RECEIVE UPDATES

EMAIL ADDRESS *

UNITED STATES

BY PROVIDING THIS INFORMATION, YOU ARE OPTING TO RECEIVE EMAILS FROM TAYLOR NATION WITH NEWS, SPECIAL OFFERS, PROMOTIONS AND MESSAGES TAILORED TO YOUR INTERESTS, AND YOU AGREE TO THE UMG/TAYLOR NATION PRIVACY POLICY AND TERMS OF USE.

FIELDS MARKED WITH AN ASTERISK (*) ARE REQUIRED. INTERNATIONAL CUSTOMERS WILL RECEIVE AN EMAIL TO CONFIRM YOUR SUBSCRIPTION TO ABOVE MAILING LIST.

**SUBMIT**

LINKS                                                                   +

CUSTOMER SUPPORT                                                        +

TERMS OF USE

PRIVACY

ACCESSIBILITY

CALIFORNIA RESIDENT OPTION: DO NOT SELL OR SHARE MY PERSONAL INFORMATION

COOKIE CHOICES

UNITED STATES

© 2025 TAYLOR NATION LLC

# TAYLOR SWIFT




THE LIFE OF A SHOWGIRL: SWEAT AND VANILLA PERFUME PORTOFINO ORANGE GLITTER VINYL

### $29.99

1    +    ADD TO CART

VIEW FULL DETAILS

## THE LIFE OF A SHOWGIRL COLLECTION







THE LIFE OF A SHOWGIRL: SWEAT AND VANILLA PERFUME CD WITH POSTER
$12.99

THE LIFE OF A SHOWGIRL: SWEAT AND VANILLA PERFUME CASSETTE
$19.99

THE LIFE OF A SHOWGIRL: SWEAT AND VANILLA PERFUME PORTOFINO ORANGE GLITTER VINYL
$29.99

## TAYLOR SWIFT

**LINKS**

THE SUMMER COLLECTION

MERCH

TAYLOR SWIFT | THE ERAS TOUR

MUSIC

SALE

**CUSTOMER SUPPORT**

GENERAL INFORMATION

SHIPPING

RETURNS & EXCHANGES

ORDER INFORMATION

PAYMENTS

**SIGN UP TO RECEIVE UPDATES**

EMAIL ADDRESS *

UNITED STATES

BY PROVIDING THIS INFORMATION, YOU ARE OPTING TO RECEIVE EMAILS FROM TAYLOR NATION WITH NEWS, SPECIAL OFFERS, PROMOTIONS AND MESSAGES TAILORED TO YOUR INTERESTS, AND YOU AGREE TO THE UMG/TAYLOR NATION PRIVACY POLICY AND TERMS OF USE.

FIELDS MARKED WITH AN ASTERISK (*) ARE REQUIRED. INTERNATIONAL CUSTOMERS WILL RECEIVE AN EMAIL TO CONFIRM YOUR SUBSCRIPTION TO ABOVE MAILING LIST.

SUBMIT

© 2025 TAYLOR NATION LLC    TERMS OF USE    PRIVACY    ACCESSIBILITY    CALIFORNIA RESIDENT OPTION: DO NOT SELL OR SHARE MY PERSONAL INFORMATION    COOKIE CHOICES

INTERNET ARCHIVE
WayBackMachine
3,678 CAPTURES
17 JUL 2010 – 2 MAY 2026

# TAYLOR SWIFT

## PRE PRE-ORDER: THE LIFE OF A SHOWGIRL

*WHILE SUPPLIES LAST

ADD ALL TO CART

THE LIFE OF A SHOWGIRL VINYL
$29.99

THE LIFE OF A SHOWGIRL CASSETTE
$19.99

THE LIFE OF A SHOWGIRL CD W/ POSTER
$12.99

## TAYLOR SWIFT

**LINKS**

THE SUMMER COLLECTION

MERCH

TAYLOR SWIFT | THE ERAS TOUR

MUSIC

SALE

**CUSTOMER SUPPORT**

GENERAL INFORMATION

SHIPPING

RETURNS & EXCHANGES

ORDER INFORMATION

PAYMENTS

**SIGN UP TO RECEIVE UPDATES**

EMAIL ADDRESS *

UNITED STATES

BY PROVIDING THIS INFORMATION, YOU ARE OPTING TO RECEIVE EMAILS FROM TAYLOR NATION WITH NEWS, SPECIAL OFFERS, PROMOTIONS AND MESSAGES TAILORED TO YOUR INTERESTS, AND YOU AGREE TO THE UMG/TAYLOR NATION PRIVACY POLICY AND TERMS OF USE.

FIELDS MARKED WITH AN ASTERISK (*) ARE REQUIRED. INTERNATIONAL CUSTOMERS WILL RECEIVE AN EMAIL TO CONFIRM YOUR SUBSCRIPTION TO ABOVE MAILING LIST.

SUBMIT

INTERNET ARCHIVE
WayBack Machine
3,678 CAPTURES
17 JUL 2010 – 2 MAY 2026

JUL **AUG** SEP
◄ **15** ►
2024 **2025** 2026
▼ ABOUT THIS CAPTURE

THE LIFE OF A SHOWGIRL LIMITED RELEASE DELUXE CD'S AVAILABLE FOR   **40** **17** **47**
WHILE SUPPLIES LAST   H M S

# TAYLOR SWIFT







THE LIFE OF A SHOWGIRL: SWEAT AND VANILLA PERFUME PORTOFINO ORANGE GLITTER VINYL
$29.99

THE LIFE OF A SHOWGIRL: SWEAT AND VANILLA PERFUME CD WITH POSTER
$12.99

THE LIFE OF A SHOWGIRL: SWEAT AND VANILLA PERFUME CASSETTE
$19.99

## THE LIFE OF A SHOWGIRL
## LIMITED RELEASE DELUXE CD'S

AVAILABLE UNTIL AUGUST 16 AT 6:59 PM ET
*WHILE SUPPLIES LAST

 Not Available     Not Available     Not Available     Not Available









THE LIFE OF A SHOWGIRL: SWEAT AND VANILLA PERFUME EDITION LIMITED RELEASE DELUXE CD
$17.99

THE LIFE OF A SHOWGIRL: IT'S FRIGHTENING EDITION LIMITED RELEASE DELUXE CD
$17.99

THE LIFE OF A SHOWGIRL: IT'S RAPTUROUS EDITION LIMITED RELEASE DELUXE CD
$17.99

THE LIFE OF A SHOWGIRL: IT'S BEAUTIFUL EDITION LIMITED RELEASE DELUXE CD
$17.99

# TAYLOR SWIFT

**LINKS**

THE SUMMER COLLECTION

MERCH

TAYLOR SWIFT | THE ERAS TOUR

MUSIC

SALE

**CUSTOMER SUPPORT**

GENERAL INFORMATION

SHIPPING

RETURNS & EXCHANGES

ORDER INFORMATION

PAYMENTS

**SIGN UP TO RECEIVE UPDATES**

EMAIL ADDRESS *

UNITED STATES

BY PROVIDING THIS INFORMATION, YOU ARE OPTING TO RECEIVE EMAILS FROM TAYLOR NATION WITH NEWS, SPECIAL OFFERS, PROMOTIONS AND MESSAGES TAILORED TO YOUR INTERESTS, AND YOU AGREE TO THE UMG/TAYLOR NATION PRIVACY POLICY AND TERMS OF USE.

FIELDS MARKED WITH AN ASTERISK (*) ARE REQUIRED. INTERNATIONAL CUSTOMERS WILL RECEIVE AN EMAIL TO CONFIRM YOUR SUBSCRIPTION TO ABOVE MAILING LIST.

SUBMIT

🇺🇸 UNITED STATES ⌄   © 2025 TAYLOR NATION LLC     TERMS OF USE   PRIVACY   ACCESSIBILITY   CALIFORNIA RESIDENT OPTION: DO NOT SELL OR SHARE MY PERSONAL INFORMATION   COOKIE CHOICES