**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
  mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
  jbaldridge@venable.com
Katherine Wright Morrone, Esq. (*Pro Hac Vice*)
  kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
  mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone:  (212) 370-6247
Facsimile:  (212) 307-5598

Attorneys for Defendants Taylor Swift, TAS Rights
Management, LLC, UMG Recordings, Inc., Bravado
International Group Mechandising Services Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>             Plaintiff,<br><br>        v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>             Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**DECLARATION OF MAX N. WELLMAN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:      October 7, 2026<br><br>Action Filed:  March 30, 2026<br>Trial Date:     No Date Set |

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

**DECLARATION OF MAX N. WELLMAN**

I, Max N. Wellman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a Partner at the law firm Venable LLP, counsel of record for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Mechandising Services Inc. ("Defendants"). I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to them.

2.     I respectfully submit this declaration in support of Defendants' Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint on the following claims: (1) Plaintiff's First Claim for trademark infringement; (2) Plaintiff's Second Claim for false designation of origin and unfair competition; and (3) Plaintiff's Third Claim for California Unfair Competition.

3.     Pursuant to L.R. 7-3, the parties met and conferred via Zoom on June 22, 2026, on Defendants' contemplated motion. During the meet and confer, Defendants informed the Plaintiff of their intent to file a motion to dismiss Plaintiff's claims on the grounds that (1) the complaint fails to state a claim upon which relief could be granted and (2) lack of personal jurisdiction with respect to Ms. Swift and TAS Rights Management, LLC. The parties were unable to reach a resolution to eliminate the necessity of a hearing on the motion. Defendants indicated they would file a notice of motion and motion to dismiss Plaintiff's First Amended Complaint.

4.     On June 26, 2026, Plaintiff's counsel represented that Plaintiff intends to oppose the Motion.

5.     Attached hereto as Exhibit 1 are true and correct excerpts from the May 27, 2026 Preliminary Injunction hearing in this case.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

1

DECLARATION OF MAX N. WELLMAN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT

Executed on June 30, 2026                VENABLE LLP

By: _____
        Max N. Wellman

Attorney for Defendants Taylor Swift, TAS
Rights Management, LLC, UMG Recordings,
Inc., Bravado International Group
Merchandising Services Inc.

DECLARATION OF MAX N. WELLMAN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS FIRST AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900