JAYMIE PARKKINEN (S.B. #318394)
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone:   (323) 919-3590
Email:        jp@prkknn.com

*Attorney for Plaintiff*
*Maren Flagg*


VENABLE LLP
Max N. Wellman (SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:   (202) 344-4000
Facsimile:    (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
 mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone:  (212) 370-6247
Facsimile:  (212) 307-5598


*Attorneys for Defendants Taylor Swift, TAS Rights*
*Management, LLC, UMG Recordings, Inc.,*
*Bravado International Group Merchandising*
*Services Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAREN FLAGG, | Case No. 2:26-cv-03354-SRM-BFM |
| Plaintiff, | Assigned to Hon. Serena R. Murillo |
| v. | **JOINT STATUS REPORT RE: PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| TAYLOR SWIFT, et al., | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of July 21, 2026, Dkt. 58, Plaintiff Maren Flagg ("Plaintiff") and Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Merchandising Services Inc. (collectively, "Defendants") (together Plaintiff and Defendants are, the "Parties") respectfully submit this Joint Status Report concerning Plaintiff's Motion for a Preliminary Injunction filed on April 7, 2026, Dkt. 16 (the "Motion").

Having carefully considered the Court's Order and the authorities cited therein and elsewhere, the Parties are in agreement that the filing of Plaintiff's First Amended Complaint ("FAC"), Dkt. 50, did not render the Motion moot. Accordingly, the Parties agree that the Motion is suitable for resolution on the existing briefing, declarations and exhibits (Dkts. 16, 40, 41), and the argument heard by the Court on May 27, 2026 (*see* Dkt. 47), without the need for a renewed motion following the filing of Plaintiff's FAC, Dkt. 50. The Parties retain their respective positions on the merits of the Motion, and nothing in this Report waives or modifies any argument, opposition, objection, or defense previously asserted by Plaintiff or Defendants with respect to the Motion.

DATED: July 27, 2026                    Respectfully submitted,

                                        /s/ Jaymie Parkkinen
                                        Jaymie Parkkinen (S.B. #318394)
                                        jp@prkknn.com
                                        808 Wilshire Blvd., Suite 200-255
                                        Santa Monica, California 90401
                                        Telephone: (323) 919-3590

                                        *Attorney for Plaintiff Maren Flagg*

                                        VENABLE LLP

                                        /s/ Max N. Wellman
                                        Max N. Wellman (S.B. #291814)
                                        mwellman@venable.com
                                        2049 Century Park East, Suite 2300
                                        Los Angeles, CA 90067
                                        Telephone: (310) 229-9900
                                        Facsimile: (310) 229-9901

                                        J. Douglas Baldridge (*Pro Hac Vice*)
                                        jbaldridge@venable.com
                                        Katie Wright Morrone (*Pro Hac Vice*)
                                        kwmorrone@venable.com
                                        600 Massachusetts Avenue NW
                                        Washington, DC 20001
                                        Telephone: (202) 344-4000
                                        Facsimile: (202) 344-8300

                                        Maria R. Sinatra (*Pro Hac Vice*)
                                        mrsinatra@venable.com
                                        151 W. 42nd Street
                                        New York, NY 10036
                                        Telephone: (212) 370-6247
                                        Facsimile: (212) 307-5598

                                        *Attorneys for Defendants Taylor Swift,*
                                        *TAS Rights Management, LLC, UMG*
                                        *Recordings, Inc., Bravado International*
                                        *Group Merchandising Services Inc.*

3                                       JOINT STATUS REPORT

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that counsel for Defendants concur in the content of this filing and has authorized this filing.


DATED: July 27, 2026                    */s/ Jaymie Parkkinen*
                                              Jaymie Parkkinen

                                              *Attorney for Plaintiff Maren Flagg*