JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAREN FLAGG,

Plaintiff,

v.

TAYLOR SWIFT, et al.,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Hon. Serena R. Murillo

**PLAINTIFF'S NOTICE OF SUBSEQUENT USPTO ACTION**

Date: October 7, 2026
Time: 1:30 p.m.
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

# NOTICE

Plaintiff Maren Flagg gives notice of a nonfinal Office Action issued by the United States Patent and Trademark Office ("USPTO") on September 22, 2026 (the "Office Action") in Application Serial No. 99331566, the application filed by Defendant TAS Rights Management, LLC ("TAS") to register THE LIFE OF A SHOWGIRL. A true and correct copy is submitted herewith as Exhibit 1.

The Office Action lifts the suspension reflected in Exhibit 10 to Defendants' Request for Judicial Notice, Dkt. 57-4; maintains the Section 2(d) refusal based on Plaintiff's trademark registration; refuses TAS registration in five additional classes based on a third party's registration of SHOWGIRL, Reg. No. 8277122; and requires TAS to state whether it intends to rely on Section 44(e) as an additional filing basis—that is, whether it will complete its United States registration on the strength of the foreign registration from which it already claims priority. Ex. 1 at 3-5, 8.

The Office Action issued the day before Defendants filed their Reply in support of their Motion to Dismiss, Dkt. 63 ("MTD Reply"), and their Reply in support of their Request for Judicial Notice, Dkt. 64. It was transmitted to TAS's counsel of record on September 22, 2026. Ex. 1 at 2.

The Office Action bears on the following statements in Defendants' filings:

1. The MTD Reply describes the USPTO's refusal as "a preliminary, non-final office action." Dkt. 63 at 5, 9. Defendants' Request for Judicial Notice describes Exhibit 10 as reflecting TAS's intent to respond to it. Dkt. 57-4 at 3-4. The Office Action lifts the suspension reflected in Exhibit 10 and states that the Section 2(d) refusal based on Plaintiff's Registration No. 4800625 "is maintained and continued" as to International Class 9 (musical sound recordings) and Class 41 (entertainment services in the nature of live musical performances), and that TAS "has not presented any arguments in favor of withdrawing this refusal." Ex. 1 at 3.

2. The MTD Reply states that "the 'dominant' phrase in Ms. Swift's Album ('the life') and Plaintiff's Mark ('confessions') are distinct first words." Dkt. 63 at 9. In comparing the registered mark SHOWGIRL to TAS's THE LIFE OF A SHOWGIRL, the Office Action states that "[t]he consumer is likely to focus on the dominant noun in [TAS's] proposed mark, the term SHOWGIRL, which contributes more to the commercial impression of the mark," and that "the addition of THE LIFE OF A reinforces the connotation of the term 'SHOWGIRL,' as it is used in the registration." Ex. 1 at 4-5.

3. The MTD Reply states that "TASRM has never represented it used the Album title as a source identifier in U.S. commerce." Dkt. 63 at 7. The Office Action states that TAS "submitted a claim of priority under Section 44(d) on October 22, 2025" based on its foreign application for the mark, and asks whether TAS "intends to rely on and perfect §44(e) as an additional basis," Ex. 1 at 8, under which "use in commerce shall not be required prior to registration." 15 U.S.C. § 1126(e).

Defendants placed the application file before the Court as Exhibits 8 through 10 to their Request for Judicial Notice. Plaintiff submits the Office Action so that the file is complete as of the date of Defendants' replies, and cites it for its existence and contents.

DATED: September 24, 2026

Respectfully submitted,

PARKKINEN PC

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen

*Counsel for Plaintiff*