UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03354-SRM-BFM | Date | September 30, 2026 |
| Title | *Maren Flagg v. Taylor Swift, et. al.* | | |

PRESENT:

**HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Gabriela Garcia<br>Deputy Clerk | Not Reported<br>Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER STRIKING PLAINTIFF'S NOTICE OF SUBSEQUENT USPTO ACTION [65], DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE [66]; REQUESTING SUPPLEMENTAL BRIEFING; AND CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [57]**

On September 24, 2026, Plaintiff filed a document titled "Plaintiff's Notice of Subsequent USPTO Action," and attached a "nonfinal Office Action issued by the United States Patent and Trademark Office" regarding the trademarks at issue in this case. Dkt. 65. Plaintiff stated that the USPTO's September 22, 2026 Office Action impacts Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. *Id.* Defendants filed a Response to Plaintiff's Notice. Dkt. 66. Neither Party sought leave from the Court prior to filing these documents. As such, pursuant to Local Rule 7-12, Plaintiff's Notice of Subsequent USPTO Action and Defendants' Response to Plaintiff's Notice are **STRICKEN**. Dkt. 65, 66.

However, the Court requests that the Parties file supplemental briefs, not to exceed five-pages in length, discussing how the USPTO's September 22, 2026, Office Action informs the Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's Opposition. The Parties' supplemental briefs must be filed by **October 9, 2026**.

The hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 57) is hereby **CONTINUED** to **December 9, 2026 at 1:30 p.m.**

\- : -

Initials of Deputy Clerk gg

cc: