# Exhibit 31

CITY OF BEVERLY HILLS
COMMUNITY DEVELOPMENT DEPARTMENT
SPECIAL EVENTS DIVISION
455 North Rexford Drive
Beverly Hills, California 90210

Permit No: **FE2600027**
Permit Status: **Issued**
**10/02/2026**

# Event Type: Film

| | | | |
|---|---|---|---|
| Job Address | **410 TROUSDALE PL** | | |
| Parcel Number | 4391016001 | Created By: | |
| Project Number | 415085 | Applied | 01/20/2026 |
| Start: | 03/11/2026 | Issued: | 03/10/2026 |
| End: | 03/14/2026 | Updated By: | slipke |
| Description: | **"Quarry" (Short)** | | |

## Event Details

Location: 410 Trousdale Place
Hours: See Permit Conditions
Venue: Interior / Exterior
No. Persons at Location: 90 (25-45 PREP/STRIKE)
On-site Contact Name: Christina Conway
On-site Contact Phone: (310) 779-1409
Elements: Generator; Pre-light; Special Lighting; Posting
Equipment Vehicles: Generator; Trucks; Vans
Equipment Parking Location: See Permit Conditions
Catering Activity Location: See Permit Conditions
Certificate of Insurance: Yes
Type of Property: Private Property
Participants Parking Location: See Permit Conditions

PEOPLE

| Type | Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|
| Applicant | Film This! c/o Tim Ballou | 214 Main St. #287 | El Segundo | CA | 90245 | (213) 763-9000 |
| Applicant | Merman Branded, LLC | 1438 N Gower Street, Building 13, Suite 100-106 | Los Angeles | CA | 90028 | (213) 760-0400 |

## FEES

| Group | Fee | Unit | Amount | Paid | Balance |
|---|---|---|---|---|---|
| Film | Classification A - Business Services, Minimum Tax | | $349.00 | $349.00 | $0.00 |
| Film | No-Parking Signs | 8.00 | $66.80 | $66.80 | $0.00 |
| Film | Residential Areas - Motion Picture/Video Tape Filming | 1.00 | $1,932.00 | $1,932.00 | $0.00 |
| Film | Residential Areas - Motion Picture/Videotape Filming (prep and strike) | 3.00 | $1,059.00 | $1,059.00 | $0.00 |
| Film | Special Event - Sworn Police Personnel | 47.00 | $6,251.00 | $6,251.00 | $0.00 |
| Film | Special Event Encroachment Permit (per permit) | 1.00 | $190.00 | $190.00 | $0.00 |
| Film | Special Events - Traffic Control Officer Personnel | 47.00 | $4,136.00 | $4,136.00 | $0.00 |
| Film | Special Events Permits - Application Processing Fee | | $69.00 | $69.00 | $0.00 |

## FEE SUMMARY

| Fee Group | Review Fees | Permit Fees | Paid | Balance |
|---|---|---|---|---|
| Film | $0.00 | $14,052.80 | $14,052.80 | $0.00 |

## TRANSACTIONS

| ID | Date | Method | Amount | Paid By |
|---|---|---|---|---|
| 890389 | 03/09/2026 12:35:07 PM | CREDIT CARD | $14,052.80 | Film This! c/o Tim Ballou (tballou@mac.com) |

## PERMIT CONDITIONS

**Special Condition #EC90 (BHPD)**

Police Department - 1 Officer and 1 TCO from 7AM-6PM on Wednesday, March 11 and Thursday, March 12 (PREP) and Saturday, March 14 (STRIKE); and 1 Officer and 1 TCO from 7AM-9PM on Friday, March 13 (FILMING) at 410 Trousdale Place ("Location").

**PLEASE BE AWARE THAT RESIDENTS HAVE RAISED CONCERNS ABOUT FILMING WITH EXTENDED HOURS, TRUCKS PARKING ON NEIGHBORHOOD STREETS AND FREQUENT ACTIVITY AT LOCATION.**

Officer/TCO to ensure compliance by production with permitted hours: 8AM-6PM on Wednesday, March 11; Thursday, March 12; and Saturday, March 14; and 8AM-9PM on Friday, March 13. Production did not obtain signatures of approval for extended hours. Anyone or anything arriving at Location before permitted arrival time shall be turned away by Officer/TCO and advised to return no earlier than permitted arrival time. **No production vehicle shall be granted access to Location or posted area prior to corresponding permitted arrival time for each date.** Vehicles shall not circle residential neighborhoods before permitted arrival time.

Officer required for permit enforcement, security and life/safety of all. TCO required to monitor traffic on Trousdale Place and ensure safe flow of traffic while equipment vehicles are parked on the street. Please see conditions below for further details.

**Special Condition #EC91 (BHFD)**

One tow plant generator may be utilized. Tow plant generator will be parked within posted area directly in front of Location. **Once landed in its designated space, generator shall remain stationary and shall not be moved for the duration of permitted activity.** All cables from generator shall be ramped and taped for safety. Production shall ensure at least a 3' clearance from all combustibles and complete clearance overhead. Also, generators shall be situated at least 20' away from any buildings or structures, including tents/canopies.

**Excluding pre-fabricated popup tents as permitted herein, tents/canopies have been neither requested nor authorized. Please refer to conditions below regarding pre-fabricated popup tents.**

No dolly heaters or open-flame sources, including sternos, shall be utilized without a Fire Code Permit specifying such use. Additionally, no cooking shall be conducted outside of catering truck(s) at any time without a valid Fire Code Permit specifying such.

**Special Condition #EC92 (Prep/Strike)**

Crew of 25-45 people will prep Location between 8AM-6PM on Wednesday, March 11 and Thursday, March 12; and strike Location between 8AM-6PM on Saturday, March 14. **MAY NOT ARRIVE PRIOR TO 8AM AND MUST BE GONE (TAILLIGHTS) AT 6PM ON EACH PREP/STRIKE DAY.** Production did not obtain signatures of approval from residents for extended hours. Anyone or anything arriving at Location before 8AM shall be turned away by Officer/TCO and advised to return no earlier than 8AM. Vehicles shall not circle residential neighborhoods before 8AM arrival time. No one from cast/crew shall be granted access to Location or posted area prior to 8AM arrival time. Please keep noise levels to a minimum, particularly upon arrival. All prep/strike activity shall be contained on private property at all times. Officer/TCO to ensure safe flow of traffic on Trousdale Place, while production vehicles are parked on the street.

**Special Condition #EC93 (Filming)**

This is a large-scale filming for "Quarry", involving approximately 90 people filming interior dialogue scenes and walk-and-talks, and exterior establishing shots, all on private property at 410 Trousdale Place ("Location"). Filming will occur between 8AM-9PM on Friday, March 13. May not film in residential areas before 8AM or after 9PM. **May not arrive prior to 8AM and must be gone (taillights) at 9PM. NO EXCEPTIONS.**

Production did not obtain signatures of approval from residents for extended hours. Anyone or anything arriving at Location before 8AM shall be turned away by Officer/TCO and advised to return no earlier than 8AM. Vehicles shall not circle residential neighborhoods before 8AM arrival time. No one from cast/crew shall be granted access to Location or posted area prior to 8AM arrival time. Please ensure noise levels are kept to a minimum, particularly during arrival/departure.

Please keep cast and crew on private property and inside Location as much as possible, particularly when not involved with exterior filming. Please do not congregate unnecessarily outside Location.

Filming of individual business or residence requires prior permission from owners.

**Special Condition #EC94 (Activity)**

All permitted activity shall be contained on private property at all times. AS NO ACTUAL SIDEWALK EXISTS ON TROUSDALE PLACE, ALL EQUIPMENT AND CAST/CREW MEMBERS MUST REMAIN ON PRIVATE PROPERTY AT ALL TIMES. PLEASE DO NOT PLACE ANYTHING (E.G., EQUIPMENT, FURNITURE) IN STREET. Camera, equipment, talent and/or crew members shall not be in street or curb lane AT ANY TIME. May not block entrances or exits at any time. MAY NOT BLOCK DRIVEWAYS, MAILBOXES OR RESIDENT ACCESS AT ANY TIME, AND MAY NOT PLACE EQUIPMENT OR CONGREGATE ON PARKWAYS OR OTHER PRIVATE PROPERTY WITHOUT CLEARANCE FROM FILMING & SPECIAL EVENTS OFFICE AND PERMISSION FROM RESPECTIVE HOMEOWNERS. A 4ft. pedestrian thruway must be maintained at all times.

**Special Condition #EC95 (Encroachment Permit)**

This permit also serves as an Encroachment Permit, allowing use of public right-of-way for posting of "No Parking" signs and parking of equipment vehicles on street.

**Special Condition #EC96 (Posting/Parking)**

**PLEASE BE ADVISED THAT, DUE TO RECENT TRAFFIC INCIDENTS, NO VEHICLES WITH MORE THAN TWO AXLES ARE PERMITTED TO TRAVEL IN THE TROUSDALE ESTATES REGION. PLEASE MAKE CERTAIN THAT ALL EQUPMENT VEHICLES COMPLY WITH THIS RESTRICTION.**

Crew will post temporary "No Parking" signs on both sides of Trousdale Place, only directly in front of - and across the street from - Location. Production vehicles may park on ONLY one side of Trousdale Place. The opposite side of Trousdale Place must be posted for safety clearance. Signs posted on opposite side of street shall read "NO FILM CREW PARKING". Signs will be posted "No Parking" from 8AM-6PM on Wednesday, March 11; Thursday, March 12; and Saturday, March 14; and 8AM-9PM on Friday, March 13. May post only where a signature of approval was obtained. May park only where a signature of approval has been obtained to post "No Parking" signs on BOTH sides of Trousdale Place. May not park production vehicles anywhere another vehicle is parked directly opposite. While vehicles are parked directly adjacent to Location, curve along 1545 Alexis Place must remain clear.

PLEASE REMEMBER TO REMOVE ALL "NO PARKING" SIGNS WITHIN 24 HOURS FOLLOWING

CONCLUSION OF PERMITTED ACTIVITY TO AVOID ADDITIONAL FEES.

Essential equipment vehicles, including tow plant generator, portable restrooms, and trucks, will be parked within posted area. **ASIDE FROM POSTED AREA, NO PRODUCTION VEHICLES, INCLUDING PERSONAL CAST/CREW CARS, SHALL BE PARKED ON ANY RESIDENTIAL STREET AT ANY TIME.** Driveways and mailboxes shall not be blocked at any time. Residents shall have access to their homes and driveways at all times. Visibility shall not be obstructed in any way or at any time for residents exiting driveways or motorists traveling along Trousdale Place or Alexis Place.

Posting is for equipment vehicles only. Personal cars shall NOT park within posted areas. All other vehicles, including personal cast/crew cars, will be parked at Greystone Mansion. Cast and crew will be transported to Location via shuttles. All loading/unloading of passengers and equipment shall be contained on private property at Location. Shuttles, including ride services such as Uber and Lyft, shall not stop in middle of street or use a red zone at any time for the purpose of loading/unloading passengers or equipment.

**Special Condition #EC97 (Catering)**

All food and catering services will be set up on private property. Food shall not be set up on public right-of-way.

**Special Condition #EC98 (Notification)**

Letters of notification were delivered to - and signatures obtained from - affected residents for posting/parking. May post/park only where a signature of approval was obtained. Signatures for extended hours were also requested but not obtained. Following adjustment to hours, based on results from initial surveys, revised letters were delivered to notify residents regarding filming activity, in general.

Residents at 420, 430 and 440 Trousdale Place refused to sign for extended hours and/or posting/parking. Residents at 330 Trousdale Place and 1555 Alexis Place, also refusing to sign, voiced concerns regarding extended hours, posting/parking and/or frequent activity at Location.

**Special Condition #EC99 (Location Contact)**

Location Contact: Christina Conway (310) 779-1409

**Special Condition #EC100 (City Contact)**

City Contact: Scott Lipke (310) 285-2407

**BHFD**

No activities that require supervision by authorized fire personnel are permitted.

**PRE FABRICATED POP-UP TENTS**

**Prefabricated Pop-Up Tents** (1) Each tent, and every portion thereof, shall at all times have a minimum 5-foot separation distance from all property lines, all other structures (including buildings), and from other tents on the same private property lot. Each tent on public property or way shall, shall at all times have a minimum 5-foot separation distance from buildings, property lines and between other tents. Tents shall not be grouped or attached or connected in any manner, to each other. A tent on private or public property shall be placed and maintained in a location that is approved by a permit. A tent that is not placed or maintained in an approved location is unpermitted and unlawful. (2) Means of unobstructed egress from the proposed structure shall at all times be provided to a public way or property unless the structure is located entirely on private real property. Egress from a proposed structure shall not involve or require use of adjacent private real property. (3) All tent fabric and interior decorative fabric shall be flame retardant in accordance with NFPA 710 and approved by the California State Fire Marshal (CSFM registration and seal). (4) Sandbags, barrels or similar tie-down anchorage shall be provided at all legs (i.e., vertical support portions) of the tent. Tents shall not be anchored or attached to each other. (5) Tents on roof decks shall require prior plan review and approval. (6) No smoking signs shall be conspicuously posted and maintained inside the tent. (7) Open flames, heating appliances, flammable/combustible liquids and cooking appliances are prohibited at all times, inside the tent. (8) Combustible materials such as hay, straw, shavings or similar materials shall not be placed or kept inside the tent at any time. (9) The placement, storage and/or use of LPG gas containers or any hazardous materials is prohibited inside a tent at all times. (10) Any electrical equipment and wiring used with the tent must be listed and labeled for outdoor use. (11) Applicants and permit holders for a special events permit are subject to BHMC Sections 4-1-107 through 4-1-111 concerning revocations or suspensions. (12) Permit applicants and holders shall at all times comply with all conditions of a permit, as well as all applicable provisions of the BHMC.

**REFUSE BINS**

If for an event or filming, trash containers are brought into the City of Beverly Hills, please know that only the City's vendor of record may deliver bins to the City of Beverly Hills.

**EQUIPMENT**

No equipment may be in street, curb lane or median strip.

**PRIVATE PROPERTY ONLY**

All activity shall be confined to private property. No objects may be placed on public right-of-way.

**NO LOITERING**

Permit holder shall not loiter on sidewalk, private driveways or parkways.

**SHALL NOT BLOCK ENTRANCES OR EXITS**

Permit holder shall not block entrances or exits at any time.

**4FT. PEDESTRIAN THRUWAY**

Must maintain a 4ft. pedestrian thruway at all times.

**NO OBSTRUCTION TO PEDESTRIAN OR VEHICULAR TRAFFIC**

No obstruction to pedestrian or vehicular traffic will be allowed.

**STREET USE PERMIT**

Street Use permit must be obtained for the use of the public right-of-way and/or the posting of "No Parking" signs.

**POSTING**

When posting "No Parking" signs in the City of Beverly Hills, signs must be attached with string, wire or zip ties; may not be stapled or nailed to trees.

**TEMPORARY "NO PARKING" SIGNS**

When "No Parking" signs are posted, film crew or event organizer must remove them promptly upon completion of filming or event.

**POSTING VERIFICATION**

Please note, after posting "No Parking" signs, applicant must call 310.550.4951 to ensure signs have been posted 72 hours in advance of scheduled activity.

**CA VEHICLE CODE / BH MUNICIPAL CODE / PARKING SIGNS**

Must obey all CA vehicle code/BH municipal code/parking signs.

**HEAVY VEHICLE RESTRICTIONS - BHMC 7-2-201: HEAVY VEHICLES RESTRICTED TO CERTAIN STREETS:**

HEAVY VEHICLE RESTRICTIONS - BHMC 7-2-201: HEAVY VEHICLES RESTRICTED TO CERTAIN STREETS: A. No person shall operate any vehicle having a gross weight, including the vehicle and its load, of three (3) tons or more on any street in the city except on those streets designated in section 7-2-203 of the Beverly Hills Municipal Code or unless authorized by permit issued pursuant to subsection 8-2-3(D) of this code. B. The provisions of subsection A of this section shall not apply to the following: 1. Any passenger stage vehicle regulated by sections 1031 through 1036 of the state Public Utilities Code and operating under a certificate from the public utilities commission of the state declaring that the public necessity and convenience require the operation of such vehicle; and further provided that the certificate specifically authorizes such vehicle to be operated in the city, and the vehicle is being operated while in the city for the purpose authorized in such certificate; provided further, this exemption shall not apply to vehicles operated as a round trip sightseeing service; 2. Any vehicle owned by a public utility while necessarily in use in the construction, installation, or repair of any public utility; 3. Any vehicle operated by the city, or any employee thereof, in the course of regular or official city business; 4. Any vehicle of the military or naval forces of the United States or the duly authorized militia of the state in the proper performance of their duties. (1962 Code º 3-6.1306; amd. Ord. 90-O-2088, eff. 2-8-1990)

**HEAVY HAUL ROUTES - BHMC 7-2-202: EMERGENCY OR NECESSARY USE OF RESTRICTED STREETS:**

HEAVY HAUL ROUTES - BHMC 7-2-202: EMERGENCY OR NECESSARY USE OF RESTRICTED STREETS: The following vehicles may use a street other than designated in section 7-2-203 of this article under the circumstances herein below: A. Any passenger vehicle while operated, engaged, and used for the sole and exclusive purpose of picking up or discharging a passenger or passengers at an origin or destination on any street in which the vehicle is prohibited; B. Any vehicle when necessary, for the purpose of making pick

ups and deliveries of goods, wares, or merchandise from or to any premises located on any prohibited street, or for the purpose of delivering materials on a prohibited street to be used in the repair, alteration, remodeling, or construction of any building or structure for which a building permit has previously been obtained; C. Whenever it is necessary for a vehicle to deviate from the streets designated in section 7-2-203 of this article for the purposes specified in subsection A or B of this section, the vehicle shall travel from a street authorized by section 7-2-203 of this article to the destination by a route so that the point of travel is the shortest possible distance over prohibited streets; provided however, if the additional distance of travel to reach the shortest route would exceed two (2) miles, the vehicle may take the most direct route to its destination. (1962 Code ºº 3-6.1306, 3-6.1306.1)

**STREETS DESIGNATED FOR HEAVY VEHICLE USAGE:**

STREETS DESIGNATED FOR HEAVY VEHICLE USAGE: Pursuant to Beverly Hills Municipal Code º 7-2-203, the following streets are designated for use by vehicles exceeding a maximum gross weight, including the vehicle and its load, of three (3) tons: Alden Drive; Bedford Drive from Wilshire Boulevard to Santa Monica Boulevard (north); Beverly Boulevard; Beverly Drive from the south city limits to Santa Monica Boulevard (north); Brighton Way from Canon Drive to Wilshire Boulevard; Burton Way; Camden Drive from Wilshire Boulevard to Santa Monica Boulevard (north); Canon Drive from Wilshire Boulevard to Santa Monica Boulevard (north); Civic Center Drive from Burton Way to Santa Monica Boulevard (south); Crescent Drive between the north and south roadways of Santa Monica Boulevard; Dayton Way from Canon Drive to Wilshire Boulevard; Doheny Drive; Foothill Road from Burton Way to Santa Monica Boulevard (south); La Cienega Boulevard; Linden Drive from Wilshire Boulevard to Santa MonicaBoulevard (south); Maple Drive from Burton Way to Santa Monica Boulevard (south); Olympic Boulevard; Rexford Drive from Santa Monica Boulevard (north) to Burton Way; Robertson Boulevard; Rodeo Drive from Wilshire Boulevard to Santa Monica Boulevard (north); Roxbury Drive from Wilshire Boulevard to Santa Monica Boulevard (north); San Vicente Boulevard; Santa Monica Boulevard (north and south roadways); Third Street; Wilshire Boulevard

**BHMC 7-2-205: COMMERCIAL VEHICLES PROHIBITED FROM USING PRIVATE DRIVEWAYS WITHOUT PERMISSION:**

BHMC 7-2-205: COMMERCIAL VEHICLES PROHIBITED FROM USING PRIVATE DRIVEWAYS WITHOUT PERMISSION: No person shall operate or drive a commercial vehicle in, on, or across any private driveway approach or sidewalk area without the consent of the owner or occupant of such property if a sign or markings are in place indicating that the use of such driveway is prohibited. For the purposes of this section, a commercial vehicle shall mean a vehicle having a rated capacity in excess of one-half (1/2) ton. (1962 Code º 3-6.803)

**OVERSIZE HAULING:**

OVERSIZE HAULING: Hauling that meets the following criteria may require engineering investigations, routing definition, coordination, police escort, and control of permit movement: (1) Loads in excess of 14 feet wide. (2) Loads in excess of 135 feet in overall length. (3) Loads that are of a weight that require: A) More than a 13-axle, single-vehicle width hauling combination, or B) A 13-axle, single-vehicle width hauling combination with a load deck where the inner axles in the groups bordering the load deck are 40 feet or more apart, or C) Two or more side-by-side vehicles with a combined width of 14 feet or more supporting the load.

**INSURANCE CONDITION**

Applicant agrees to indemnify, defend and hold harmless the city, its officials and employees, from any and all liability or financial loss, including, without limitation, attorneys fees and costs, resulting from any intentional, wrongful, reckless or negligent acts, errors or omissions of the applicant, or any person employed by the applicant, including its agents and independent contractors, in connection with the applicant's use of the City's property.

**IT IS REQUIRED TO HAVE A COPY OF THE ATTACHED PERMIT ON SITE AT ALL TIMES. YOU MAY BE ASKED ...**

IT IS REQUIRED TO HAVE A COPY OF THE ATTACHED PERMIT ON SITE AT ALL TIMES. YOU MAY BE ASKED TO SHOW PROOF OF THE VALID PERMIT TO CITY PERSONNEL WHILE ON LOCATION. IF THERE IS A VIOLATION OF THE PERMIT CONDITIONS, OR IF NOT IN COMPLIANCE WITH CITY'S REGULATIONS, A FEE WILL BE CHARGED TO PRODUCTION COMPANY OR APPLICANT.

**SHIELD DISCLAIMER**

Photography, filming or other usage of the Beverly Hills Shield is expressly prohibited during this activity without the written permission of the City of Beverly Hills. The Beverly Hills Shield is a registered trademark of the City of Beverly Hills. All Rights Reserved.

**VENDORS AND SUBCONTRACTORS**

IT IS REQUIRED ALL vendors MUST follow the conditions set forth in this permit. It is the responsibility of the applicant to ensure the conditions are being met.

IF THERE IS A VIOLATION OF THE PERMIT CONDITIONS, OR IF NOT IN COMPLIANCE WITH CITY'S REGULATIONS, A FEE WILL BE CHARGED TO PRODUCTION COMPANY OR APPLICANT.

**RED FLAG WARNING**

RED FLAG WARNING: IN THE EVENT THAT THE NATIONAL WEATHER SERVICE ISSUES A RED FLAG WARNING, THE BEVERLY HILLS FIRE DEPARTMENT, will activate the City's Red Flag warning program for weather. In alignment with this event, red flag parking restrictions will be in effect. Please be advised that your permit location may have posted NO PARKING SIGNS WITHIN THE RED FLAG WARNING BOUNDARY ON A RED FLAG DAY(S). No Issued permit will supersede the posted RED FLAG WARNING parking restrictions.

COMMENTS