# Exhibit 37

This exhibit is being lodged separately with the Court.