# Exhibit 38

This exhibit is being lodged separately with the Court.