JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Attorney for Plaintiff*
*Maren Flagg*

VENABLE LLP
Max N. Wellman (SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

*Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAREN FLAGG,

Plaintiff,

v.

TAYLOR SWIFT, et al.,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Hon. Serena R. Murillo

**JOINT STIPULATION TO ADVANCE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND, IF NECESSARY, FOR LIMITED JURISDICTIONAL DISCOVERY [DKT. 68]**

[Filed with Declaration of Jaymie Parkkinen and [Proposed] Order]

Date: January 20, 2027
Time: 1:30 p.m.
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

**STIPULATION**

Plaintiff Maren Flagg and Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Merchandising Services Inc., through their counsel of record, stipulate as follows, subject to the Court's approval.

1. On June 30, 2026, Defendants moved to dismiss Plaintiff's First Amended Complaint. Dkt. 57. Briefing on the Motion to Dismiss closed on September 23, 2026. Dkts. 61, 63. On September 30, 2026, the Court requested supplemental briefs related to the Motion to Dismiss, and continued the hearing on the Motion to Dismiss to December 9, 2026 at 1:30 p.m. Dkt. 67.

2. Concurrently with this stipulation, Plaintiff has filed a Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss and, if Necessary, for Limited Jurisdictional Discovery, Dkt. 68 (the "Motion for Leave"), concerning events occurring after the close of briefing. Defendants will oppose the Motion for Leave.

3. The parties conferred under Local Rule 7-3 on October 2, 2026.

4. The Court's next available hearing date for a regularly noticed motion is January 20, 2027, after the currently scheduled hearing on the Motion to Dismiss. The parties agree that the Motion for Leave should be heard with the Motion to Dismiss on December 9, 2026, so that the Court may consider them together, notwithstanding that the Court's calendar shows the December 9, 2026 date as closed to newly noticed motions.

5. Nothing in this stipulation waives any objection, argument, or position of any party on the Motion for Leave or the Motion to Dismiss.

6. The reasons for this request, the parties' efforts to confer, and the prior requests to continue dates in this action are set out in the accompanying Declaration of Jaymie Parkkinen, as Section VIII.C of the Court's Standing Order requires.

The parties therefore stipulate, and jointly request that the Court order, as follows:

a. The hearing on the Motion for Leave be set for December 9, 2026 at 1:30 p.m., in conjunction with the hearing on the Motion to Dismiss.

b. Defendants' opposition to the Motion for Leave shall be filed on or before November 18, 2026, and Plaintiff's reply on or before November 25, 2026, each within the page limits set by Section VII.D of the Court's Standing Order.

c. The December 9, 2026 hearing on the Motion to Dismiss remain unchanged.

IT IS SO STIPULATED.

DATED: October 9, 2026

Respectfully submitted,

/s/ Jaymie Parkkinen

Jaymie Parkkinen (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Attorney for Plaintiff Maren Flagg*

VENABLE LLP

/s/ Max N. Wellman

Max N. Wellman (S.B. #291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katie Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

*Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 9, 2026

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen

*Attorney for Plaintiff Maren Flagg*