JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAREN FLAGG,

Plaintiff,

v.

TAYLOR SWIFT, et al.,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Hon. Serena R. Murillo

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING THE USPTO'S SEPTEMBER 22, 2026 OFFICE ACTION**

[Filed with: Plaintiff's Supplemental Brief; Declaration of Jaymie Parkkinen; [Proposed] Order]

Date: December 9, 2026
Time: 1:30 p.m.
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

## REQUEST FOR JUDICIAL NOTICE

Plaintiff Maren Flagg requests, under Federal Rule of Evidence 201, that the Court take judicial notice of the document attached as Exhibit 1 to the concurrently filed Declaration of Jaymie Parkkinen, in connection with Plaintiff's Supplemental Brief regarding the USPTO's September 22, 2026 Office Action, filed at the Court's request. Dkt. 67.

Exhibit 1 is the Office Action issued by the USPTO on September 22, 2026, in Application Serial No. 99331566, the application of Defendant TAS Rights Management, LLC ("TAS") to register THE LIFE OF A SHOWGIRL as a trademark in the United States. It is a record of a federal agency, available to the public on the USPTO's website, whose existence and contents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

Defendants have asked the Court to take notice of the file of the same application, including the USPTO's November 5, 2025 Office Action and TAS's February 4, 2026 response, Dkt. 57-4 at 3-5; Dkts. 57-12, 57-13, 57-14, on the ground that courts "take judicial notice of USPTO records" on a Rule 12 motion, Dkt. 64 at 3. Plaintiff did not oppose notice of those records "for their existence and contents, read in their entirety." Dkt. 62 at 10. The September 22, 2026 Office Action is the next document in the same file. Plaintiff asks that it be noticed on the same terms, for its existence and contents and not for the truth of any disputed fact stated in it, and that the Court consider it in connection with the supplemental briefing the Court has requested.

DATED: October 9, 2026

Respectfully submitted,

PARKKINEN PC

*/s/ Jaymie Parkkinen*

Jaymie Parkkinen

*Counsel for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing request is 1 page, in compliance with the page limits set forth in the Court's Standing Order.

DATED: October 9, 2026

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen