JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAREN FLAGG,<br><br>Plaintiff,<br>v.<br><br>TAYLOR SWIFT, et al.,<br><br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>Hon. Serena R. Murillo<br><br>**DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING THE USPTO'S SEPTEMBER 22, 2026 OFFICE ACTION**<br><br>[Filed with: Plaintiff's Supplemental Brief; Request for Judicial Notice; [Proposed] Order]<br><br>Date: December 9, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5D (5th Fl.)<br>350 W. First Street<br>Los Angeles, CA 90012 |

# DECLARATION

I, Jaymie Parkkinen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiff Maren Flagg in this action. I am over the age of eighteen and competent to testify to the matters set forth herein. Except where indicated, I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify thereto. I submit this Declaration in Support of Plaintiff's Supplemental Brief Regarding the USPTO's September 22, 2026 Office Action.

2. Attached as **Exhibit 1** is a true and correct copy of the Office Action issued by the USPTO on September 22, 2026, in Application Serial No. 99331566 (THE LIFE OF A SHOWGIRL), filed by Defendant TAS Rights Management, LLC. I retrieved it from the USPTO's Trademark Status and Document Retrieval ("TSDR") system, at https://tsdr.uspto.gov/, on September 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2026, at Santa Monica, California.

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen