UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREN FLAGG,<br>Plaintiff,<br>v.<br>TAYLOR SWIFT, et al.,<br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

On October 9, 2026, Plaintiff Maren Flagg filed a Request for Judicial Notice with her Supplemental Brief regarding the USPTO's September 22, 2026 Office Action, which the Court requested in its Order of September 30, 2026, Dkt. 67.

Plaintiff requests that the Court take judicial notice, under Federal Rule of Evidence 201, of the Office Action issued by the USPTO on September 22, 2026, in Application Serial No. 99331566, attached as Exhibit 1 to the Declaration of Jaymie Parkkinen, for its existence and contents.

The Court, having considered Plaintiff's Request for Judicial Notice and finding good cause therefor, hereby **GRANTS** the Request and **ORDERS** as follows:

1. The Court takes judicial notice of Exhibit 1 to the Declaration of Jaymie Parkkinen, the Office Action issued by the USPTO on September 22, 2026, in Application Serial No. 99331566; and
2. Judicial notice is taken of the Office Action's existence and contents, and not of the truth of any disputed fact stated in it.

**IT IS SO ORDERED.**

Dated:

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE