JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAREN FLAGG,

Plaintiff,

v.

TAYLOR SWIFT, et al.,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Hon. Serena R. Murillo

**DECLARATION OF JAYMIE PARKKINEN PURSUANT TO LOCAL RULE 7-3 IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION**

[Filed with: Plaintiff's Second Motion for Leave to File Supplemental Declaration; Second Supplemental Declaration of Jaymie Parkkinen (lodged); [Proposed] Order]

Date: February 3, 2027
Time: 1:30 p.m.
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

**DECLARATION**

I, Jaymie Parkkinen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiff Maren Flagg in this action. I am over the age of eighteen and competent to testify to the matters set forth herein. Except where indicated, I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify thereto. I submit this Declaration in Support of Plaintiff's Second Motion for Leave to File Supplemental Declaration ("Motion").

2. On October 19, 2026, I sent an email to Defendants' counsel of record requesting a conference under Local Rule 7-3 concerning Plaintiff's intention to seek leave to submit evidence of Defendant Taylor Swift's October 17, 2026 live performance of "The Fate of Ophelia" in Los Angeles, which is described in the Second Supplemental Declaration of Jaymie Parkkinen lodged with this Motion.

3. On October 21, 2026, Katherine Wright Morrone, counsel for Defendants, responded by email, stating Defendants' position that the performance "occurred months after the filing of the First Amended Complaint" and that "[o]nly contacts occurring prior to the event causing the litigation may be considered," quoting *Farmers Insurance Exchange v. Portage La Prairie Mutual Insurance Co.*, 907 F.2d 911, 913 (9th Cir. 1990).

4. On October 22, 2026, I conferred by videoconference with Ms. Morrone and Maria Sinatra, counsel for Defendants, under Local Rule 7-3 and Section VII.A of the Court's Standing Order concerning this Motion. We thoroughly discussed the substance and potential resolution of the Motion. Defendants' counsel stated that Defendants oppose the Motion on the grounds stated in Ms. Morrone's October 21, 2026 email and would not stipulate to the filing of the Second Supplemental Declaration.

5. This Motion seeks the leave discussed at the October 22, 2026 conference.

6. This Motion is filed on October 29, 2026, seven days after the October 22, 2026 conference.

7. Before filing this Motion, I checked the closed motion dates on Judge Murillo's Procedures and Schedules page on the Court's website. As of October 29, 2026, February 3, 2027, is the first Wednesday that is both at least 28 days after this filing, as Local Rule 6-1 requires, and not listed as closed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2026, at Santa Monica, California.

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen