JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAREN FLAGG,

Plaintiff,

v.

TAYLOR SWIFT, et al.,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Hon. Serena R. Murillo

**SECOND SUPPLEMENTAL DECLARATION OF JAYMIE PARKKINEN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [DKT. 57]**

[Lodged with: Plaintiff's Second Motion for Leave to File Supplemental Declaration; Declaration of Jaymie Parkkinen Pursuant to L.R. 7-3; [Proposed] Order]

Date: February 3, 2027
Time: 1:30 p.m.
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

# SECOND SUPPLEMENTAL DECLARATION

I, Jaymie Parkkinen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiff Maren Flagg in this action. I am over the age of eighteen and competent to testify to the matters set forth herein. Except where indicated, I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify thereto. I submit this Second Supplemental Declaration in Opposition to Defendants' Motion to Dismiss the First Amended Complaint, Dkt. 57, and in further support of Plaintiff's Motion for Leave to File Supplemental Declaration and, if Necessary, for Limited Jurisdictional Discovery, Dkt. 68. The exhibits attached hereto continue the numbering of the exhibits to my Supplemental Declaration lodged on October 9, 2026, Dkt. 68-2, which ended at Exhibit 40.

2. In connection with this matter, I personally accessed the websites and social media platforms referenced herein and captured the screenshots and downloaded the materials described below on the dates indicated. The exhibits attached hereto are true and correct copies of what I observed on the websites or platforms described below.

3. Attached as **Exhibit 41** is a true and correct copy of an article from *Billboard* titled "Taylor Swift Performs 'The Fate of Ophelia' Live for First Time at 2026 Academy Museum Gala," by Mitchell Peters, published on October 18, 2026, which I accessed and downloaded on October 19, 2026, at www.billboard.com/music/music-news/taylor-swift-fate-of-ophelia-live-debut-academy-museum-gala-1236362416/.

4. Attached as **Exhibit 42** is a true and correct copy of an article from *Rolling Stone* titled "Taylor Swift Performs 'The Fate of Ophelia' Live for First Time at Academy Museum Gala," by Daniel Kreps, published on October 18, 2026, which I accessed and downloaded on October 21, 2026, at www.rollingstone.com/

music/music-news/taylor-swift-performs-the-fate-of-ophelia-live-academy-gala-1235644441/.

5. Attached as **Exhibit 43** is a true and correct screenshot of a post on the social media platform Instagram by user taylorswift, dated October 20, 2026, captured on October 21, 2026, at www.instagram.com/p/Deu50A8jiIq/. The post consists of a series of photographs and a caption. Exhibit 43 reproduces the second photograph in the series, which depicts Taylor Swift on a stage with musicians and vocalists.

6. Attached as **Exhibit 44** is a true and correct screenshot of the profile page of Instagram user stefaniekeenan, captured on October 28, 2026, at www.instagram.com/stefaniekeenan/.

7. Attached as **Exhibit 45** is a true and correct copy of the "About" page of the website ginamanning.com, captured on October 28, 2026, at www.ginamanning.com/about.

8. Attached as **Exhibit 46** is a true and correct screenshot of the profile page of Instagram user gina_gizella, captured on October 28, 2026, at www.instagram.com/gina_gizella, which identifies the account holder as Gina Manning and links to the website ginamanning.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2026, at Santa Monica, California.

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen