# Exhibit 41

# Taylor Swift Performs 'The Fate of Ophelia' Live for First Time at 2026 Academy Museum Gala

**billboard.com**/music/music-news/taylor-swift-fate-of-ophelia-live-debut-academy-museum-gala-1236362416

Mitchell Peters

October 18, 2026




Taylor Swift performs during the Academy Museum 6th Annual Gala at Academy Museum of Motion Pictures on October 17, 2026 in Los Angeles. *Emma McIntyre/Oscars/Getty Images for Academy Museum Foundation*

Taylor Swift performed "The Fate of Ophelia" live for the first time at the 2026 Academy Museum Gala.

The 36-year-old pop superstar took the stage at the Academy Museum of Motion Pictures' sixth annual fundraiser in Los Angeles on Saturday (Oct. 17), treating the star-studded crowd to some of her biggest hits.

In videos shared online, Swift dazzled in a shimmery, dark blue floor-length gown as she performed "The Fate of Ophelia." The track, from her 2025 chart-topping album *The Life of a Showgirl*, spent 10 weeks atop the Billboard Hot 100, making it the longest-running No. 1 single of her career.

Following an introduction from Conan O'Brien, who described Swift as "John, Paul, George and Ringo all in one," the Grammy winner also performed "I Knew It, I Knew You," her original song from the *Toy Story 5* soundtrack, along with fan favorites "Blank Space" and "Love Story."

The set marked Swift's first public performance since her August appearance at the Grammy Museum, where she performed her music and sat down for a conversation with Recording Academy CEO Harvey Mason Jr.

Swift's private concert at this year's Academy Museum Gala was announced earlier in October. The event honored Charlize Theron, Colman Domingo and filmmaker-composer John Carpenter. Gala co-chairs Tom Ford, Robert Rodriguez, Steven Spielberg and Kate Capshaw were also in attendance.

Saturday's performance also comes as "I Knew It, I Knew You" continues to generate Oscar buzz as a contender for best original song. Swift previously performed the track at the animated film's world premiere in June before incorporating it into a piano mashup with "August" and "All Too Well" during her August appearance at the Grammy Museum.

Earlier in the evening, Swift turned heads on the red carpet in a strapless pale blue Dior gown. The singer attended the gala solo as her husband, Travis Kelce, prepared for the Kansas City Chiefs' game against the Los Angeles Chargers on Sunday (Oct. 18).