# Exhibit 42

# Taylor Swift Performs 'The Fate of Ophelia' Live for First Time at Academy Museum Gala

rollingstone.com/music/music-news/taylor-swift-performs-the-fate-of-ophelia-live-academy-gala-1235644441

Daniel Kreps October 18, 2026

Back onstage

Singer's four-song set at star-studded event also featured "Blank Space," "Love Story," and "I Knew It, I Knew You"



Taylor Swift performs onstage during the Academy Museum 6th Annual Gala in Partnership with Rolex at Academy Museum of Motion Pictures on October 17, 2026 in Los Angeles, California. *Emma McIntyre/Oscars/Getty Images for Academy Museum Foundation*

Taylor Swift performed "The Fate of Ophelia" live for the first time Saturday at the star-studded Academy Museum Gala.

Conan O'Brien introduced Swift prior to her four-song set, calling her "John, Paul, George, and Ringo all in one" before she and her band launched in "Blank Space." Following that, Swift told the audience that they were about to witness the debut performance of a *Life of a Showgirl* track.

**The Eras Tour**
@tswifterastour

🚨| Taylor Swift performing "The Fate of Ophelia" for the very first time at the Academy Museum Gala! https://t.co/w1Pidc32mh



Oct 18, 2026 · View on X

“This song, which we are playing for the very first time for you beautiful people, this is called ‘The Fate of Ophelia,’” Swift told the crowd.

Swift then performed her *Toy Story 5* contribution “I Knew It, I Knew You” before ending her gala performance with “Love Story.”

**Variety**
@Variety

Taylor Swift performs “I Knew It, I Knew You” at the #AcademyMuseumGala https://t.co/23reYW7dBU



Oct 17, 2026 · View on X

“Taylor is an extraordinary talent whose work resonates around the world,” Academy Museum Director Amy Homma said in a statement when Swift’s gala performance was announced earlier this month. “We are thrilled to welcome her to this year’s gala and look forward to her performance to close a wonderful evening of honoring three extraordinary filmmakers and supporting the Academy Museum’s mission to celebrate and preserve cinema.”

Swift is an avowed film fan and is reportedly working on feature-length directorial debut. (The movie was announced in 2022, but still no word yet on when it might go into production or see release.) But her decision to play the Academy Museum’s annual gala also comes at an important moment: Right before the start of Oscars voting season.

Since the end of the Eras Tour in December 2024, Swift has only performed live a handful of times, usually in similarly celebrity-filled settings: Prior to her Academy Museum performance, Swift played at both Grammys- and Emmys-related events back in August. Before that, she debuted “I Knew It, I Knew You” at the *Toy Story 5* premiere in Los Angeles.