# Exhibit 43

Instagram

instagram.com/p/Deu50A8jilq/?xtok=MXB6eTA4eW0zbG95eA%3D%3D&img_index=2

Install

Finish update

Instagram

Log In

Sign Up



taylorswift · Follow

taylorswift 18h

A night at the museum I'll never forget! Thank you to the @academymuseum for inviting us! Getting to perform with the band again for the first time in almost 2 years was a VIBE. And I got to sit with my @toystory 5 family 🥰

📷: @gina_gizella / @stefaniekeenan / @gettyimages / TAS Rights Management

**No comments yet.**

Start the conversation.

3.2M

18 hours ago

Comments on this post have been limited.