# Exhibit 44


STEFANIE KEENAN (@stefani
instagram.com/stefaniekeenan/?hl=en
Finish update
Instagram
Log In
Sign Up
stefaniekeenan
52.9K followers
2,663 following
STEFANIE KEENAN
Based in L.A
Events syndicated @GettyImages
Bookings - info@stefaniekeenan.com
© ALL PHOTOGRAPHS posting only published work
linktr.ee/stefaniekeenan
OnAPersona...
Vanity Fair 25
Chanel lunch
Fall update
Tiffany / TC
wcrf frame ...
Fashiontrust...