# Exhibit 45

# LOS ANGELES | NYC

ginamanning.com/about



Sparknotes: photographer + director

founder of*G I Z E L L A*. Living in liminal desire.

Loves short haired Brussels Griffons & HER RATS.

## currently sponsored by & genuinely in love with

Blackmagicdesign

LVNA

Aputure

V-FLAT
WORLD

## Select Clients

L'UOMO VOGUE

Harper's BAZAAR

Entertainment WEEKLY®

WWD

BRUNOMAGLI

HOLLYWOOD RECORDS

VANITY FAIR

GQ

The New York Times

ACADEMY OF TELEVISION
ARTS & SCIENCES

Design
scene:

ada

ESSENTIAL
HOMME®

Polaroid™
ORIGINALS

FLAUNT

VICE

TSA Pre✓®

BULLETT

MAXIM

Schön!

ASTRALWERKS

INTERSCOPE

RECORDS™

WARNER MUSIC GROUP

Numéro

*APPLE TV+, Condé Nast, L'Uomo Vogue, Harper's Bazaar, TEEN VOGUE, THE EMMYS, ENTERTAINMENT WEEKLY, boohooman, ELLE, Vanity Fair, GQ, Town & Country, T Mag, Essential Homme, NUMERO MAGAZINE, Maxim, NYT Magazine, SCHON MAGAZINE, Flaunt Magazine, WWD, Robb Report, Design Scene, The New York Times, RESERVED MAGAZINE, Marquee Brands, Bruno Magli, TSA Pre Check, Bose, Beats By Dre, Interscope Records, ADA MUSIC, WARNER MUSIC GROUP, hollywood records, Astralwerks Records, NPR, Eizo, Polaroid Originals, Hasbro, Lola, Vice, IdentoGO, Athena Health, Baltz & Company, Rapid7, BDA Marketing, Ford Models, Next Models, Wilhelmina Models, LA Models, The Industry Management, Harvard University, Tufts University, Mass Maritime Academy, Boston University, Schoolcraft College, The Kensington, The Verb Hotel, Revere Hotel, The Prudential Center, Little Donkey, Yvonne's, Dalstrong, Dune Jewelry, Rue La La, Stella & Dot, Gladys Tamez, Stone Cold Fox, All Too Human, Nic & Zoe, Firas Yousif, BULLETT Magazine, KALTBLUT Magazine, Contributor Magazine, The Fashionisto, Fashion Gone Rogue, Fashion Windows, Volt Magazine, Nicole Magazine, Rogue Magazine, Sticks & Stones Agency, FAULT Magazine, Reserved Magazine, NAKID Magazine, MAN OF METROPOLIS MAGAZINE, Elléments Magazine, Creem Magazine, Ladygunn Magazine, Dark Beauty Magazine, Dreamingless Magazine, NORD Magazine, Vulkan Magazine, Fashion Grunge, LAST DAZE, Sodapop Magazine, ULAP Magazine, NOTION MAGAZINE,*

*Improper Bostonian, The Boston Phoenix, Golden Boy Press, The Boston Globe, Stuff Magazine, The Boston Spirit, Boston Magazine, Boston Dig, Small Army, Genuine, Redtree Productions, Wanderlust Content, NV Concepts, Blood Company, imprint, McFarland & Pecci, Red Sky Studios, LumoPro, Phoblographer, Fstoppers, NETFLIX, AMAZON PRIME, Peacock, Who's There, 12KM, THE BOYS, The Dead Can't Be Distracted, your mom's house podcast, MTV, San Fermin, Seinabo Sey, NERO, Lucius, Lake Street Dive, Dillon Francis, Superhumanoids, Aly & AJ, YOOKiE, DREAMERS, Ronen rubinstein, bea miller, cristina rodlo, tom segura, christina p., esoteric, 7l, inspectah deck, Aminé, KEVIN QUINN, SALEM ILESE, HARLEY QUINN SMITH, JESSE LEIGH, KITO, LOUIS THE CHILD, LIL NAS X, robert pattinson, LIL SKIES, JACK HARLOW, HAYLEY KIYOKO, KARL URBAN, JACK QUAID, JENSEN ACKLES, ANTONY STARR, HANNAH WADDINGTON, DONALD GLOVER, HOYEON, ALYSSA SUTHERLAND, MICHELLE RANDOLPH, RAE SREMMURD, ZAZIE BEETZ, ALTON MASON, ASAP FERG, EDGAR RAMIREZ, ABBY LEE, IAN ISAIAH, JOEY BADASS, GLORILA, LUKA SABBAT, TOOSII, NLE CHOPPA, THE KNOCKS, SOFI TUKKER, HARRISON FORD, JASON SUDEKIS, PAUL WALTER HAUSER, JESSICA WILLIAMS, BRETT GOLDSTEIN, NICOLE BEHARIE, JAMES LANCE, ANTHONY BOYLE, PHIL DUNSTER, JASON SEGEL, SHARON HOGAN, PATRICIA ARQUETTE, BRITT LOWER, WYATT RUSSELL, KURT RUSSELL, KRISTEN WIIG, ALLISON JANNEY, RICKY MARTIN, KAIA GERBER, JOSH LUCAS, AMBER Robinson, PEDRO PASCAL, BELLA RAMSEY, KAITLYN DEVER, GUNNA, ADAM LAMBERT, AULI'I CRAVALHO, CHARLOTTE LAWRENCE, DAVID DASTMALCHIAN, DRAGONETTE, AQUARIA, NATALIE PORTMAN, DOMHNALL GLEESON, Eiza González, Carmen Ejogo, Arian Moayed, Laz Alonso, Benjamin Chivers, HANNAH DODD, ROB MADGE, BILLY PORTER, MARISHA WALLACE, ORVILLE PECK, EVA NOBLEZADA, BETSY WOLFE.*