# Exhibit 46


Gina Gizella Manning (@gina_
instagram.com/gina_gizella/?hl=en
Finish update
Instagram
Log In
Sign Up
gina_gizella
19.8K followers
3,282 following
Gina Gizella Manning
gina_gizella
la + nyc + ldn head of creative @_gzlla_
photographer | director | creative director
Our rat children @ratfellas
ginamanning.com and 4 more
RobertPatti...
The records
Quarantinee...
Quarantine ...
handsome f...
Handsome F...
New home!