UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREN FLAGG,<br>Plaintiff,<br>v.<br>TAYLOR SWIFT, et al.,<br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION** |

On October 29, 2026, Plaintiff Maren Flagg filed a Second Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss the First Amended Complaint (the "Motion").

Plaintiff asks the Court to receive the Second Supplemental Declaration of Jaymie Parkkinen and its Exhibits 41 through 46, lodged with the Motion, as evidence in opposition to the Rule 12(b)(2) portion of Defendants' Motion to Dismiss the First Amended Complaint, Dkt. 57, and in further support of Plaintiff's Motion for Leave to File Supplemental Declaration and, if Necessary, for Limited Jurisdictional Discovery, Dkt. 68.

Good cause exists because the declaration attaches evidence of an event of October 17, 2026, which occurred after the close of briefing on Defendants' Motion to Dismiss and after Plaintiff filed her first Motion for Leave, and because Defendants have had an opportunity to respond to it. *See* L.R. 7-10; *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996); *Flathead-Lolo-Bitterroot Citizen Task Force v. Montana*, 98 F.4th 1180, 1188 (9th Cir. 2024).

The Court, having considered Plaintiff's Motion, the opposition thereto, and the papers on file, and finding good cause therefor, **ORDERS** as follows:

1. Plaintiff's request for leave under Local Rule 7-10 is **GRANTED**. The Second Supplemental Declaration of Jaymie Parkkinen and Exhibits 41 through 46, lodged with the Motion, are deemed filed as of the date of this Order in opposition to the Rule 12(b)(2) portion of Defendants' Motion to Dismiss the First Amended Complaint, Dkt. 57, and shall be considered in ruling on that portion of that motion and on Plaintiff's Motion for Leave, Dkt. 68.
2. The hearing on Defendants' Motion to Dismiss remains set for December 9, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:

________________________________

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE