UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREN FLAGG,<br>Plaintiff,<br>v.<br>TAYLOR SWIFT, et al.,<br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY** |

# [PROPOSED] ORDER

On October 30, 2026, Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Merchandising Services Inc. (together "Defendants") filed their Motion to Stay Discovery ("Motion") pursuant to Fed. R. Civ. P. 26(c) requesting to temporarily stay discovery in this action until the Court rules on Defendants' pending Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 57) (the "MTD").

The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS Defendants' Motion and ORDERS as follows:

(1) The Court has discretion under Fed. R. Civ. P. 26(c) to stay discovery pending resolution of a potentially dispositive motion where, as here, a stay will promote judicial efficiency and spare the parties undue burden and expense.

(2) A temporary stay is warranted because the MTD is likely to be dispositive of either the entire Action, or multiple claims, as to all Defendants under Fed. R. Civ. P. 12(b)(6), and/or all claims against Ms. Swift and TAS Rights Management, LLC under Fed. R. Civ. P. 12(b)(2), either eliminating any need for discovery, or substantially narrowing the scope of discovery.

(3) No discovery is needed to decide Defendants' MTD.

(4) Plaintiff has not articulated any undue harm or prejudice that she would suffer because of a temporary stay of discovery pending Defendants' MTD, and the benefits of a temporary stay of discovery would promote judicial efficiency and spare the parties undue burden and expense.

For each of these reasons, the Court **ORDERS** that discovery is temporarily stayed, including any Rule 26(f) conference, until thirty days after the Court reaches a final decision on Defendants' MTD.

**IT IS SO ORDERED.**

Dated:

____________________________________

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE