JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Attorney for Plaintiff*
*Maren Flagg*

VENABLE LLP
Max N. Wellman (SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

*Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MAREN FLAGG,

Plaintiff,

v.

TAYLOR SWIFT, et al.,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Hon. Serena R. Murillo

**JOINT STIPULATION TO ADVANCE HEARING ON PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION [DKT. 73]**

[Filed with Declaration of Jaymie Parkkinen and [Proposed] Order]

Date: February 3, 2027
Time: 1:30 p.m.
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

## STIPULATION

Plaintiff Maren Flagg and Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Merchandising Services Inc., through their counsel of record, stipulate as follows, subject to the Court's approval.

1. On June 30, 2026, Defendants moved to dismiss Plaintiff's First Amended Complaint. Dkt. 57. Briefing on the Motion to Dismiss closed on September 23, 2026. Dkts. 61, 63. On September 30, 2026, the Court requested supplemental briefs related to the Motion to Dismiss and continued the hearing on the Motion to Dismiss to December 9, 2026 at 1:30 p.m. Dkt. 67.

2. On October 9, 2026, Plaintiff filed a Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss and, if Necessary, for Limited Jurisdictional Discovery, Dkt. 68 (the "First Motion for Leave"), noticed for hearing on January 20, 2027, and the parties filed a Joint Stipulation to Advance Hearing on the First Motion for Leave to December 9, 2026. Dkt. 70. That stipulation is pending.

3. On October 29, 2026, Plaintiff filed a Second Motion for Leave to File Supplemental Declaration in Opposition to the Rule 12(b)(2) portion of Defendants' Motion to Dismiss, Dkt. 73 (the "Second Motion for Leave"). Defendants will oppose the Second Motion for Leave.

4. The parties conferred under Local Rule 7-3 on October 22, 2026.

5. The Court's next available hearing date for a regularly noticed motion is February 3, 2027. The parties agree that the Second Motion for Leave should be heard with the Motion to Dismiss and the First Motion for Leave on December 9, 2026, so that the Court may consider them together, notwithstanding that the Court's calendar shows the December 9, 2026 date as closed to newly noticed motions.

6. Nothing in this stipulation waives any objection, argument, or position of any party on the Second Motion for Leave, the First Motion for Leave, or the Motion to Dismiss.

7. The Parties also recognize that it may make practical sense to file a combined opposition to the First Motion for Leave and Second Motion for Leave. The Parties have agreed that Defendants are permitted, but not required, to file a combined opposition to the First Motion for Leave and Second Motion for Leave. The Parties have also agreed that if Defendants file a combined opposition to the First Motion for Leave and Second Motion for Leave, Plaintiff shall file a combined reply. If Defendants do not file a combined opposition to the First Motion for Leave and Second Motion for Leave, Plaintiff may, but is not required, to file a combined reply. Regardless of whether the opposition/reply briefs are combined to cover both the First Motion for Leave and Second Motion for Leave or not, the Parties shall comply with the page limits set by Section VII.D of the Court's Standing Order.

8. The reasons for this request, the parties' efforts to confer, and the prior requests to continue dates in this action are set out in the accompanying Declaration of Jaymie Parkkinen, as Section VIII.C of the Court's Standing Order requires.

The parties therefore stipulate, and jointly request that the Court order, as follows:

a. The hearing on the Second Motion for Leave be set for December 9, 2026 at 1:30 p.m., in conjunction with the hearing on the Motion to Dismiss, or on any date to which the Court continues that hearing.

b. Defendants' opposition to the Second Motion for Leave be filed on or before November 18, 2026, and Plaintiff's reply on or before November 25, 2026;

c. Defendants are permitted, but not required, to file a combined opposition to the First Motion for Leave and Second Motion for Leave;

d. If Defendants file a combined opposition to the First Motion for Leave and Second Motion for Leave, Plaintiff shall file a combined reply. If Defendants do not file a combined opposition to the First Motion for Leave and Second Motion for Leave, Plaintiff may, but is not required, to file a combined reply;

e. Regardless of whether the opposition/reply briefs are combined to cover both the First Motion for Leave and Second Motion for Leave or not, the Parties shall comply with the page limits set by Section VII.D of the Court's Standing Order; and

f. The December 9, 2026 hearing on the Motion to Dismiss remains unchanged.

IT IS SO STIPULATED.

DATED: November 2, 2026

Respectfully submitted,

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Attorney for Plaintiff Maren Flagg*

VENABLE LLP

*/s/ Max N. Wellman*
Max N. Wellman (S.B. #291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katie Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

*Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 2, 2026

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen

*Attorney for Plaintiff Maren Flagg*