JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAREN FLAGG,

Plaintiff,

v.

TAYLOR SWIFT, et al.,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Hon. Serena R. Murillo

**DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF JOINT STIPULATION TO ADVANCE HEARING ON PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION**

[Filed with Joint Stipulation and [Proposed] Order]

Date: February 3, 2027
Time: 1:30 p.m.
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

**DECLARATION**

I, Jaymie Parkkinen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiff Maren Flagg in this action. I am over the age of eighteen and competent to testify to the matters set forth herein. Except where indicated, I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify to them. This declaration is submitted under Section VIII.C of the Court's Standing Order in support of the parties' Joint Stipulation to Advance Hearing on Plaintiff's Second Motion for Leave to File Supplemental Declaration.

2. The Second Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss, Dkt. 73 (the "Second Motion for Leave"), seeks leave to file evidence in opposition to the Rule 12(b)(2) portion of Defendants' Motion to Dismiss, Dkt. 57, and in further support of Plaintiff's first Motion for Leave, Dkt. 68 (the "First Motion for Leave").

3. On September 30, 2026, the Court continued the hearing on the Motion to Dismiss to December 9, 2026. Dkt. 67. On October 29, 2026, before filing the Second Motion for Leave, I reviewed the closed motion dates column on Judge Murillo's Procedures and Schedules page on the Court's website. Giving the 28 days' notice required by Local Rule 6-1, the first Wednesday not listed as closed was February 3, 2027. The Second Motion for Leave is noticed for that date.

4. The parties have made two previous requests affecting dates in this action. *First*, a joint stipulation continued the deadline for Defendants UMG Recordings, Inc. and Bravado International Group Merchandising Services Inc. to respond to the complaint to June 2, 2026, which the Court granted. Dkts. 30, 35. *Second*, on October 9, 2026, the parties filed a Joint Stipulation to Advance Hearing on the First Motion for Leave from January 20, 2027 to December 9, 2026. Dkt. 70. That stipulation is pending. Separately, the Court continued the hearing on the Motion to Dismiss from October 7 to December 9, 2026 on its own motion. Dkt. 67.

5. If the Second Motion for Leave were heard on its noticed date in February, the Court would either hear the Motion to Dismiss on December 9 without having ruled on whether the supplemental evidence is received, or have to continue the Motion to Dismiss hearing a second time.

6. On October 22, 2026, counsel for the parties conferred by videoconference on the Second Motion for Leave pursuant to Local Rule 7-3. On that call, I asked whether Defendants would stipulate to advance the hearing on the Second Motion for Leave to December 9, 2026, on the briefing schedule the parties had proposed for the First Motion for Leave. Later that day, Defendants' counsel confirmed by email that Defendants agree in principle, subject to review of the motion as filed. On November 2, 2026, after reviewing the Second Motion for Leave as filed, Defendants' counsel approved this Stipulation.

7. Plaintiff filed the Second Motion for Leave on October 29, 2026, the first day permitted after the seven-day period required by Local Rule 7-3.

8. The proposed schedule, with Defendants' opposition due November 18, 2026 and Plaintiff's reply due November 25, 2026, follows the standard briefing schedule set by Local Rules 7-9 and 7-10 for a December 9, 2026 hearing and is the schedule the parties proposed for the First Motion for Leave. Dkt. 70. It does not affect the December 9, 2026 hearing on the Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2026, at Santa Monica, California.

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen