UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREN FLAGG,<br>Plaintiff,<br>v.<br>TAYLOR SWIFT, et al.,<br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADVANCE HEARING ON PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION [DKT. 73]** |

On November 2, 2026, the Parties filed a Joint Stipulation to Advance Hearing on Plaintiff's Second Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss, Dkt. 73 (the "Second Motion for Leave"). The Second Motion for Leave, filed October 29, 2026, is noticed for hearing on February 3, 2027. Defendants' Motion to Dismiss the First Amended Complaint, Dkt. 57, is set for hearing on December 9, 2026 at 1:30 p.m. Dkt. 67.

The Parties ask the Court to advance the hearing on the Second Motion for Leave to December 9, 2026, so that the Court may consider it with the Motion to Dismiss and Plaintiff's First Motion for Leave, Dkt. 68, and to set a briefing schedule for the Second Motion for Leave consistent with that date.

The Court, having considered the Parties' Stipulation and the Declaration of Jaymie Parkkinen, and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The hearing on the Second Motion for Leave is set for December 9, 2026 at 1:30 p.m., in conjunction with the hearing on Defendants' Motion to Dismiss;
2. Defendants' opposition to the Second Motion for Leave shall be filed on or before November 18, 2026, and Plaintiff's reply on or before November 25, 2026;
3. Defendants are permitted, but not required, to file a combined opposition to the First Motion for Leave and Second Motion for Leave;
4. If Defendants file a combined opposition to the First Motion for Leave and Second Motion for Leave, Plaintiff shall file a combined reply. If Defendants do not file a combined opposition to the First Motion for Leave and Second Motion for Leave, Plaintiff may, but is not required, to file a combined reply;
5. Regardless of whether the opposition/reply briefs are combined to cover both the First Motion for Leave and Second Motion for Leave or not, the Parties shall comply with the page limits set by Section VII.D of the Court's Standing Order; and
6. The December 9, 2026 hearing on the Motion to Dismiss is unchanged.

**IT IS SO ORDERED.**

Dated:

________________________________
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE