UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03354-SRM-BFM | Date | November 4, 2026 |
| Title | Maren Flagg v. Taylor Swift, et. al. | | |

PRESENT:

**HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Gabriela Garcia | Not Reported |
| Deputy Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' JOINT STIPULATIONS TO ADVANCE HEARINGS [70, 75]**

Before the Court is the Parties' Joint Stipulation to Advance Hearing on Plaintiff Maren Flagg's ("Plaintiff") Motion for Leave to File Supplemental Declaration, Dkt. 70, and Joint Stipulation to Advance Hearing on Plaintiff's Second Motion for Leave to File Supplemental Declaration (collectively, "Stipulations"). Dkt. 75.

The Court, having considered the Stipulations and finding good cause therefor, hereby **GRANTS IN PART AND DENIES IN PART** the Stipulations and **ORDERS** as follows:

1) The hearings on Plaintiff's Motion for Leave to File Supplemental Declaration, Dkt. 68, and Plaintiff's Second Motion for Leave to File Supplemental Declaration, Dkt. 73, are **RESET** for **December 9, 2026 at 1:30 p.m**. The Parties' request to file combined opposition and reply briefs to Plaintiff's Motions for Leave is **DENIED**.
2) On the Court's own motion, the hearing on Defendants' Motion to Stay Discovery is **RESET** for **December 9, 2026 at 1:30 p.m**. Dkt. 74. The Parties must adhere to the briefing schedule set forth in Local Rules 7-9 and 7-10 accordingly.
3) The hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is hereby **CONTINUED** to **February 3, 2027 at 1:30 p.m**. Dkt. 57.

**IT IS SO ORDERED.**

\- : -

Initials of Deputy Clerk gga

cc: