**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

VENABLE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MAREN FLAGG, an individual,

Plaintiff,

v.

TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

**DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND FOR JURISDICTIONAL DISCOVERY [Dkt. 68]**



Doc ID: a4a58c3848a191d357e0ce2c98bb05cc342e908d

VENABLE LLP

I, John R. Dorris, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is John R. Dorris, Jr. and I am over eighteen years of age.

2. I am submitting this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss and, If Necessary, for Limited Jurisdictional Discovery [Dkt. 68] ("Motion") in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

3. I am the Vice President and head of the Finance Department for 13 Management, LLC, an artist management company representing Taylor Swift ("Ms. Swift"). In this role, I prepare and maintain business and financial records for Ms. Swift. I am also Vice President of TAS Rights Management, LLC ("TASRM"), a company that administers the intellectual property interests of Taylor Swift.

4. I have reviewed Exhibits 31, 32, 33, 34, 35, and 36 attached to Plaintiff's Motion referencing two entities—(1) Film This!, and (2) Merman Branded, LLC—and an individual, Jil Hardin.

5. Ms. Swift does not own, control, or have any ownership or control interest in Film This!

6. Ms. Swift does not own, control, or have any ownership or control interest in Merman Branded, LLC.

7. TASRM does not own, control, or have any ownership or control interest in Film This!

8. TASRM does not own, control, or have any ownership or control interest in Merman Branded, LLC.

9. Jil Hardin is not an employee of Ms. Swift and has no authority to bind Ms. Swift in any way. Ms. Swift does not control Ms. Hardin or Ms. Hardin's business affairs in any way.



Doc ID: a4a58c3848a191d357e0ce2c98bb05cc342e908d

10. Jil Hardin is not an employee of TASRM and has no authority to bind TASRM in any way. TASRM does not control Ms. Hardin or Ms. Hardin's business affairs in any way.

11. I have also reviewed Exhibit 40 attached to Plaintiff's Motion, purporting to be a screenshot of the "Patient Zero" music video.

12. "Patient Zero" is a song on the album *The Life of the Showgirl: The Encore* ("The Encore Album"), which was released on September 25, 2026.

13. The global premiere of the "Patient Zero" music video occurred on September 27, 2026 at the MTV Video Music Awards ("VMAs").

14. I have reviewed the file containing the "Patient Zero" music video that was provided to and displayed at the VMAs. I can confirm that the content depicted within the screenshot that Plaintiff offers as part of Exhibit 40 was not included in the file displayed at the VMAs. Namely, the title of the album, *The Life of a Showgirl* was not displayed; only "(c) 2026 Taylor Swift" was depicted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17th, 2026

*John R. Dorris, Jr.*

John R. Dorris, Jr.

VENABLE LLP



Doc ID: a4a58c3848a191d357e0ce2c98bb05cc342e908d