**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MAREN FLAGG, an individual,

Plaintiff,

v.

TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

**DECLARATION OF KATHERINE WRIGHT MORRONE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND FOR JURISDICTIONAL DISCOVERY [Dkt. 68]**

Date: December 9, 2026
Time: 1:30 PM
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

# DECLARATION OF KATHERINE WRIGHT MORRONE

I, Katherine Wright Morrone, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner at the law firm Venable LLP, counsel of record for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Merchandising Services Inc. ("Defendants"). I am an attorney in good standing, and I am admitted to practice before this Court *pro hac vice* in this matter. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to them.

2. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss and, If Necessary, for Limited Jurisdictional Discovery [Dkt. 68] (the "First Motion"), including to explain the meet-and-confer correspondence and conference between the parties preceding Plaintiff's First Motion.

3. On September 27, 2026, MTV posted Ms. Swift's Artist Director award acceptance speech from the Video Music Awards ("VMAs") on YouTube, available at https://www.youtube.com/watch?v=nUQ3fg3DA50. A true and correct copy of that video is being lodged with the Court in connection with this Declaration as **Exhibit 1**. A certified transcript of Ms. Swift's VMA Artist Director award acceptance speech is attached hereto as **Exhibit 2**.

4. On September 27, 2026, MTV posted Ms. Swift's Video of the Year award acceptance speech from the VMAs on YouTube, available at https://www.youtube.com/watch?v=d-uYZWQRPI0&list=PLEF6EFt5z17w&index=10. A true and correct copy of that video is being lodged with the Court in connection with this Declaration as **Exhibit 3**. A certified transcript of Ms. Swift's Video of the Year award acceptance speech is attached hereto as **Exhibit 4**.

5. On September 28, 2026, Plaintiff's counsel emailed Defendants' counsel stating that Plaintiff intended to file an *ex parte* notice for leave to file a supplemental declaration in support of her Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint related to events occurring between September 23, 2026 and September 27, 2026, and asked to meet and confer about, relevant here, two specific materials: (1) Ms. Swift's September 27, 2026 appearances at the MTV Video Music Awards ("VMAs"); and (2) an alleged March 2026 video shoot for a song by Ms. Swift, "Patient Zero."

6. On September 28, 2026, the parties met via zoom to confer regarding Plaintiff's anticipated *ex parte* motion.

7. On September 29, 2026, among other correspondence, Defendants emailed Plaintiff stating: "As discussed on our call, we are not aware of any mention of '*The Life of a Showgirl*' by Ms. Swift at the VMA's on September 27 (an award show that happened to be held in California). And, a video shoot for the song 'Patient Zero' – even if it occurred in California – has no relation to Plaintiff's claims and is no basis to seek to impose jurisdiction over Ms. Swift or TASRM."

8. On September 30, 2026, Plaintiff advised that she would not be filing an *ex parte* motion, and stated that she intended to seek leave via a regularly noticed motion and asked to meet and confer again regarding the same.

9. On October 2, 2026, the parties met via zoom regarding Plaintiff's anticipated motion.

10. Following that conference, later the same day Plaintiff's counsel emailed Defendants, confirming the limited scope of the conferral and forthcoming motion in writing stating: "As discussed, Plaintiff intends to file a noticed motion for leave to file supplemental evidence on Defendants' Motion to Dismiss concerning the March 2026 filming of the 'Patient Zero' video in California and [Ms.] Swift's September 27 appearance at the MTV Video Music Awards in Los Angeles."

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

11. Plaintiff's correspondence and the parties' October 2, 2026 meet-and-confer did not discuss (1) the content of the "Patient Zero" music video itself (which Plaintiff seeks to introduce as Exhibits 22, 24, 26, 38, 39, and 40); (2) a real estate listing (which Plaintiff seeks to introduce as Exhibits 23, 25, and 27); (3) third-party film permits (which Plaintiff seeks to introduce as Exhibits 31 and 32), or any third-party websites (Exhibits 33, 34, 35, 36).

12. The parties' October 2, 2026 conference also included no discussion of "The Fate of Ophelia" music video. Nor did Plaintiff's correspondence mention that Plaintiff sought to introduce materials purportedly concerning the filming of "The Fate of Ophelia" music video (Exhibits 32, 33, 34, 35, and 36).

13. True and correct correspondence between the parties referenced within this declaration is attached hereto as **Exhibit 5**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2026

VENABLE LLP

By: [signature]

Katherine Wright Morrone

Attorney for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900