# EXHIBIT 1

This exhibit is lodged separately with the Court on a USB drive.