# EXHIBIT 2

Taylor Swift VMA Director Award.mp4

TAYLOR SWIFT: First of all, I want to say thank you to MTV for giving this platform to music videos so long ago. I got to start making music videos and being a part of music videos 20 years ago. And since then, I've gotten to be a part of making 60 music videos, roughly 60. 18 of those I wrote and directed. And I really love writing and directing music videos.

I've got to tell you though, the main reason why I love writing and directing music videos so much is because you, the fans, make it so much fun. You make it so rewarding because you actually care about what we're making. So, you know, I want to say thank you to everyone who ever worked on a music video that I got to be a part of. I learned something from every single person that ever worked alongside me on these projects. Mainly I want to say thank you to the fans. And rather than say anything else, I would -- oh. Oh.

I think rather than keep talking I would love to, if it's okay with you, show you my latest music video starring my friend Dakota Johnson and Colin Farrell. Cinematography by Chivo. This is the world premiere of the Patient

Zero music video.

Thank you.

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Sonya M. Ledanski Hyde

_____________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: September 30, 2026

**1**

**11501** 4:14
**12151** 4:8
**18** 2:6

**2**

**20** 2:4
**2026** 4:16

**3**

**30** 4:16
**300** 4:13
**330** 4:12

**6**

**60** 2:6,6

**a**

**accurate** 4:4
**actually** 2:13
**ago** 2:3,5
**alongside** 2:17
**award.mp4** 1:13

**c**

**c** 4:1,1
**care** 2:13
**certify** 4:3
**chivo** 2:25
**cinematograp...** 2:24
**colin** 2:24
**country** 4:12

**d**

**dakota** 2:23
**date** 4:16
**directed** 2:7
**directing** 2:8 2:10
**director** 1:13

**e**

**e** 4:1

**f**

**f** 4:1
**fans** 2:11,19
**farrell** 2:24
**first** 2:1
**foregoing** 4:4
**friend** 2:23
**fun** 2:12

**g**

**giving** 2:2
**gotten** 2:5

**h**

**hyde** 4:3

**j**

**johnson** 2:24

**k**

**keep** 2:21
**know** 2:14

**l**

**latest** 2:23
**learned** 2:16
**ledanski** 4:3
**legal** 4:11
**long** 2:3
**love** 2:7,10,22

**m**

**main** 2:9
**make** 2:11,12
**making** 2:3,6 2:13
**mineola** 4:14
**mtv** 2:2
**music** 2:3,4,4,6 2:8,10,15,23 3:1

**n**

**n** 4:1
**ny** 4:14

**o**

**o** 4:1
**oh** 2:20,20
**okay** 2:22
**old** 4:12

**p**

**part** 2:4,6,16
**patient** 2:25
**person** 2:17
**platform** 2:2
**premiere** 2:25
**proceedings** 4:5
**projects** 2:18

**r**

**r** 4:1
**rather** 2:19,21
**really** 2:7
**reason** 2:10
**record** 4:5
**rewarding** 2:12
**road** 4:12
**roughly** 2:6

**s**

**september** 4:16
**show** 2:22
**signature** 4:8
**single** 2:16
**solutions** 4:11
**sonya** 4:3
**starring** 2:23
**start** 2:3
**suite** 4:13
**swift** 1:13 2:1

**t**

**t** 4:1,1
**talking** 2:21
**taylor** 1:13 2:1
**tell** 2:9
**thank** 2:2,14,18 3:2
**think** 2:21
**transcript** 4:4
**true** 4:4

**v**

**veritext** 4:11
**video** 2:15,23 3:1
**videos** 2:3,4,4,6 2:8,11
**vma** 1:13

**w**

**want** 2:1,14,18
**worked** 2:15,17
**world** 2:25
**writing** 2:8,10
**wrote** 2:7

**y**

**years** 2:5

**z**

**zero** 3:1