# EXHIBIT 4

Taylor Swift Video of the Year.mp4

TAYLOR SWIFT: Thank you so much for giving this award to this video, because I'm so proud of it. To the fans, thank you for voting on it. I just -- I loved making this video because I wanted to make it seem like one continuous shot. So I learned a lot about hiding cuts in places. And I want to thank everybody who helped me on this video shoot, because just the choreography I loved so much. Mandy Moore, who is my choreographer. Set design, production design by Ethan Tobman. My editor, Chancler Haynes. And my cinematographer on this video I've gotten to work with before. He's one of the people who gave me the confidence to actually direct videos on my own. His name is Rodrigo Prieto. I want to thank him.

And lastly but most importantly, I want to thank and dedicate this award to one person without whom just this wouldn't be happening. And that person is the ultimate showgirl, Dolly Parton.

Every single song that she wrote, her storytelling was so vivid and so rich. It was like -- listening to her songs, it's like watching the best music video you have ever seen

in your life every single time you hear what she has written. And she -- man, she handled this thing with such grace and joy and love and gratitude for the fact that she got to do this. And everything that happened in her life or her career, she channeled back into love and gratitude and appreciation for her fans. I am lucky I got to be one of them, and I will always be one of them.

I love you all so very much. And I think that we were all very, very -- I think we were all very lucky to share this planet with Dolly Parton for a time. And thank you for this amazing moment. I love you all. Good night.

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

_________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: September 30, 2026

**1**

**11501** 4:14
**12151** 4:8

**2**

**2026** 4:16

**3**

**30** 4:16
**300** 4:13
**330** 4:12

**a**

**accurate** 4:4
**actually** 2:14
**amazing** 3:14
**appreciation** 3:7
**award** 2:2,18

**b**

**back** 3:6
**best** 2:25

**c**

**c** 4:1,1
**career** 3:6
**certify** 4:3
**chancler** 2:11
**channeled** 3:6
**choreographer** 2:10
**choreography** 2:9
**cinematograp...** 2:12
**confidence** 2:14
**continuous** 2:6
**country** 4:12
**cuts** 2:7

**d**

**date** 4:16
**dedicate** 2:18
**design** 2:10,11
**direct** 2:15
**dolly** 2:20 3:13

**e**

**e** 4:1
**editor** 2:11
**ethan** 2:11
**everybody** 2:7

**f**

**f** 4:1
**fact** 3:4
**fans** 2:3 3:7
**foregoing** 4:4

**g**

**giving** 2:2
**good** 3:14
**gotten** 2:13
**grace** 3:3
**gratitude** 3:4,7

**h**

**handled** 3:2
**happened** 3:5
**happening** 2:19
**haynes** 2:12
**hear** 3:1
**helped** 2:8
**hiding** 2:6
**hyde** 4:3

**i**

**importantly** 2:17

**j**

**joy** 3:3

**l**

**lastly** 2:17
**learned** 2:6
**ledanski** 4:3
**legal** 4:11
**life** 3:1,5
**listening** 2:24
**lot** 2:6
**love** 3:3,6,10,14
**loved** 2:4,9
**lucky** 3:8,12

**m**

**make** 2:5
**making** 2:4
**man** 3:2
**mandy** 2:9
**mineola** 4:14
**moment** 3:14
**moore** 2:9
**music** 2:25

**n**

**n** 4:1
**name** 2:15
**night** 3:14
**ny** 4:14

**o**

**o** 4:1
**old** 4:12
**own** 2:15

**p**

**parton** 2:21 3:13
**people** 2:14
**person** 2:18,20
**places** 2:7
**planet** 3:12
**prieto** 2:16
**proceedings** 4:5
**production** 2:10
**proud** 2:3

**r**

**r** 4:1
**record** 4:5
**rich** 2:23
**road** 4:12
**rodrigo** 2:15

**s**

**seem** 2:5
**seen** 2:25

**september** 4:16
**set** 2:10
**share** 3:12
**shoot** 2:8
**shot** 2:6
**showgirl** 2:20
**signature** 4:8
**single** 2:22 3:1
**solutions** 4:11
**song** 2:22
**songs** 2:24
**sonya** 4:3
**storytelling** 2:23
**suite** 4:13
**swift** 1:13 2:1

**t**

**t** 4:1,1
**taylor** 1:13 2:1
**thank** 2:1,3,7 2:16,18 3:13
**thing** 3:3
**think** 3:11,11
**time** 3:1,13
**tobman** 2:11
**transcript** 4:4
**true** 4:4

**u**

**ultimate** 2:20

**v**

**veritext** 4:11
**video** 1:13 2:2 2:4,8,12,25
**videos** 2:15
**vivid** 2:23
**voting** 2:3

**w**

**want** 2:7,16,17
**wanted** 2:5
**watching** 2:25
**work** 2:13
**written** 3:2
**wrote** 2:22

**y**

**year.mp4** 1:13