**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Mechandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MAREN FLAGG, an individual,

Plaintiff,

v.

TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

**DEFENDANTS' NOTICE OF LODGING USB DRIVE IN SUPPORT OF DECLARATION OF KATHERINE WRIGHT MORRONE ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND FOR JURISDICTIONAL DISCOVERY [DKT. 68]**

Date: December 9, 2026
Time: 1:30 PM
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Merchandising Services Inc. ("Defendants") hereby lodge with the Court one USB drive containing two video exhibits to the Declaration of Katherine Wright Morrone in Support of Defendants' Opposition to Plaintiff's Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss and, If Necessary, for Limited Jurisdictional Discovery [Dkt. 68] (the "Morrone Declaration"). These materials are being lodged because they are in audiovisual format and cannot be meaningfully presented through CM/ECF. A placeholder page is inserted at each exhibit's position in the paper exhibits. Each exhibit is described and authenticated in the Morrone Declaration.

The USB drive contains the following:

1. **Exhibit 1**: Video of Ms. Swift's Artist Director award acceptance speech at the MTV Video Music Awards, posted by MTV on YouTube (https://www.youtube.com/watch?v=nUQ3fg3DA50) on September 27, 2026 (Morrone Decl. ¶ 3); and

2. **Exhibit 3**: Video of Ms. Swift's Video of the Year award acceptance speech at the MTV Video Music Awards, posted by MTV on YouTube (https://www.youtube.com/watch?v=d-uYZWQRPI0&list=PLEF6EFt5z17w&index=10) on September 27, 2026 (Morrone Decl. ¶ 4).

Dated: November 18, 2026 VENABLE LLP

By: */s/ Max N. Wellman*
Max N. Wellman
J. Douglas Baldridge
Katherine Wright Morrone
Maria R. Sinatra

Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900