**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

Attorneys for Defendants Taylor Swift; TAS Rights Management, LLC; UMG Recordings, Inc.; and Bravado International Group Merchandising Services Inc.

VENABLE LLP

UNITED STATES DISTRICT COURT

**CENTRAL** DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAREN FLAGG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>**DECLARATION OF JOHN R. DORRIS, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION [DKT. 73]** |



Doc ID: bea5302c438df452fc526b6bcfb590e99cb53f90

I, John R. Dorris, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is John R. Dorris, Jr. and I am over eighteen years of age.

2. I am submitting this Declaration in support of Defendants' Opposition to Plaintiff's Second Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss [Dkt. 73] ("Motion") in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts.

3. I am the Vice President and head of the Finance Department for 13 Management, LLC, an artist management company representing Taylor Swift ("Ms. Swift"). In this role, I prepare and maintain business and financial records for Ms. Swift. I am also Vice President of TAS Rights Management, LLC ("TASRM"), a company that administers the intellectual property interests of Taylor Swift.

4. I have reviewed Exhibit 43 attached to Plaintiff's Motion purporting to depict a screenshot of an October 20, 2026 Instagram post by Ms. Swift. TASRM did not commission, acquire rights in, or license the photos depicted in the Instagram post within Exhibit 43. Further, TASRM has no ownership or use rights regarding the photographs.

5. Stefanie Keenan is not an employee or otherwise affiliated in any way with Ms. Swift's business affairs. Ms. Swift does not control Ms. Keenan or Ms. Keenan's business affairs in any way and Ms. Keenan has no authority to bind Ms. Swift in any way.

6. Stefanie Keenan is not an employee or otherwise affiliated in any way with TASRM. TASRM does not control Ms. Keenan or Ms. Keenan's business affairs in any way and Ms. Keenan has no authority to bind TASRM in any way.

7. Gina Manning is not an employee or otherwise affiliated in any way with Ms. Swift's business affairs. Ms. Swift does not control Ms. Manning or Ms. Manning's business affairs in any way and Ms. Manning has no authority to bind Ms.

Swift in any way.

8. Gina Manning is not an employee or otherwise affiliated in any way with TASRM. TASRM does not control Ms. Manning or Ms. Manning's business affairs in any way and Ms. Manning has no authority to bind TASRM in any way.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18 , 2026

*John R. Dorris, Jr.*
John R. Dorris, Jr.

VENABLE LLP


Doc ID: bea5302c438df452fc526b6bcfb590e99cb53f90