**VENABLE LLP**
Max N. Wellman (CA SBN 291814)
mwellman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

J. Douglas Baldridge (*Pro Hac Vice*)
jbaldridge@venable.com
Katherine Wright Morrone (*Pro Hac Vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Maria R. Sinatra (*Pro Hac Vice*)
mrsinatra@venable.com
151 W. 42nd Street
New York, NY 10036
Telephone: (212) 370-6247
Facsimile: (212) 307-5598

Attorneys for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MAREN FLAGG, an individual,

Plaintiff,

v.

TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES INC., a California corporation; and DOES 1-25,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

**DECLARATION OF MAX N. WELLMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION [DKT. 73]**

Date: December 9, 2026

Time: 1:30 PM
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

# DECLARATION OF MAX N. WELLMAN

I, Max N. Wellman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner at the law firm Venable LLP, counsel of record for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., and Bravado International Group Merchandising Services Inc. ("Defendants"). I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to them.

2. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiff's Second Motion for Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss. [Dkt. 73] (the "Second Motion").

3. Attached hereto as **Exhibit 1** is a true and correct copy of a press release by the Academy Museum of Motion Pictures published October 8, 2026. The press release is titled "*Taylor Swift to Perform at Sixth Annual Academy Museum Gala on October 17, 2026*." The press release does not mention Ms. Swift's twelfth studio album *The Life of a Showgirl* (the "Album") or any tracks on the Album.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of the YouTube page, https://www.youtube.com/watch?v=4lS6-LLFkJA[1], for a video uploaded by the Academy and Oscars YouTube account on October 20, 2026 entitled "Taylor Swift Performs At The 2026 Academy Museum Gala". The description of the video does not mention the Album or any tracks on the Album. A true and correct copy of that video is being lodged with the Court in connection with this Declaration as **Exhibit 3**.

[1] For any printout referenced and attached as an exhibit to this declaration, I personally visited the referenced website where I viewed the material. I then instructed my colleagues to generate a true and correct copy and attach hereto.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2026

VENABLE LLP

By: */s/ Max N. Wellman*
Max N. Wellman

Attorney for Defendants Taylor Swift, TAS Rights Management, LLC, UMG Recordings, Inc., Bravado International Group Merchandising Services Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900