# EXHIBIT 1

ACADEMY MUSEUM OF MOTION PICTURES

GET TICKETS | Calendar

Visit | What's On | Exhibitions | In Theaters | Learn | Support | Shop

# TAYLOR SWIFT TO PERFORM AT SIXTH ANNUAL ACADEMY MUSEUM GALA ON OCTOBER 17, 2026

## IN PARTNERSHIP WITH ROLEX, 2026 GALA TO HONOR JOHN CARPENTER, COLMAN DOMINGO, AND CHARLIZE THERON; RAISES SIGNIFICANT SUPPORT FOR THE ACADEMY MUSEUM'S EXHIBITIONS, SCREENINGS, AND EDUCATION PROGRAMS



**LOS ANGELES, CA, October 8, 2026** — The Academy Museum of Motion Pictures today announced Taylor Swift as the performer at its sixth annual Academy Museum Gala, taking place October 17, 2026. Swift will perform as part of the evening celebrating the previously announced honorees including filmmaker and composer John Carpenter, two-time Oscar®-nominated actor Colman Domingo, and Oscar®-winning actress Charlize Theron.

"Taylor is an extraordinary talent whose work resonates around the world," said Amy Homma, Director and President of the Academy Museum and Academy Collection. "We are thrilled to welcome her to this year's gala and look forward to her performance to close a wonderful evening of honoring three extraordinary filmmakers and supporting the Academy Museum's mission to celebrate and preserve cinema."

Now in its sixth year, the Academy Museum Gala advances the museum's mission to celebrate and preserve cinema. Through the generosity of Academy Museum trustees and gala donors, proceeds from the evening will help ensure the museum continues to present world-class exhibitions, support educational opportunities, offer dynamic public

ACADEMY MUSEUM OF MOTION PICTURES

Shop

scale exhibition.

Rolex is the founding supporter of the Academy Museum, and exclusive presenting partner of the Academy Museum Gala. The Gala is co-chaired by **Tom Ford, Robert Rodriguez, Steven Spielberg,** and **Kate Capshaw.**

The 2026 Academy Museum Gala Host Committee includes **Jessica Alba, Judd Apatow and Leslie Mann, Autumn Durald Arkapaw, Adrien Brody and Georgina Chapman, Jon M. Chu, Kirsten Dunst, Nicholas Galitzine, Ludwig and Serena Göransson, Regina Hall, Kate Hudson, Jessica Lange, Greta Lee, John Legend and Chrissy Teigen, Rami Malek, Demi Moore, Olivia Munn, Gina Prince-Bythewood, Questlove, Da'Vine Joy Randolph, Seth Rogen and Lauren Miller Rogen, Bird Runningwater**, and **Teyana Taylor.**

Rolex has championed cinematic achievement through its partnership with the Academy Museum of Motion Pictures and is proud to support the awards given to these three distinguished artists.

###

**Image:** Photo by Mert Alas and Marcus Piggott

**Credit line:**

Academy Museum film programming is generously funded by the Richard Roth Foundation.

*The Horror Show* is made possible in part by leadership support from Hammer Films and John Gore Studios. Generous support provided by Dave and Tara Dollinger, Regal, and Kimberly V. Strauss. Additional support provided by the Los Angeles County Department of Arts and Culture. Academy Museum Digital Engagement Platform supported by Bloomberg Philanthropies. Technology solutions generously provided by Christie®.

Major support for the Academy Museum Teen Program is provided by the Beverly, Donald, and David Kobrin Fund.

Academy Museum education programs are supported by Melina and Eric Esrailian, Apple Original Films, Dr. Kathy Fields and Dr. Garry Rayant, the Nora McNeely Hurley Foundation, Snap Foundation, The Ralph M. Parsons Foundation, Sony Pictures Entertainment, and Dave and Tara Dollinger, and The Helen and Jose Colton Foundation.

**About the Academy Museum of Motion Pictures**

The Academy Museum is the largest museum in the world devoted to global cinema and the arts, sciences, and artists of moviemaking. The museum advances the understanding, celebration, and preservation of cinema through inclusive and accessible exhibitions, screenings, programs, initiatives, and collections. Designed by Pritzker Prize–winning architect Renzo Piano, the museum's campus contains the restored and revitalized historic Saban Building—formerly known as the May Company building (1939)—and a soaring spherical addition. Together, these buildings contain 50,000 square feet of exhibition spaces, two state-of-the-art theaters, the Shirley Temple Education Studio, and beautiful public spaces that are free and open to the public. These include: The Walt Disney Company Piazza and the Sidney Poitier Grand Lobby, which houses the Spielberg Family Gallery, Academy Museum Store, and Fanny's restaurant and café. The Academy Museum is open six days a week from 10am to 6pm and is closed on Tuesdays and select holidays.

**About Rolex and Cinema**

Rolex celebrates human achievement as a journey marked by milestones, emotions, and defining moments. For more than half a century, the brand has partnered some of the world's most talented artists and leading cultural institutions to promote excellence and the transmission of artistic heritage, creating a link between the past, present and future.

Through the Perpetual Arts Initiative, a broad portfolio of arts that extends through architecture, cinema, dance, music, literature, theatre and visual arts, the brand confirms its long-term commitment to global culture.

The company has had close ties with the film industry for decades, its watches playing a role in numerous films, including Oscar®-winning masterpieces. Since 2017, Rolex has supported the Academy of Motion Picture Arts and Sciences, serving as Proud Sponsor of

ACADEMY MUSEUM OF MOTION PICTURES

Shop

Leonardo DiCaprio, Zendaya, Priyanka Chopra Jonas, Martin Scorsese, Ava DuVernay, and Jia Zhang-Ke. It also assists in the preservation of film history for future generations as a Founding Supporter of the Academy Museum of Motion Pictures, as a partner of The Film Foundation and through its support to the National Film and Television School in the UK

TO FIND OUT MORE ABOUT ROLEX AND CINEMA, PLEASE SEE HERE.

<u>Media Contacts:</u>
Academy Museum Gala:

The Lede Company, academymuseum@ledecompany.com

Academy Museum Press, museumpress@oscars.org

## Join Our Newsletter

Academy Museum Insiders get a closer look at all of the exciting things happening at the museum. Joining our newsletter also ensures that you stay up-to-date on important museum news, dates, screenings, programs, and more.

Enter your email

your@email.com

Sign Up Now

ACADEMY MUSEUM OF MOTION PICTURES

6067 Wilshire Boulevard Los Angeles, CA 90036 United States

Become a Member →

Enjoy complimentary general admission, expedited check-in, store discounts, and more.

About >
Private Events >
Press Office >
Join the Team >
Leadership >
Contact Us >
Accessibility >
Newsletter >

Museum Hours

Open six days a week, 10am–6pm
Closed Tuesdays

Contact

academymuseum@oscars.org
323-930-3000

Frequently Asked Questions  Accessibility  Privacy Policy  Terms of Use  ©2019-2026 Academy Museum of Motion Pictures