# EXHIBIT 2

https://www.youtube.com/watch?v=4lS6-LLFkJA

YouTube

Search






**Taylor Swift Performs At The 2026 Academy Museum Gala**

The Academy and Oscars Subscribe

14K

522,688 views Oct 20, 2026 20K hype points

We saved you a front-row seat. Taylor Swift takes the stage at the 2026 Academy Museum Gala.

The Academy Museum Gala advances the museum's mission to celebrate and preserve cinema. Through the generosity of gala donors, proceeds from the evening will help ensure the museum continues to present world-class exhibitions, support educational opportunities, offer dynamic public screenings, and remain accessible to visitors of all ages. Gala honorees directly champion the museum's mission by participating in public programming around the event.

The Icon Award, presented to Charlize Theron, celebrates an artist whose career has had a significant global impact.

The Luminary Award, presented to John Carpenter, is given to an artist whose singular contributions have expanded the creative possibilities of filmmaking.

The Vantage Award, presented to Colman Domingo, honors a film artist who is helping to challenge dominant narratives around cinema.

Buy your tickets for the Academy Museum today: https://www.academymuseum.org/tickets

Subscribe and see more Academy Videos ►► https://shorturl.at/hTqnW

Subscribe for more Oscars videos ►► http://osca.rs/subscribeyt

Check out the Academy Museum Store ►► https://academymuseumstore.org/

#academymuseumgala #taylorswift

5:14 PM
11/16/2026