JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAREN FLAGG,<br><br>Plaintiff,<br>v.<br><br>TAYLOR SWIFT, et al.,<br><br>Defendants. | Case No. 2:26-cv-03354-SRM-BFM<br><br>Assigned to Hon. Serena R. Murillo<br><br>**DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION [DKT. 73]**<br><br>[Filed with: Plaintiff's Reply in Support of Second Motion for Leave to File Supplemental Declaration; Notice of Lodging USB Drive]<br><br>Date: December 9, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5D (5th Fl.)<br>350 W. First Street<br>Los Angeles, CA 90012 |

# DECLARATION

I, Jaymie Parkkinen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiff Maren Flagg in this action. I am over the age of eighteen and competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify thereto. I submit this declaration in support of Plaintiff's Reply in Support of her Second Motion for Leave to File Supplemental Declaration, Dkt. 73. The exhibit described below continues the numbering of the exhibits to my Second Supplemental Declaration, Dkt. 73-2, which ended at Exhibit 46.

2. **Exhibit 47** is a true and correct screen recording, made on November 23, 2026, of a video titled "Taylor Swift's Full LIVE 'Fate of Ophelia' first time...at the Academy Museum Gala" posted on YouTube on October 18, 2026 by user Tayvis87, accessible at https://www.youtube.com/watch?v=wBX3VErwqbE. I personally accessed the video and made the recording, which is a true and correct copy of what I observed. Portions of the video's audio are muted as the video appears on YouTube. The screen recording reproduces the video as it played, and I did not mute, edit, or otherwise alter it. The audio from 00:55 to 01:06 is not muted. Because the exhibit is a video file, it is lodged with the Court under a separate Notice of Lodging filed concurrently, and a placeholder page is attached at Exhibit 47.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2026, at Santa Monica, California.

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen