# Exhibit 47

This exhibit is being lodged separately with the Court.