JAYMIE PARKKINEN (S.B. #318394)
jp@prkknn.com
PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
Telephone: (323) 919-3590

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAREN FLAGG,

Plaintiff,

v.

TAYLOR SWIFT, et al.,

Defendants.

Case No. 2:26-cv-03354-SRM-BFM

Assigned to Hon. Serena R. Murillo

**NOTICE OF LODGING USB DRIVE**

Date: December 9, 2026
Time: 1:30 p.m.
Place: Courtroom 5D (5th Fl.)
350 W. First Street
Los Angeles, CA 90012

# NOTICE OF LODGING

Plaintiff Maren Flagg hereby gives notice that she is lodging with the Court one USB drive containing one video exhibit to the Declaration of Jaymie Parkkinen filed with Plaintiff's Reply in Support of Second Motion for Leave to File Supplemental Declaration. This material is being lodged because it is in audiovisual format and cannot be meaningfully presented through CM/ECF. A placeholder page is inserted at the exhibit's position. The exhibit is described and authenticated in the Declaration of Jaymie Parkkinen.

The USB drive contains the following:

1. **Exhibit 47**: Screen recording, made November 23, 2026, of a YouTube video posted by user Tayvis87 on October 18, 2026 (Parkkinen Decl. ¶ 2).

DATED: November 25, 2026

Respectfully submitted,

PARKKINEN PC

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen

*Counsel for Plaintiff*